| | |
|---|---|
| **BURSOR & FISHER, P.A**.<br>L. Timothy Fisher (SBN 191626)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>ltfisher@bursor.com<br><br>*Counsel for Plaintiff Hector Membreno* | **CARLSON & MESSER LLP**<br>David J. Kaminski (SBN 128509)<br>kaminskid@cmtlaw.com<br>Stephen A. Watkins (SBN 205175)<br>watkinss@cmtlaw.com<br>5959 W. Century Blvd., Suite 1214<br>Los Angeles, CA 90045<br>Telephone: (310) 242-2200<br>Facsimile: (310) 242-2222<br><br>*Counsel for Defendant California Service Bureau, Inc.* |
| **MARTIN & BONTRAGER, APC**<br>G. Thomas Martin, III<br>tom@mblawapc.com<br>Nicholar J. Brontrager<br>nick@mblawapc.com<br>6464 W. Sunset Blvd., Suite 960<br>Los Angeles, CA 90028<br>(323) 940-1697<br>Fax: (323) 238-8095<br><br>*Counsel for Plaintiff Sandra West* | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR MEMBRENO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA SERVICE BUREAU, INC.,<br><br>        Defendant.<br> | Case No. 4:16-cv-03763-YGR<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONSOLIDATE**<br><br>**\*AS MODIFIED BY THE COURT\***<br><br>Hon. Yvonne Gonzales Rogers<br>Case No. 16-cv-03124-YGR |
| SANDRA WEST, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA SERVICE BUREAU, INC.,<br><br>        Defendant. | |

[~~PROPOSED~~] ORDER GRANTING STIPULATION
CASE NOS. 4:16-cv-03763-YGR, 16-cv-03124-YGR

**[PROPOSED] ORDER**

The Court, having read and considered the Parties' Stipulation to Consolidate pursuant to Fed. R. Civ. P. 42(a)(2), hereby GRANTS the Stipulation and orders as follows:

1. The *West* Action and the *Membreno* Action shall be consolidated, shall bear the case number of the *West* Action, and the *Membreno* Action shall be administratively closed;
2. Ms. West and Mr. Membreno shall file a consolidated complaint within 14 days of the entry of an order consolidating the actions.

IT IS SO ORDERED.

DATED: November 29, 2016

Yvonne Gonzales Rogers
UNITED STATES DISTRICT COURT JUDGE