NITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| Date: 12/19/16 | Time: 2:22pm-2:33pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 16-cv-03124-YGR | Case Name: Sandra West v. California Service Bureau, Inc. | |

**Attorney for Plaintiff:** Thomas Martin
**Attorney for Defendant:** Charles Messer

**Deputy Clerk:** Frances Stone          **Court Reporter:** Kathy Wyatt

## PROCEEDINGS
INITIAL CMC-HELD

**Case Management Conference set 5/8/17 at 2:00pm**
 REFERRED to ADR for Private Mediation to be completed by 9/15/17
**Join Parties or Amend Pleadings:** Only with Court Order
**Non-Expert Discovery Cutoff:** 7/28/17
**Disclosure of Experts:     Opening:  6/19/17**
                                                  Rebuttal:  7/24/17
**Expert Discovery Cutoff:  8/31/17**
**Dispositive/Daubert/Class Certification Motions heard on 35 day notice ; filed by 9/26/17**
**Compliance Hearing set Friday 12/15/17     at 9:01am**
**Joint Pretrial Statement:  12/22/17**
**Pretrial Conference Friday, 1/12/18 at 9:00am**
**5   Day  Jury Trial set  1/29/18 at 8:30am**

**Notes:**