

UNITED STATES DISTRICT COURT
GRANTED
Judge Yvonne Gonzalez Rogers
12/28/16
NORTHERN DISTRICT OF CALIFORNIA

**CARLSON & MESSER LLP**
Charles R. Messer (SBN 101094)
MesserR@cmtlaw.com
David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (SBN 205175)
WatkinsS@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
*CALIFORNIA SERVICE BUREAU, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST AND HECTOR MEMBRENO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiffs,<br><br> v.<br><br>CALIFORNIA SERVICE BUREAU, INC.<br><br>     Defendants. | Case No.  4:16-cv-03124-YGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br>**(L.R. 6-1)** |

  **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiffs SANDRA WEST and

HECTOR MEMBRENO, and Defendant CALIFORNIA SERVICE BUREAU, INC., by and

through their counsel of record, as follows:

  Whereas, Defendant's response to the First Amended Consolidated Class Action

Complaint is due on December 27, 2016.

  Whereas, the parties agree that Defendant shall have an extension of time up to and

including January 6, 2017, within which to respond to Plaintiff's First Amended Consolidated

1  Class Action Complaint.  The parties enter into this Stipulation because Defendant, due to the

2  press of business and the winter holidays, requires additional time to respond to the allegations in

3  the Complaint.

4           IT IS SO STIPULATED:

5

6  Dated:  December 27, 2016                    **MARTIN & BONTRAGER, APC**

7                                                By: /s/ Nicholas J. Bontrager
8                                                    Nicholas J. Bontrager
                                                     Attorneys for Plaintiff
9                                                    *SANDRA WEST*

10 Dated:  December 27, 2016                    **BURSOR & FISHER, P.A**

11
                                                 By: /s/ Yeremey Krivoshey
12                                                   Yeremey Krivoshey
                                                     Attorneys for Plaintiff
13                                                   *HECTOR MEMBRENO*

14

15 Dated:  December 27, 2016                    **CARLSON & MESSER LLP**

16
                                                 By: /s/ David J. Kaminski
17                                                   David J. Kaminski
                                                     Charles R. Messer
18                                                   Stephen A. Watkins
                                                     Attorneys for Defendant,
19                                                   *CALIFORNIA SERVICE BUREAU, INC.*

20

21                              **SIGNATURE CERTIFICATION**

22         Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and

23 Procedures Manual, I hereby certify that the content of this document is acceptable to Nicholas J.

   Bontrager and Yeremey Krivoshey, counsel for Plaintiffs,  and that I have obtained
24 authorization to affix their electronic signature to this document.

25

26                              By:      s/David J. Kaminski
                                         David J. Kaminski
27

28

{00059272;1}