**CARLSON & MESSER LLP**
Charles R. Messer (SBN 101094)
MesserR@cmtlaw.com
David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Stephen A. Watkins (SBN 205175)
WatkinsS@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
*CALIFORNIA SERVICE BUREAU, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST AND HECTOR MEMBRENO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiffs,<br><br>    v.<br><br>CALIFORNIA SERVICE BUREAU, INC.<br>　　　　　Defendants. | Case No.  4:16-cv-03124-YGR<br><br>**STIPULATION TO CONTINUE MEDIATION CUT-OFF** |

Plaintiffs SANDRA WEST and HECTOR MEMBRENO ("Plaintiffs"), by and through their counsel of record, and Defendant, CALIFORNIA SERVICE BUREAU, INC. ("Defendant"), by and through its counsel of record (collectively, the "Parties"), hereby seek to continue the September 15, 2017 Mediation Cut-Off.  The Parties therefore stipulate and assert good cause for this Continuance as set forth below as follows:

{00073233;1}

WHEREAS, on December 13, 2016, Plaintiffs filed their First Amended Class Action Complaint against Defendant alleging that Defendant engaged in conduct violative of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq. [Dkt. # 25];

WHEREAS, on December 23, 2016, this Honorable Court issued its Case Management and Scheduling Order in this matter [Dkt. #28], setting a Private Mediation Cut-Off of September 15, 2017.

WHEREAS, the Court's June 13, 2017 Order extended the Expert Discovery Cut-Off to September 29, 2017.  [Dkt. #39];

WHEREAS, the parties have diligently engaged in the discovery process as evidenced by Plaintiff serving written discovery on December 15, 2016 and Defendant serving written discovery on January 23, 2017;

WHEREAS, the parties exchanged document productions in February and March 2017. Plaintiffs West and Membreno have completed their document production.

WHEREAS, Plaintiffs took the deposition of Defendant's Fed. R. Civ. P. 30(b)(6) Witness on June 15, 2017 and again on September 1, 2017.

WHEREAS, on July 19, 2017, Plaintiff served the report of its expert

WHEREAS, Defendant took the deposition of Plaintiff Membreno on July 21, 2017 and the deposition of Plaintiff West on August 31, 2017.

WHEREAS, parties have scheduled an all-day mediation for September 14, 2017 before Jill R. Sperber, Esq., Judicate West.

WHEREAS, the parties recently learned that Plaintiffs' expert is not able to be deposed until after the mediation cut-off and likely not until a week before the expert discovery cut-off of September 29, 2017;

WHEREAS, as Plaintiffs' expert report asserts, among other things, the basis for Plaintiffs' identification of class members, the parties assert that there is no meaningful prospect of settlement until at a minimum the deposition of Plaintiffs' expert occurs, and for these reasons the parties may not be in a meaningful position to discuss settlement until after the certification brief and any defense oppositions thereto are filed and/or heard;

WHEREAS, given that Plaintiffs' class presents significant exposure to Defendant, Defendant's insurers need additional time to evaluate Plaintiffs' claims and desire the deposition of Plaintiffs' expert prior to mediation;

WHEREAS, counsel for the parties conferred and request that the mediation cut-off be continued as follows:

Mediation Cut-Off continued from September 15, 2017 to November 15, 2017

WHEREAS, the parties assert there is no prejudice to either side as the parties stipulate to the continuance and the other dates in the Court's Scheduling Order remain unaffected;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay;

IT IS SO STIPULATED:


Dated: September 6, 2017                    **MARTIN & BONTRAGER, APC**

                                            By: /s/ Nicholas J. Bontrager
                                                Nicholas J. Bontrager
                                                Attorneys for Plaintiff
                                                *SANDRA WEST*

Dated:  September 6, 2017			**BURSOR & FISHER, P.A**

						By: /s/ Yeremey Krivoshey
						    Yeremey Krivoshey
						    Attorneys for Plaintiff
						    *HECTOR MEMBRENO*

Dated:  September 6, 2017			**CARLSON & MESSER LLP**

						By: /s/ David J. Kaminski
						    David J. Kaminski
						    Charles R. Messer
						    Stephen A. Watkins
						    Attorneys for Defendant,
						    *CALIFORNIA SERVICE BUREAU, INC.*

### SIGNATURE CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Nicholas J. Bontrager and Yeremey Krivoshey, counsel for Plaintiffs,  and that I have obtained authorization to affix their electronic signature to this document.

						By:    s/David J. Kaminski
						       David J. Kaminski