UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST AND HECTOR MEMBRENO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>           Plaintiffs,<br>  v.<br><br>CALIFORNIA SERVICE BUREAU, INC.<br>           Defendants. | Case No. 4:16-cv-03124-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINE MEDIATION CUT-OFF** |

Upon Good Cause Showing, the Stipulation for Order Continuing the September 15, 2017 Mediation Cut-Off is approved. The Mediation Cut-Off of September 15, 2017 is hereby continued to November 15, 2017.

**IT IS SO ORDERED.**

Dated:_____

                                                                                    By:_____
                                                                                    Yvonne Gonzalez Rogers
                                                                                      United States District Judge

{00073241;1}