UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 9/11/2017 | **Time:** 2:24pm-2:40pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 16-cv-03124-YGR | **Case Name:** Sandra West v. California Service Bureau, Inc. | |

**Attorney for Plaintiff:** Thomas Reyda
**Attorney for Defendant:** Charles P. Messer

**Deputy Clerk:** Frances Stone              **Court Reporter:** Diane Skillman

## PROCEEDINGS

FURTHER CMC-HELD

Daubert and Dispositive Motions filed 10/6/17.
Opposition filed 10/27/17. Reply filed 11/10/17.
Hearing on Daubert/Dispositive Motions set for 12/5/2017 at 2:00pm

Mediation cutoff date: 12/15/17