1  Charles R. Messer (SBN 101094)
   messerc@cmtlaw.com
2  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
3  Stephen A. Watkins (SBN 205175)
   watkinss@cmtlaw.com
4  CARLSON & MESSER LLP
   5901 W. Century Boulevard, Suite 1200
5  Los Angeles, California 90045
   (310) 242-2200 Telephone
6  (310) 242-2222 Facsimile

7  Attorneys for Defendant
   CALIFORNIA SERVICE BUREAU, INC.

8

9

                        UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11

12
   SANDRA WEST and HECTOR          )   Case no. 4:16-cv-03124-YGR
13 MEMBRENO, individually and on behalf of )
   all others similarly situated,  )
14                                  )   **DECLARATION OF BRANDON AMYOT**
                    Plaintiffs,     )   **IN OPPOSITION TO MOTION FOR CLASS**
15                                  )   **CERTIFICATION**
            vs.                     )
16                                  )   Date:        December 5, 2017
                                    )   Time:        2:00 p.m.
17 CALIFORNIA SERVICE BUREAU, INC., )   Courtroom:  1
                                    )
18                  Defendant.      )
                                    )
19 _____  )

20

21 I, Brandon Amyot, declare as follows:

22         1.      I am over the age of eighteen years and am competent to make this declaration.

23         2.      I have personal knowledge of the matters set forth in this declaration, except as

24 to those matters stated upon information and belief, and I believe those matters to be true.

25         3.      Defendant California Service Bureau, Inc. ("CSB") is a collection agency which

26 was acquired by EOS CCA in 2010.  CSB is still today a California corporation in good

27 standing.

28

{00076996;1}                              I

1      4.      For the past nine years, I have been  employed by the defendant as Executive

2    Director of Patient Services..

3      5.      As of 2015, I was national director of third-party health care collections and

4    early-out outsource for EOS CCA and CSB.  As of 2016, I was national director of health care

5    collections.

6      6.      I am familiar with CSB's books and records as they relate to the issues

7    and documents in this declaration.   I am also personally familiar with the methods, processes,

8    and functions of CSB's collection efforts.  CSB's business records are maintained in the

9    ordinary course of business and are updated at or near the time of the acts, conditions, or events

10   to which said records relate.  These records are recorded by persons whose job it is to make

11   such records.

12      7.      Based on the foregoing, if called upon as a witness, I could and would

13   competently testify as to all of the matters stated herein.

14      8.      CSB primarily collects upon debts owed to medical providers (approximately 94

15   percent).

16      9.      CSB does not call skip-traced numbers on Global Connect.

17      10.      CSB obtains all primary telephone numbers it calls directly from its clients.

18      11.      CSB skip traces less than 10% of its accounts and any skip traced account does

19   not get loaded to Global Connect.

20   **Calls to Plaintiffs**

21      12.      Both Plaintiff Sandra West's 6314 number and Plaintiff Membreno's 6213

22   number are associated with medical debts placed with CSB.

23      13.      A true and correct copy of the Admit Face Sheet from Mississippi Physicians for

24   debtor E.H., including the 6314 number is attached hereto as Exhibit 1.  CSB relies on

25   documents provided by its creditor clients in the regular course of its business and incorporates

26   these documents into its business records.  This record demonstrates that E.H. supplied -6314 as

27   his home telephone number to Mississippi Physicians.

28

DECLARATION OF BRANDON AMYOT
N.D. Cal. case no. 4:16-cv-03124-YGR

14.     A true and correct copy of a page from the Conditions of Admission/Registration from John Muir Health for debtor M.R. is attached hereto as Exhibit 2.   This record demonstrates that M.R. supplied the -6213 telephone number as her contact number to John Muir Health.

15.     The intake form for M.R. states that "The Undersigned acknowledges that he/she has received a copy of the Joint Notice of Privacy Practices."  This document is signed by M.R.

