# *West, et al. v. California Service Bureau, Inc.*
# *Case No. 4:16-cv-03124-YGR*

# EXHIBIT "1"

{EXHIBIT TAB PAGES;1}


**Baptist** HEALTH SYSTEMS

1225 NORTH STATE STREET
JACKSON, MS 39202-0253
ADMIT FACESHEET

| PATIENT NAME | REASON FOR VISIT | MR# | VISIT # |
|---|---|---|---|
| HAYES JR, EDDIE RAY | | 020032062 | 1502063389 |

| ADMIT DT/TM | DISCHARGE DT/TM | PATIENT TYPE | SERVICE TYPE | ROOM/BED | ACCOMMODATION |
|---|---|---|---|---|---|
| 2015-05-02 19:21 | | | | | |

| PRIOR ADMIT | DOB | AGE | SEX | MARITAL STATUS |
|---|---|---|---|---|
| | | 27Y | M | S |

| PATIENT ADDRESS | HOME PHONE | CELL PHONE | PATIENT RELIGION | ADVANCED DIRECTIVE | | |
|---|---|---|---|---|---|---|
| | 314 | | NOP | NO | | |
| | | | RACE | ETHN | ADMIT CLERK | |
| | | | CAUCASIAN | US | cd38913 | |
| | | | PRIMARY LANGUAGE | PREFERRED LANGUAGE FOR HEALTHCARE | | |
| | | | eng | | | |

| EMPLOYER | ADMITTING PHYSICIAN |
|---|---|
| | |
| | ATTENDING PHYSICIAN |
| | |
| | PRIMARY CARE PHYSICIAN |

| COMMUNICATION BARRIER | OCCURRENCE INFORMATION |
|---|---|

| GUARANTOR NAME | GUARANTOR ADDRESS | GUARANTOR PHONE NUMBER |
|---|---|---|
| H___, EDDIE | 550 HOUSTON AV | Home ___-6314 |
| | | Cell |
| | | Work |

| NEXT OF KIN | HOME PHONE | CELL PHONE | EMERGENCY CONTACT | HOME PHONE | CELL PHONE |
|---|---|---|---|---|---|
| WEST, SANDRA JEAN | ___-8314 | | ___ JEAN | ___-8314 | |

RELATIONSHIP
Mother
ADDRESS
550 HOUSTON AV

RELATIONSHIP
Mother
ADDRESS
550 HOUSTON AV

### INSURANCE INFORMATION

| COB | PRIMARY | SECONDARY | TERTIARY |
|---|---|---|---|
| INSURANCE COMPANY | | | |
| ADDRESS | | H___, EDDIE ___ Rm: | |
| | | ACCT: ___ MRN: 020032062 | |
| | | | 27Y M |
| PHONE | | Admit: 2015-05-02 19:21 DOB: | |
| INSURED | H___, EDDIE | | |
| RELATIONSHIP | | | |
| POLICY # | | | |
| GROUP # | | | |
| PRE-CERT # | | | |

Confidential subject to protective order - CSB00011



**1225 NORTH STATE ST
JACKSON, MS 39202-0253
ADMIT FACESHEET**

| PATIENT NAME | REASON FOR VISIT | MR# | VISIT # | SSN # |
|---|---|---|---|---|
| H███, E███ | ███ | 020032062 | 1502083389 | ███ |

| ADMIT DT/TM | DISCHARGE DT/TM | PATIENT TYPE | SERVICE TYPE | ROOM/BED | ACCOMMODATION |
|---|---|---|---|---|---|
| 05/02/2015 19:21 | | ███ | ███ | ███ | |

| PRIOR ADMIT | DOB | AGE | SEX | MARITAL STATUS |
|---|---|---|---|---|
| | 02/15/1988 | 27Y | Male | SINGLE |

| PATIENT ADDRESS | HOME PHONE | CELL PHONE | PATIENT RELIGION | ADVANCED DIRECTIVE |
|---|---|---|---|---|
| ███ | ███-6314 | | NO PREFERENCE | NO - Information Given |

RACE: CAUCASIAN
ETHN: Not Hispanic or Latino
ADMIT CLERK: cd36913
PRIMARY LANGUAGE: English
PREFERRED LANGUAGE FOR HEALTHCARE:

EMPLOYER
MCDONALDS
███

ADMITTING PHYSICIAN: ███
ATTENDING PHYSICIAN: ███
PRIMARY CARE PHYSICIAN:

COMMUNICATION BARRIER:
OCCURRENCE INFORMATION:

| GUARANTOR NAME | GUARANTOR ADDRESS | GUARANTOR PHONE NUMBER |
|---|---|---|
| EDDIE ███ | ███ | ███-6314 |

| NEXT OF KIN | HOME PHONE | CELL PHONE | EMERGENCY CONTACT | HOME PHONE | CELL PHONE |
|---|---|---|---|---|---|
| SANDRA WEST | ███-6314 | | SANDRA WEST | ███-6314 | |
| RELATIONSHIP: Mother | | | RELATIONSHIP: Mother | | |
| ADDRESS: ███ | | | ADDRESS: ███ 39209 | | |

## INSURANCE INFORMATION

| COB | PRIMARY | SECONDARY | TERTIARY |
|---|---|---|---|
| INSURANCE COMPANY | ███ | | |
| ADDRESS | ███ | | |
| PHONE | ███-1215 | | |
| INSURED | H███, EDDIE | | |
| RELATIONSHIP | | | |
| POLICY # | | | |
| GROUP # | | | |
| PRE-CERT # | | | |

**Confidential subject to protective order - CSB00012**