# *West, et al. v. California Service Bureau, Inc.*
# *Case No. 4:16-cv-03124-YGR*

# EXHIBIT "2"

{EXHIBIT TAB PAGES;1}

Printed on 1/26/2017 01:49 PM                                                                                           Page 1 of 1

   Scan on 11/3/2014 by User: 98615

4COA

**8. Health Care Directive Documents**
(Applicable for inpatient, outpatient surgical, invasive procedure and observation patients)
Do you have a Health Care Directive Document?
- ☐ **Yes:** (Select appropriate box)
  - ☐ Brought in by patient / Copy placed in medical record
  - ☐ Copy in prior medical record / **Refer to staff**
  - ☐ Patient/family will provide copy / **Refer to staff**
- ☐ **No:** (Select appropriate box)
  - ☐ Information provided
  - ☐ Patient declined to receive information
  - ☐ Patient requests additional information / **Refer to staff**
- ☐ **Unknown:** Unable to determine at the time of admission / **Refer to staff**
- ☐ **Minor, not applicable**

**9. Acknowledgement of Receipt of the Joint Notice of Privacy Practices**
*The undersigned acknowledges he/she has received a copy of the Joint Notice of Privacy Practices.*

11/1/14   1800
DATE      TIME

SIGNATURE: PATIENT, LEGAL REPRESENTATIVE, AGENT

**INTERNAL USE ONLY:** If no signature of acknowledgement received, describe the good faith efforts to obtain and give reason not obtained.

11/1/14   1800
DATE      TIME      STAFF SIGNATURE

**10. PATIENT'S RIGHTS AND PROPOSITION 65 NOTIFICATION:** I hereby acknowledge that I have received a copy of both John Muir Health's Patient's Rights, and Proposition 65 Notification. _____
PT. INITIALS

*The undersigned acknowledges he/she has read and understands the Conditions of Admission/Registration and received a copy thereof, and is the patient, the patient's legal representative or is duly authorize as the patient's general agent to execute the above and accept its terms.*

11/1/14   1800
DATE      TIME      PRINT NAME      (SIGNATURE: PATIENT, LEGAL REPRESENTATIVE, AGENT)

RELATIONSHIP IF NOT PATIENT                                   WITNESS

**Preferred Language:** _____
- ☐ **Form Interpreted by:**
  - ☐ Qualified Employee Interpreter   ☐ JMH Phone Interpreter   ☐ In-person Agency Interpreter
  - ☐ Patient Declined for Registration   ☐ Patient's Physician
  - ☐ Family/Friend
  Reason qualified interpreter not used: ☐ Patient Request   ☐ Other: _____
- ☐ **Unable to Sign:** Reason: _____

DATE   TIME   STAFF SIGNATURE

ADMIT-01 (3/13/14)

**JOHN MUIR HEALTH**
**CONDITIONS OF ADMISSION / REGISTRATION**
WHITE - CHART    YELLOW - REGN    PINK - PATIENT

**Confidential subject to protective order - CSB00030**