*West, et al. v. California Service Bureau, Inc.*

*Case No. 4:16-cv-03124-YGR*

# EXHIBIT "3"

{EXHIBIT TAB PAGES;1}



```
EOS CCA                          12:31:45 11 MAR 2016
                                                                              ASSIGNED AMOUNTS
CLIENT#     SYM013 MISSISSIPPI PHYSICIANS        —OWING—   -RECEIVED-          —OWING—   -RECEIVED-
ACCOUNT#    [redacted]                AGN/AMT    [redacted]    0.00   PRINCIPAL  [redacted]    0.00
NAME        [redacted], EDDIE [redacted]   INT   [redacted]    0.00   ASGN INT     0.00        0.00
NAME2                                 CANCELLED  [redacted]           COMM FEES    0.00        0.00
ADDRESS     [redacted]                ATTORNEY        0.00     0.00   ASN CK FEE   0.00        0.00
ADDRESS2                              COURT           0.00     0.00   AMISC2       0.00        0.00
CITY        JACKSON                   MISC            0.00     0.00   AMISC3       0.00        0.00
ST/ZIP      [redacted]                TOTAL***        0.00     0.00   AMISC4       0.00        0.00
PHONE                                                                 AMISC5       0.00        0.00
NOTE LNS    171                       NET W/JMT**            0.00     AMISC6       0.00        0.00
DESK        N01                       STATUS: CAN  COMM: SYM          AMISC7       0.00        0.00
DOB         02-15-88                  — DATE —                        AMISC8       0.00        0.00
SSN         [redacted]                ASSIGNED 08-29-15               AMISC9       0.00        0.00
DRL                                   LAST CHG 05-02-15
CLIENT REF# 606127                    LAST PAY                                MISCELLANEOUS AMOUNTS
FWD-CLIENT                            LAST ACT 03-05-16                        —OWING—   -RECEIVED-
INT RATE(D) .07                       CL LC/LP 05-02-15       NSF FEE          0.00        0.00
PACKET#                               INTR EFF 08-29-15       OVERPMT          0.00        0.00
—— SPECIAL FIELDS ——                                          TREBLE DMG       0.00        0.00
PATIENT     HAYES, EDDIE R JR         SPC FLD4                LEVY             0.00        0.00
SPC FLD2                              SPC FLD5                SERVICE          0.00        0.00
SPC FLD3    MISSISSIPPI BAPTIST MEDIC CREDIT RPT              CK SVC FEE       0.00        0.00
                                                              MISC5            0.00        0.00
                                                              MISC6            0.00        0.00
                                                              MISC7            0.00        0.00

—— FINANCIAL INFORMATION —— FOR ACCOUNT 4806214

(   1) EMP1 NAME    MCDONALDS
(   4) EMP1 PHN     [redacted]5700
(  21) AVG BAL      [redacted]
( 114) FIN CLASS    S
( 237) SCRUB DT     08-29-15
( 238) BKO SENT     08-29-15
( 239) RESULT       972 BKP
( 282) A/C DATE     02-04-16
( 283) A/C#         3
( 284) LAST A/C     112
( 641) ENTRY DATE   08-29-15
( 642) BATCH        SYMFILE-150829