16.      Typically, a Joint Notice of Privacy Practices provides for the disclosure of protected health information ("PHI"), including telephone numbers, to third parties for billing and collection.

17.     The 6314 and 6213 number were received electronically by CSB from Mississippi Physicians and John Muir Health respectively, along with other demographic information for debtors E.H. and M.R.

18.     CSB did not skip trace the accounts of E.H. and M.R.

19.     CSB uses Global Connect as a dialing solution.  It also makes calls manually. CSB called the 6314 number via Global Connect in an attempt to reach debtor E.H.

20.     CSB called the 6213 number via Global Connect in an attempt to reach debtor M.R.

21.     CSB uses CUBS as its collection system.  A true and correct copy of the account notes from the CUBS system for debtor E.H. and M.R. are attached hereto as Exhibits 3 and 4 respectively.  Those notes reflect entries that are either automatically entered by CSB's system, or entered by CSB employees near or about the time of the occurrence.

22.     Neither the account notes for E.H. or M.R. reflect an entry whereby Plaintiff West or Plaintiff Membreno requested that CSB stop calling.

**Evidence of consent**

23.     Attached hereto as Exhibit 5 are forms from CSB client John Muir Health relating to five patients, and screenshots of those patients' information in CSB's collection database.  These documents have been redacted to avoid disclosure of Protected Health Information ("PHI").

DECLARATION OF BRANDON AMYOT
N.D. Cal. case no. 4:16-cv-03124-YGR

1    24.    The phone number in each form reflects the cell phone number that was provided

2  to CSB upon assignment of the account:

3          Debtor R.H. -0420 number

4          Debtor S.A.J. – 0402 number

5          Debtor M.R. – 7592 number

6          Debtor P.S.W. – 2133 number

7          Debtor S.F.  –9998 number

8    25.    Collection on these accounts resulted in contact with these debtors.

9    26.    Attached hereto as Exhibit 6 are forms from CSB client Fresno Community

10  Medical Center relating to five patients, and screenshots of those patients' information in CSB's

11  collection database.  These documents have been redacted to avoid disclosure of Protected

12  Health Information ("PHI").

13          Debtor M.L. -9611 number

14          Debtor M.J. – 7966 number

15          Debtor P.A.L. – 4821 number

16          Debtor P.G. – 8227 number

17          Debtor S.F.  –0418 number

18    27.    Collection on these accounts resulted in contact with these debtors.

19    28.    The forms provided by John Muir Health and Fresno Community Medical

20  Center are typical of how  CSB's medical provider clients obtain patients' phone numbers.

21    29.    The conditions of admission or face sheet that may contain a patient's phone

22  number is typically not provided to CSB, unless requested.

23    30.    Records from CSB's clients, and my personal experience at CSB, demonstrate

24  that many patients tell medical providers their phone numbers, and providers enter those phone

25  numbers into patients' records.

26  **Phone numbers associated with DNC codes currently in CUBS are phone numbers that**

27  **were never called**

28

{00076996.1}                          4

1    31.    CSB uses the notation "CDR" (which means Cease and Desist) and "DNC" (do

2    not call) to code phone numbers in its CUBS system.

3    32.    I am informed that Plaintiff asserts there are 69,380 accounts with DNC notations

4    in CSB's CUBS system.  I believe this number of 69,380 is based on the files which CSB

5    produced from its CUBS system, CSB002154 (XND accounts), CSB002155 (CDR accounts),

6    and CSB002156 (DNC accounts).

7    33.    That number is off by 2,379 accounts based on my review as follows.  (There are

8    2,379 accounts missing from the data I reviewed – assuming 69,380 is accurate).  Regardless, the

9    any accounts with those notations were not called for the reasons below.