( 643) RAO          136006
( 695) BVC-PHCODE   JAMB
( 699) LOCSVC       MISSISSIPPI BAPTIST MEDIC
( 701) PT AKA       H[redacted], EDDIE [redacted]
( 703) DISC DATE    [redacted]
( 704) PT ADDRESS   [redacted]
( 705) CSZ          JACKSON, MS 39209
( 707) PT SSN       [redacted]
( 709) PT SEX       M
( 711) MED REC #    [redacted]
( 715) FIN CLASS
( 721) PHYSICIAN    [redacted]
( 722) TTL CHGS     [redacted]
( 725) INS PMTS     [redacted]
( 726) CALC BAL     [redacted]
( 938) T/U          03-05-16;DA;0.00
```

Confidential subject to protective order - CSB00016



```
        EOS CCA                    12:31:45  11 MAR 2016
                                                                         ASSIGNED AMOUNTS
   CLIENT#   SYM013 MISSISSIPPI PHYSICIANS          —OWING—  -RECEIVED-    —OWING—   -RECEIVED-
   ACCOUNT#                         AGN/AMT                    0.00     PRINCIPAL              0.00
   NAME      H███,EDDIE ██          INT                        0.00     ASGN INT      0.00     0.00
   NAME2                            CANCELLED                            COMM FEES    0.00     0.00
   ADDRESS   ████████████           ATTORNEY         0.00      0.00     ASN CK FEE    0.00     0.00
   ADDRESS2                         COURT            0.00      0.00     AMISC2        0.00     0.00
   CITY      JACKSON                MISC             0.00      0.00     AMISC3        0.00     0.00
   ST/ZIP    MS  39209              TOTAL***         0.00      0.00     AMISC4        0.00     0.00
   PHONE                                                                 AMISC5        0.00     0.00
   NOTE LNS  171                    NET U/JMT**                 0.00     AMISC6        0.00     0.00
   DESK      N01                    STATUS: CAN  COMM: SYM              AMISC7        0.00     0.00
   DOB       02-15-88               — DATE —                             AMISC8        0.00     0.00
   SSN                              ASSIGNED 08-29-15                   AMISC9        0.00     0.00
   DRL                              LAST CHG 05-02-15
   CLIENT REF# 606127               LAST PAY                                 MISCELLANEOUS AMOUNTS
   FWD-CLIENT                       LAST ACT 03-05-16                        —OWING—   -RECEIVED-
   INT RATE(D) .07                  CL LC/LP 05-02-15          NSF FEE       0.00     0.00
   PACKET#                          INTR EFF 08-29-15          OVERPMT       0.00     0.00
   — SPECIAL FIELDS —                                          TREBLE DMG    0.00     0.00
   PATIENT   H██,EDDIE ██           SPC FLD4                   LEVY          0.00     0.00
   SPC FLD2                         SPC FLD5                   SERVICE       0.00     0.00
   SPC FLD3  MISSISSIPPI BAPTIST MEDIC   CREDIT RPT            CK SVC FEE    0.00     0.00
                                                               MISC5         0.00     0.00
                                                               MISC6         0.00     0.00
                                                               MISC7         0.00     0.00