10   **Six types of DNC codes in CUBS that were not called.**

11   34.    The 67,001 files are broken down into six different file types as follows:

12   (A)    DNC_RCA (accounts with a do not call status code with RCA Logon (941

13   accounts) – contained in CSB002156;

14   (B)    DNC_EARLYOUT (accounts with a do not call status code in Earlyout

15   Logon)(1 account) - contained in CSB002156;

16   (C).    CDR_RCA (accounts with a cease & desist code in RCA Logon) (211

17   accounts) contained in CSB002155;

18   (D).    XND_RCA (accounts with an invalid phone # that could not be called in

19   RCA Logon) (59,255 accounts) contained in CSB002154;

20   (E).    !ACCOUNTS_RCA (also accounts with an invalid phone # that could not

21   be called in RCA Logon)(2408 accounts) contained in CSB002154; and,

22   (F).    !ACCOUNTS_EARLYOUT (also accounts with an invalid phone # that

23   could not be called in RCA Logon) (4185 Accounts) contained in CSB002154

24   **Accounts with DNC Status (A & B above) were not called.**

25   35.    A and B above (942 accounts) have a "DNC" status.  These accounts are blocked

26   from being loaded into the Global Connect system.  When campaigns are built these status codes

27   do not load into the campaigns.  These accounts are not part of the files provided to Global

28   Connect.

**Accounts with CDR status (C above):**

36.      The 211 accounts designated CDR (C above) are also never called because of the Cease & Desist status code.  When campaigns are built these status codes do not load into the campaigns.  These accounts are not part of the files provided by Global Connect because calls were not made to them.

37.      Accordingly, the phone numbers on accounts (A, B & C) (1,153 accounts) were not dialed because of their status.  DNC and CDR designations are used to make sure the number was never called.

**Plaintiffs' alleged "Wrong Number" data is based on calls that were never made**

38.      If a debtor informs a CSB collector ""stop calling me," or "wrong number," or some variation thereof, the phone number will be removed from the CUBS system with a CDR or DNC notation.   This would result in no subsequent calls by Global Connect.  An inbound call, an outbound call outside of Global Connect or a letter being received could also all result in a DNC or CDR status code being placed on an account.  The number would also be removed as a result from those DNC and CDR notations.  This would result in no subsequent calls by Global Connect.

39.      Therefore, any CDR or DNC notations in the files provided from the CUBS system, CSB002155 (CDR accounts), and CSB002156 (DNC accounts) do not reflect a subsequent call by Global Connect after CDR/DNC notation.  Nor do those notations not necessarily reflect an initial call via Global Connect to a wrong number prior to CDR/DNC notation.

40.      As set forth above, the phone number will be removed, but that person's number is never added to the DNC list in Global Connect.  This removal of the phone occurs before the phone number is loaded to Global Connect.

41.      Plaintiffs err when they rely on the CDR or DNC notations in CUBS to calculate the number of "wrong number" calls which were dialed.  Contrary to the Plaintiffs' erroneous assumption, DNC and CDR notations in CUBS designate telephone numbers which were not

{00076996;1}

6

1 uploaded to Global Connect, and do not necessarily correspond to a prior contact with a person

2 via Global Connect whereby the person stated "wrong number."

3 **(D) XND_RCA, !, (E), ACCOUNTS_RCA, and (F) !ACCOUNTS_EARLYOUT**

4 **were not called.**

5 42.    Accounts within the list at (D), (E) and (F) are similar kinds of accounts (i.e.

6 invalid phone numbers).  All three represent that there was a phone number on the account that

7 could not be dialed because it was invalid.  The call could not have possibly been dialed because

8 it would not go through based on the number provided.

9 43.    The total of those three (D), (E) and (F) above) equal 65,848 accounts that simply

10 were not dialed and never could be dialed because the phone number(s) are bad resulting in a fast

11 busy signal, disconnect or dead air.