   — FINANCIAL INFORMATION — FOR ACCOUNT 4806214

   (   1) EMP1 NAME   MCDONALDS
   (   4) EMP1 PHN    ███████8700
   (  21) AVG BAL
   ( 114) FIN CLASS   S
   ( 237) SCRUB DT    08-29-15
   ( 238) BKO SENT    08-29-15
   ( 239) RESULT      972 BKP
   ( 282) A/C DATE    02-04-16
   ( 283) A/C#        3
   ( 284) LAST A/C    112
   ( 641) ENTRY DATE  08-29-15
   ( 642) BATCH       SYMFILE-150829
   ( 643) RAO         136006
   ( 695) BVC-PHCODE  JAMB
   ( 699) LOCSVC      MISSISSIPPI BAPTIST MEDIC
   ( 701) PT AKA      H██,EDDIE ██
   ( 703) DISC DATE
   ( 704) PT ADDRESS
   ( 705) CSZ         JACKSON,MS 39209
   ( 707) PT SSN
   ( 709) PT SEX      M
   ( 711) MED REC #
   ( 715) FIN CLASS
   ( 721) PHYSICIAN
   ( 722) TTL CHGS
   ( 725) INS PMTS
   ( 726) CALC BAL
   ( 938) T/U         03-05-16;DA;0.00
```

**Confidential subject to protective order - CSB00016**

```
--- FINANCIAL INFORMATION --- FOR ACCOUNT ●6214 (CONTINUED)

( 939) EQUIFAX      11-07-15;93;1319.14
( 940) EXPERIAN     03-05-16;DA;0.00
(1062) SENT2SVC     08-31-15
(1063) RECV INFO    08-31-15
(1064) TRACE SVC    SUNG
(1065) $ RATING     ▓
(1066) $ SCORE      ▓
(1067) COLLRATING   ▓
(1068) COLL SCORE   ▓
(1069) SPEC SCORE   ▓
(1070) LIQURATING   ▓
(1071) LIQU SCORE   ▓
(1072) BALANCE      ▓
(1124) LST LETTER   ▓
(1125) LSTLTRDT     10-09-15
(1145) sc01Score1   428
(1161) GC CALL DT   02-20-16
(1169) GC RCODE     X1
(1176) DIAG CODE    7862

--- NOTES --- FOR ACCOUNT 4806214
* (001) 12:20 08-29-15 USE XM FOR CLIENT PROVIDED INFO
* (002) 12:22 08-29-15 REQ SERIES SYM-NOTICE (NOTICE2)
* (003) 12:22 08-29-15 INTEREST CHARGE ▓
  (004) 12:58 08-29-15 ACCR SEARCH NO INFO|BKP |SYS
* (005) 06:15 09-04-15 SNT NTC 19
* (006) 16:10 09-05-15 EQ2-EOS BYP-Account still in delay
  (007)                (CONT) period
* (008) 16:24 09-05-15 EX2-EOS BYP-Account still in delay
  (009)                (CONT) period
* (010) 16:29 09-05-15 TU2-EOS BYP-Account still in delay
  (011)                (CONT) period
* (012) 15:45 09-10-15 SENT TO DIALER |GC1
* (013) 08:42 09-15-15 SENT TO DIALER |GC1
* (014) 06:44 09-16-15 SENT TO DIALER |GC1
* (015) 09:55 09-18-15 SENT TO DIALER |GC1
* (016) 16:21 09-18-15 09-18-15 10:34am GC1 - BUSY - |GC1
  (017)                (CONT) RESEND TO DIALER
* (018) 08:30 09-21-15 SENT TO DIALER |GC1
* (019) 09:43 09-21-15 SENT TO DIALER |GC1
* (020) 08:39 09-24-15 SENT TO DIALER |GC1
* (021) 09:15 09-24-15 SENT TO DIALER |GC1
* (022) 10:25 09-25-15 09-24-15 01:50pm GC1 - BUSY - |GC1
  (023)                (CONT) RESEND TO DIALER
* (024) 08:39 09-26-15 SENT TO DIALER |GC1
* (025) 21:29 09-27-15 09-26-15 09:45am GC1 - BUSY - |GC1
  (026)                (CONT) RESEND TO DIALER
* (027) 07:30 09-28-15 SENT TO DIALER |GC1
* (028) 06:12 09-29-15 SENT TO DIALER |GC1
* (029) 09:23 10-07-15 EQ2-EOS BYP-Account still in delay
  (030)                (CONT) period
* (031) 09:48 10-07-15 EX2-EOS BYP-Account still in delay
```

**Confidential subject to protective order - CSB00017**

```
— NOTES — FOR ACCOUNT ████214 (CONTINUED)

  (032)              (CONT) period