12 44.    In his declaration, Mr. Kopel erroneously identifies these 65,848 accounts as do

13 not call accounts.  They are not.  These are accounts that could not be called due to technical

14 reasons.  Stated simply--these consumers were never dialed because the Global Connect system

15 reported that their phone numbers did not work.  When there is a problem dialing the phone # on

16 the Global Connect platform the global results file tells CUBS to change the status code to XND.

17 45.    The actual number of calls to telephone numbers in the category CSB002154

18 (XND accounts) is zero.

19 **DNC classification in Global Connect does not represent phone calls**

20 46.    The DNC classification is used by Global Connect and by CUBS, in two different

21 manners.  In CUBS, DNC is a status code.  In Global Connect, DNC is a temporary call

22 disposition used for suppressing a call.

23 47.    An account may have a DNC disposition after being uploaded into Global

24 Connect, or it may have a DNC status in CUBS which prevents it from being loaded into Global

25 Connect.  Either way, phone numbers with a DNC notation are never dialed.

26 48.    Global Connect data may have examples of phone numbers having a DNC

27 disposition on them on certain dates or times, and then days or weeks a call made to that same

28 number.  This is because the "DNC" can be a temporary disposition used by Global Connect to

DECLARATION OF BRANDON AMYOT
N.D. Cal. case no. 4:16-cv-03124-YGR

1    suppress a call when a call was already scheduled or outside of the window to be called.  These

2    are examples of numbers which did not have a "DNC" status code in CUBS, and where other

3    dialing restrictions (time, for example) placed a temporary DNC designation on a number when

4    it  was "uploaded" into Global Connect's records.

5         49.      With respect to accounts uploaded into Global Connect that resulted in a DNC

6    disposition, there are four reasons why this could happen.

7              (a).  The phone number was loaded into more than a single campaign in the same day

8              (after the initial phone number is loaded, any subsequent appearance of that number the

9              same day is automatically designated DNC  to prevent duplicate calls on the same day);

10             (b). The campaign being built had a filter applied to it when the accounts were loaded

11             into Global Connect not to allow a call to an account that already had a call within a

12             specific time span;

13             (c) The phone number in the campaign is in a time zone where it is either too early or

14                 too late to call (the systems automatically prevent calls before  8:00 a.m. or after

15                 9:00 p.m. in the time zone being called).   The global connect system will append

16                 "DNC" to the phone number to prevent such calls; and,

17             (d) The phone number exists on the list of "Do Not Call" phone numbers which is

18                 loaded on the Global Connect site.

19        50.      DNC dispositions in Global Connect's system do not relate to any person who

20   claimed that CSB called a wrong number.

21

22   **Wrong Number Call List of 800-900 numbers**

23        51.      CSB kept a small "wrong-number" database stored in Global Connect, with

24   approximately 800-900 accounts identified as wrong numbers.

25        52.      Unlike the 69,380 CDR, DNC and XND notations referred to by Plaintiffs, these

26   800-900 accounts reflect circumstances whereby CSB was told "wrong number" on a live call.

27        53.      These numbers are currently being blocked.

28

{00076996;1}                                      8

1    54.    However, there is no confirmation that these persons truly are not associated with

2   the account or otherwise did not consent to calls.

3    55.    It is common in the debt collection industry, and in CSB's experience, for a

4   collector to reach a debtor who claims that her or she is not the debtor, or disguise his or her

5   voice, or otherwise claim that CSB has reached the wrong person.

6   **Disposition of Plaintiffs West and Membreno's accounts**

7    56.    The comment by Mr. Kopel that Plaintiff West and Plaintiff Membreno's

8   information is not on any of these lists is correct.  Once notification of a lawsuit is received on an

9   account the status of the account is updated.  Therefore the accounts would no longer be in a

10  "DNC" or "CDR" status.

11   57.    The 6314 and 6213 numbers are blocked from being called with a code in CSB's

12  collection system.

13   Executed this 26th day of October 2017, at Sacramento, California.

14

15

16

17   Brandon Amyot

18

19

20

21

22

23

24

25

26

27

28