* (033) 10:45 10-07-15 TU2-EOS BYP-Account still in delay
  (034)              (CONT) period
* (035) 08:21 10-09-15 SNT NTC 20
* (036) 06:14 10-12-15 SENT TO DIALER |GC1
* (037) 05:41 10-13-15 SENT TO DIALER |GC1
* (038) 09:46 10-13-15 10-13-15 08:42am GC1 - ANSWERED |GC1
  (039)              (CONT) LIVE MESSAGE
* (040) 11:35 10-13-15 SENT TO DIALER |GC1
* (041) 13:26 10-14-15 10-13-15 08:42am GC1 - ANSWERED |GC1
  (042)              (CONT) LIVE MESSAGE
* (043) 06:00 10-15-15 SENT TO DIALER |GC1
* (044) 08:51 10-16-15 10-15-15 08:25am GC1 - MACHINE |GC1
  (045)              (CONT) MESSAGE DELIVERED
* (046) 07:28 10-17-15 SENT TO DIALER |GC1
* (047) 06:45 10-21-15 SENT TO DIALER |GC1
* (048) 08:15 10-22-15 SENT TO DIALER |GC1
* (049) 06:04 10-23-15 SENT TO DIALER |GC1
* (050) 06:13 10-23-15 10-22-15 09:04am GC1-DIALER |GC1
  (051)              (CONT) SCRUBBED CALL
* (052) 07:14 10-26-15 SENT TO DIALER |GC1
* (053) 07:08 10-27-15 10-26-15 10:00am GC1 - ANSWERED |GC1
  (054)              (CONT) LIVE MESSAGE
* (055) 08:01 10-27-15 SENT TO DIALER |GC1
* (056) 07:11 10-28-15 10-27-15 08:09am GC1-DIALER |GC1
  (057)              (CONT) SCRUBBED CALL
* (058) 13:16 10-28-15 SENT TO DIALER |GC1
* (059) 13:42 10-28-15 SENT TO DIALER |GC1
* (060) 10:03 10-29-15 SENT TO DIALER |GC1
* (061) 07:08 10-30-15 SENT TO DIALER |GC1
* (062) 09:28 10-30-15 10-29-15 11:00am GC1 - ANSWERED |GC1
  (063)              (CONT) LIVE MESSAGE
* (064) 06:26 11-03-15 SENT TO DIALER |GC1
* (065) 10:41 11-03-15 ODSK:874 |BA
* (066) 15:59 11-03-15 OSTS: ACT |BA
* (067) 08:17 11-04-15 SENT TO DIALER |GC1
* (068) 07:36 11-05-15 SENT TO DIALER |GC1
* (069) 07:25 11-06-15 SENT TO DIALER |GC1
* (070) 17:42 11-07-15 EQ2-EOS CREDIT STS:██ BAL:██
* (071) 17:51 11-07-15 EX2-EOS CREDIT STS:██ BAL:██
* (072) 17:58 11-07-15 TU2-EOS CREDIT STS:██ BAL:██
* (073) 10:15 11-10-15 SENT TO DIALER |GC1
* (074) 05:29 11-11-15 11-10-15 02:38pm GC1 - MACHINE |GC1
  (075)              (CONT) MESSAGE DELIVERED
* (076) 10:00 11-11-15 SENT TO DIALER |GC1
* (077) 07:56 11-12-15 11-11-15 11:22am GC1-DIALER |GC1
  (078)              (CONT) SCRUBBED CALL
* (079) 05:04 11-13-15 SENT TO DIALER |GC1
* (080) 07:19 11-17-15 ODSK:CH2 |BA
* (081) 12:17 11-17-15 SENT TO DIALER |GC1
* (082) 11:48 11-18-15 SENT TO DIALER |GC1
* (083) 12:04 11-20-15 SENT TO DIALER |GC1
* (084) 05:29 11-22-15 SENT TO DIALER |GC1
* (085) 08:50 11-23-15 TKL:LAD=08-29-15;CA=972 |JEL
  (086) 08:50 11-23-15 TEL RES/LEFT MSG ON ANS MACHINE||JEL
* (087) 08:51 11-23-15 TKL:LAD=08-29-15;CA=972;NS=SEND TO |JEL
```

```
— NOTES — FOR ACCOUNT ▓▓▓▓ (CONTINUED)

  (088)               (CONT) SKIP
* (089) 08:28 11-24-15 SENT TO DIALER |GC1
* (090) 07:00 11-29-15 SENT TO DIALER |GC1
* (091) 07:35 11-29-15 SENT TO DIALER |GC1
* (092) 06:39 12-04-15 TKL:LA0=11-23-15;CA=112;DWA=11-26-1 |JEL
  (093)               (CONT) 5
* (094) 06:39 12-04-15 TEL RES/NO ANSWER||JEL
* (095) 10:13 12-09-15 SENT TO DIALER |GC1
* (096) 07:10 12-11-15 SENT TO DIALER |GC1
* (097) 09:05 12-11-15 SENT TO DIALER |GC1
* (098) 09:39 12-11-15 SENT TO DIALER |GC1
* (099) 06:03 12-15-15 SENT TO DIALER |GC1
* (100) 06:09 12-17-15 SENT TO DIALER |GC1
* (101) 05:14 12-18-15 12-17-15 03:24pm GC1 - MACHINE |GC1
  (102)               (CONT) MESSAGE DELIVERED
* (103) 07:20 12-18-15 SENT TO DIALER |GC1
* (104) 11:16 12-19-15 SENT TO DIALER |GC1
* (105) 08:03 12-20-15 SENT TO DIALER |GC1
* (106) 13:09 12-20-15 SENT TO DIALER |GC1
* (107) 08:13 12-21-15 12-20-15 03:57pm GC1 - MACHINE |GC1
  (108)               (CONT) MESSAGE DELIVERED
* (109) 12:11 12-21-15 SENT TO DIALER |GC1
* (110) 17:13 12-21-15 SENT TO DIALER |GC1
* (111) 05:42 12-22-15 12-21-15 05:21pm GC1-DIALER |GC1
  (112)               (CONT) SCRUBBED CALL
* (113) 05:48 12-24-15 SENT TO DIALER |GC1
* (114) 08:29 12-30-15 SENT TO DIALER |GC1
* (115) 09:04 12-31-15 12-30-15 10:40am GC1 - MACHINE |GC1
  (116)               (CONT) MESSAGE DELIVERED
* (117) 09:21 12-31-15 SENT TO DIALER |GC1
* (118) 09:34 12-31-15 SENT TO DIALER |GC1
* (119) 06:21 01-09-16 SENT TO DIALER |GC1
* (120) 08:49 01-09-16 SENT TO DIALER |GC1
* (121) 07:31 01-10-16 01-09-16 10:43am GC1 - MACHINE |GC1
  (122)               (CONT) MESSAGE DELIVERED
* (123) 10:34 01-11-16 SENT TO DIALER |GC1
* (124) 07:11 01-12-16 01-11-16 12:44pm GC1 - MACHINE |GC1
  (125)               (CONT) MESSAGE DELIVERED
* (126) 09:43 01-13-16 SENT TO DIALER |GC1
* (127) 10:25 01-14-16 SENT TO DIALER |GC1
* (128) 06:59 01-15-16 01-14-16 05:56pm GC1 - MACHINE |GC1
  (129)               (CONT) MESSAGE DELIVERED
* (130) 06:18 01-17-16 SENT TO DIALER |GC1
* (131) 06:23 01-19-16 SENT TO DIALER |GC1
* (132) 07:30 01-21-16 SENT TO DIALER |GC1
* (133) 08:11 01-23-16 SENT TO DIALER |GC1
* (134) 08:03 01-24-16 SENT TO DIALER |GC1
* (135) 08:21 01-25-16 01-23-16 08:33am GC1-DIALER |GC1
  (136)               (CONT) SCRUBBED CALL
* (137) 11:30 01-26-16 SENT TO DIALER |GC1
* (138) 11:39 01-26-16 SENT TO DIALER |GC1
* (139) 13:21 01-26-16 SENT TO DIALER |GC1
* (140) 05:58 01-27-16 SENT TO DIALER |GC1
* (141) 07:50 01-28-16 01-27-16 06:23am GC1-DIALER |GC1
  (142)               (CONT) SCRUBBED CALL
* (143) 08:24 01-30-16 SENT TO DIALER |GC1
```

```
--- NOTES --- FOR ACCOUNT    6214 (CONTINUED)

* (144) 08:10 01-31-16 SENT TO DIALER |GC1
* (145) 09:14 02-04-16 TKL:LAD=12-04-15;CA=10D;DWA=12-07-1 |JEL
  (146)                (CONT) 5
  (147) 09:14 02-04-16 TEL RES/LEFT MSG ON ANS MACHINE||JEL
* (148) 09:14 02-04-16 TKL:LAD=12-04-15;CA=10D;DWA=12-07-1 |JEL
  (149)                (CONT) 5
* (150) 10:12 02-05-16 SENT TO DIALER |GC1
* (151) 09:45 02-10-16 SENT TO DIALER |GC1
* (152) 07:28 02-11-16 02-10-16 12:04pm GC1 - ANSWERED |GC1
  (153)                (CONT) LIVE MESSAGE
* (154) 05:53 02-17-16 ODSK:CH9 |BA
* (155) 06:11 02-18-16 SENT TO DIALER |GC1
* (156) 06:46 02-20-16 SENT TO DIALER |GC1
* (157) 07:21 02-21-16 02-20-16 08:36am GC1 - ANSWERED |GC1
  (158)                (CONT) LIVE MESSAGE
* (159) 07:25 02-21-16 SENT TO DIALER |GC1
* (160) 07:34 02-21-16 SENT TO DIALER |GC1
* (161) 12:38 02-22-16 SENT TO DIALER |GC1
* (162) 08:53 02-23-16 SENT TO DIALER |GC1
* (163) 09:46 02-24-16 SENT TO DIALER |GC1
* (164) 08:37 02-25-16 OPH#:601-345-6314 |BA
  (165) 08:37 02-25-16 REC PRE LEGAL DEMAND WB/BA
* (166) 08:37 02-25-16 OSTS:ATC
* (167) 08:37 02-25-16 CANCELLED-CAN- ACCOUNT CANCELLED BY |BA
  (168)                (CONT) CLIENT REQUEST
* (169) 08:37 02-25-16 REVIEW STP |BA
* (170) 11:44 03-05-16 EX2-EOS CREDIT STS:DA BAL:
* (171) 11:53 03-05-16 TU2-EOS CREDIT STS:DA BAL:
```

```
--- FINANCIAL INFORMATION --- FOR ACCOUNT ████6214 (CONTINUED)

( 939) EQUIFAX      11-07-15;93;1319.14
( 940) EXPERIAN     03-05-16;DA;0.00
(1062) SENT2SVC     08-31-15
(1063) RECV INFO    08-31-15
(1064) TRACE SVC    SUNG
(1065) S RATING     ██
(1066) S SCORE      ██
(1067) COLLRATING   ██
(1068) COLL SCORE   ██
(1069) SPEC SCORE   ██
(1070) LIQURATING   ██
(1071) LIQU SCORE   ██
(1072) BALANCE      ██
(1124) LST LETTER
(1125) LSTLTRDT     10-09-15
(1145) sc01Score1   428
(1161) GC CALL DT   02-20-16
(1169) GC RCODE     XT
(1176) DIAG CODE    7862

--- NOTES --- FOR ACCOUNT 4806214
* (001) 12:20 08-29-15 USE XM FOR CLIENT PROVIDED INFO
* (002) 12:22 08-29-15 REQ SERIES SYM-NOTICE (NOTICE2)
* (003) 12:22 08-29-15 INTEREST CHARGE ██
  (004) 12:58 08-29-15 ACCR SEARCH NO INFO|BKP |SYS
* (005) 06:15 09-04-15 SNT NTC 19
* (006) 16:10 09-05-15 EQ2-EOS BYP-Account still in delay
  (007)                (CONT) period
* (008) 16:24 09-05-15 EX2-EOS BYP-Account still in delay
  (009)                (CONT) period
* (010) 16:29 09-05-15 TU2-EOS BYP-Account still in delay
  (011)                (CONT) period
* (012) 15:45 09-10-15 SENT TO DIALER |GC1
* (013) 08:42 09-15-15 SENT TO DIALER |GC1
* (014) 06:44 09-16-15 SENT TO DIALER |GC1
* (015) 09:55 09-18-15 SENT TO DIALER |GC1
* (016) 16:21 09-18-15 09-18-15 10:34am GC1 - BUSY - |GC1
  (017)                (CONT) RESEND TO DIALER
* (018) 08:30 09-21-15 SENT TO DIALER |GC1
* (019) 09:43 09-21-15 SENT TO DIALER |GC1
* (020) 08:39 09-24-15 SENT TO DIALER |GC1
* (021) 09:15 09-24-15 SENT TO DIALER |GC1
* (022) 10:25 09-25-15 09-24-15 01:50pm GC1 - BUSY - |GC1
  (023)                (CONT) RESEND TO DIALER
* (024) 08:39 09-26-15 SENT TO DIALER |GC1
* (025) 21:29 09-27-15 09-26-15 09:45am GC1 - BUSY - |GC1
  (026)                (CONT) RESEND TO DIALER
* (027) 07:30 09-28-15 SENT TO DIALER |GC1
* (028) 06:12 09-29-15 SENT TO DIALER |GC1
* (029) 09:23 10-07-15 EQ2-EOS BYP-Account still in delay
  (030)                (CONT) period
* (031) 09:48 10-07-15 EX2-EOS BYP-Account still in delay
```

**Confidential subject to protective order - CSB00017**

```
--- NOTES --- FOR ACCOUNT ●6214 (CONTINUED)

  (032)                    (CONT) period
* (033) 10:45 10-07-15 TU2-EOS BYP-Account still in delay
  (034)                    (CONT) period
* (035) 08:21 10-09-15 SNT NTC 20
* (036) 06:14 10-12-15 SENT TO DIALER |GC1
* (037) 05:41 10-13-15 SENT TO DIALER |GC1
* (038) 09:46 10-13-15 10-13-15 08:42am GC1 - ANSWERED |GC1
  (039)                    (CONT) LIVE MESSAGE
* (040) 11:35 10-13-15 SENT TO DIALER |GC1
* (041) 13:26 10-14-15 10-13-15 08:42am GC1 - ANSWERED |GC1
  (042)                    (CONT) LIVE MESSAGE
* (043) 06:00 10-15-15 SENT TO DIALER |GC1
* (044) 08:51 10-16-15 10-15-15 08:25am GC1 - MACHINE |GC1
  (045)                    (CONT) MESSAGE DELIVERED
* (046) 07:28 10-17-15 SENT TO DIALER |GC1
* (047) 06:45 10-21-15 SENT TO DIALER |GC1
* (048) 08:15 10-22-15 SENT TO DIALER |GC1
* (049) 06:04 10-23-15 SENT TO DIALER |GC1
* (050) 06:13 10-23-15 10-22-15 09:04am GC1-DIALER |GC1
  (051)                    (CONT) SCRUBBED CALL
* (052) 07:14 10-26-15 SENT TO DIALER |GC1
* (053) 07:08 10-27-15 10-26-15 10:00am GC1 - ANSWERED |GC1
  (054)                    (CONT) LIVE MESSAGE
* (055) 08:01 10-27-15 SENT TO DIALER |GC1
* (056) 07:11 10-28-15 10-27-15 08:09am GC1-DIALER |GC1
  (057)                    (CONT) SCRUBBED CALL
* (058) 13:16 10-28-15 SENT TO DIALER |GC1
* (059) 13:42 10-28-15 SENT TO DIALER |GC1
* (060) 10:03 10-29-15 SENT TO DIALER |GC1
* (061) 07:08 10-30-15 SENT TO DIALER |GC1
* (062) 09:28 10-30-15 10-29-15 11:05am GC1 - ANSWERED |GC1
  (063)                    (CONT) LIVE MESSAGE
* (064) 06:26 11-03-15 SENT TO DIALER |GC1
* (065) 10:41 11-03-15 ODSK:874 |BA
* (066) 15:59 11-03-15 OSTS: ACT |BA
* (067) 08:17 11-04-15 SENT TO DIALER |GC1
* (068) 07:36 11-05-15 SENT TO DIALER |GC1
* (069) 07:25 11-06-15 SENT TO DIALER |GC1
* (070) 17:42 11-07-15 EQ2-EOS CREDIT STS: ● BAL: ●
* (071) 17:51 11-07-15 EX2-EOS CREDIT STS: ● BAL: ●
* (072) 17:58 11-07-15 TU2-EOS CREDIT STS: ● BAL: ●
* (073) 10:15 11-10-15 SENT TO DIALER |GC1
* (074) 05:29 11-11-15 11-10-15 02:38pm GC1 - MACHINE |GC1
  (075)                    (CONT) MESSAGE DELIVERED
* (076) 10:00 11-11-15 SENT TO DIALER |GC1
* (077) 07:56 11-12-15 11-11-15 11:22am GC1-DIALER |GC1
  (078)                    (CONT) SCRUBBED CALL
* (079) 05:04 11-13-15 SENT TO DIALER |GC1
* (080) 07:19 11-17-15 ODSK:CH2 |BA
* (081) 12:17 11-17-15 SENT TO DIALER |GC1
* (082) 11:48 11-18-15 SENT TO DIALER |GC1
* (083) 12:04 11-20-15 SENT TO DIALER |GC1
* (084) 05:29 11-22-15 SENT TO DIALER |GC1
* (085) 08:50 11-23-15 TKL:LAD=08-29-15;CA=972 |JEL
  (086) 08:50 11-23-15 TEL RES/LEFT MSG ON ANS MACHINE||JEL
* (087) 08:51 11-23-15 TKL:LAD=08-29-15;CA=972;NS=SEND TO |JEL
```

**Confidential subject to protective order - CSB00018**

```
— NOTES — FOR ACCOUNT ████ (CONTINUED)

  (088)                    (CONT) SKIP
* (089) 08:28 11-24-15 SENT TO DIALER |GC1
* (090) 07:00 11-29-15 SENT TO DIALER |GC1
* (091) 07:35 11-29-15 SENT TO DIALER |GC1
* (092) 06:39 12-04-15 TKL:LAD=11-23-15;CA=112;DWA=11-26-1 |JEL
  (093)                    (CONT) 5
* (094) 06:39 12-04-15 TEL RES/NO ANSWER| |JEL
* (095) 10:13 12-09-15 SENT TO DIALER |GC1
* (096) 07:10 12-11-15 SENT TO DIALER |GC1
* (097) 09:05 12-11-15 SENT TO DIALER |GC1
* (098) 09:39 12-11-15 SENT TO DIALER |GC1
* (099) 06:03 12-15-15 SENT TO DIALER |GC1
* (100) 06:09 12-17-15 SENT TO DIALER |GC1
* (101) 05:14 12-18-15 12-17-15 03:24pm GC1 - MACHINE |GC1
  (102)                    (CONT) MESSAGE DELIVERED
* (103) 07:20 12-18-15 SENT TO DIALER |GC1
* (104) 11:16 12-19-15 SENT TO DIALER |GC1
* (105) 08:03 12-20-15 SENT TO DIALER |GC1
* (106) 13:09 12-20-15 SENT TO DIALER |GC1
* (107) 08:13 12-21-15 12-20-15 03:57pm GC1 - MACHINE |GC1
  (108)                    (CONT) MESSAGE DELIVERED
* (109) 12:11 12-21-15 SENT TO DIALER |GC1
* (110) 17:13 12-21-15 SENT TO DIALER |GC1
* (111) 05:42 12-22-15 12-21-15 05:21pm GC1-DIALER |GC1
  (112)                    (CONT) SCRUBBED CALL
* (113) 05:48 12-24-15 SENT TO DIALER |GC1
* (114) 08:29 12-30-15 SENT TO DIALER |GC1
* (115) 09:04 12-31-15 12-30-15 10:40am GC1 - MACHINE |GC1
  (116)                    (CONT) MESSAGE DELIVERED
* (117) 09:21 12-31-15 SENT TO DIALER |GC1
* (118) 09:34 12-31-15 SENT TO DIALER |GC1
* (119) 06:21 01-09-16 SENT TO DIALER |GC1
* (120) 08:49 01-09-16 SENT TO DIALER |GC1
* (121) 07:31 01-10-16 01-09-16 10:43am GC1 - MACHINE |GC1
  (122)                    (CONT) MESSAGE DELIVERED
* (123) 10:34 01-11-16 SENT TO DIALER |GC1
* (124) 07:11 01-12-16 01-11-16 12:44pm GC1 - MACHINE |GC1
  (125)                    (CONT) MESSAGE DELIVERED
* (126) 09:43 01-13-16 SENT TO DIALER |GC1
* (127) 10:25 01-14-16 SENT TO DIALER |GC1
* (128) 06:59 01-15-16 01-14-16 05:56pm GC1 - MACHINE |GC1
  (129)                    (CONT) MESSAGE DELIVERED
* (130) 06:18 01-17-16 SENT TO DIALER |GC1
* (131) 06:23 01-19-16 SENT TO DIALER |GC1
* (132) 07:30 01-21-16 SENT TO DIALER |GC1
* (133) 08:11 01-23-16 SENT TO DIALER |GC1
* (134) 08:03 01-24-16 SENT TO DIALER |GC1
* (135) 08:21 01-25-16 01-23-16 08:33am GC1-DIALER |GC1
  (136)                    (CONT) SCRUBBED CALL
* (137) 11:30 01-26-16 SENT TO DIALER |GC1
* (138) 11:39 01-26-16 SENT TO DIALER |GC1
* (139) 13:21 01-26-16 SENT TO DIALER |GC1
* (140) 05:58 01-27-16 SENT TO DIALER |GC1
* (141) 07:50 01-28-16 01-27-16 06:23am GC1-DIALER |GC1
  (142)                    (CONT) SCRUBBED CALL
* (143) 08:24 01-30-16 SENT TO DIALER |GC1
```

```
--- NOTES --- FOR ACCOUNT ####6214 (CONTINUED)

* (144) 08:10 01-31-16 SENT TO DIALER |GC1
* (145) 09:14 02-04-16 TKL:LAD=12-04-15;CA=100;DWA=12-07-1 |JEL
  (146)                (CONT) 5
  (147) 09:14 02-04-16 TEL RES/LEFT MSG ON ANS MACHINE||JEL
* (148) 09:14 02-04-16 TKL:LAD=12-04-15;CA=100;DWA=12-07-1 |JEL
  (149)                (CONT) 5
* (150) 10:12 02-05-16 SENT TO DIALER |GC1
* (151) 09:45 02-10-16 SENT TO DIALER |GC1
* (152) 07:28 02-11-16 02-10-16 12:04pm GC1 - ANSWERED |GC1
  (153)                (CONT) LIVE MESSAGE
* (154) 05:53 02-17-16 ODSK:CH9 |BA
* (155) 06:11 02-18-16 SENT TO DIALER |GC1
* (156) 06:46 02-20-16 SENT TO DIALER |GC1
* (157) 07:21 02-21-16 02-20-16 08:36am GC1 - ANSWERED |GC1
  (158)                (CONT) LIVE MESSAGE
* (159) 07:25 02-21-16 SENT TO DIALER |GC1
* (160) 07:34 02-21-16 SENT TO DIALER |GC1
* (161) 12:38 02-22-16 SENT TO DIALER |GC1
* (162) 08:53 02-23-16 SENT TO DIALER |GC1
* (163) 09:46 02-24-16 SENT TO DIALER |GC1
* (164) 08:37 02-25-16 OPH#:#####6314 |BA
  (165) 08:37 02-25-16 REC PRE LEGAL DEMAND WB/BA
* (166) 08:37 02-25-16 OSTS:ATC
* (167) 08:37 02-25-16 CANCELLED-CAN- ACCOUNT CANCELLED BY |BA
  (168)                (CONT) CLIENT REQUEST
* (169) 08:37 02-25-16 REVIEW STP |BA
* (170) 11:44 03-05-16 EX2-EOS CREDIT STS:DA BAL:
* (171) 11:53 03-05-16 TU2-EOS CREDIT STS:DA BAL:
```

Confidential subject to protective order - CSB00020