# *West, et al. v. California Service Bureau, Inc.*
# *Case No. 4:16-cv-03124-YGR*

# EXHIBIT "4"

{EXHIBIT TAB PAGES;1}



```
    EOS CCA                         09:46:20 03 AUG 2016
                                                                            ASSIGNED AMOUNTS
  CLIENT#   JMHEPCBD JOHN MUIR HEALTH-CONC      —OWING—   -RECEIVED-         —OWING—   -RECEIVED-
  ACCOUNT#                          AGN/AMT            0.00   PRINCIPAL              0.00
  NAME                              INT                0.00   ASGN INT      0.00     0.00
  NAME2                             CANCELLED   0.00           COMM FEES    0.00     0.00
  ADDRESS                           ATTORNEY    0.00   0.00   ASN CK FEE    0.00     0.00
  ADDRESS2                          COURT       0.00   0.00   AMISC2        0.00     0.00
  CITY                              MISC        0.00   0.00   AMISC3        0.00     0.00
  ST/ZIP                            TOTAL***            0.00   AMISC4        0.00     0.00
  PHONE                                                        AMISC5        0.00     0.00
  NOTE LNS   36                     NET U/JMT**                AMISC6        0.00     0.00
  DESK       BA1                    STATUS: HLD  COMM: ACL     AMISC7        0.00     0.00
  DOB                               — DATE —                   AMISC8        0.00     0.00
  SSN                               ASSIGNED 05-18-16          AMISC9        0.00     0.00
  DRL                               LAST CHG 06-24-15
  CLIENT REF#                       LAST PAY                      MISCELLANEOUS AMOUNTS
  FWD-CLIENT                        LAST ACT 08-03-16              —OWING—   -RECEIVED-
  INT RATE(D) 0.07                  CL LC/LP 06-24-15    NSF FEE         0.00     0.00
  PACKET#  775967                   INTR EFF 05-18-16    OVERPMT         0.00     0.00
  — SPECIAL FIELDS —                                     TREBLE DMG      0.00     0.00
  PATIENT                           SPC FLD4             LEVY            0.00     0.00
  SPC FLD2                          SPC FLD5             SERVICE         0.00     0.00
  SPC FLD3   JMH CONCORD HOSPITAL   CREDIT RPT           CK SVC FEE      0.00     0.00
                                                         MISC5           0.00     0.00
  — TICKLER FILE —                                       MISC6           0.00     0.00
  (1) LAST ACTION DT (/n) 06-06-16   (6) NEXT STEP      SKIP   MISC7     0.00     0.00
  (2) COLLECTOR ACTION (7) 123       (7) FOLLOWUP PRIO (1-10)
  (3) TIME TO WORK                   (8) PROMISED PMT DATE
  (4) DATE WORK AGAIN   07-21-16     (9) IMP NOTE LINES
  (5) PROMISED PMT AMT   0.00

  — FINANCIAL INFORMATION — FOR ACCOUNT 4989151

  ( 21) AVG BAL
  (114) FIN CLASS
  (121) M-CAL ID#
  (237) SCRUB DT     05-21-16
  (238) BKO SENT     05-18-16
  (239) RESULT
  (282) A/C DATE     06-06-16
  (283) A/C#   1
  (284) LAST A/C   123
  (641) ENTRY DATE   05-18-16
  (642) BATCH     JMHEFILE-1605188D
  (643) RAO   10299
  (698) CATG SVC   N
  (699) LOCSVC
  (701) PT AKA
  (702) ADMIT DATE
  (703) DISC DATE
  (704) PT ADDRESS
  (705) CSZ
  (706) PT PHONE               -4188
  (707) PT SSN
  (708) PT DOB
  (709) PT SEX
  (710) PT MARITAL
```

```
--- FINANCIAL INFORMATION --- FOR ACCOUNT 4989151 (CONTINUED)

( 711) MED REC #    0021376681
( 715) FIN CLASS    PPO
( 716) PT TYPE      N
( 719) GRNTR NUM    136125
( 721) PHYSICIAN
( 722) TTL CHGS
( 725) INS PMTS     0.00
( 726) CALC BAL
( 731) INS CODE
( 732) CO NAME
( 733) ADDRESS 1
( 735) CSZ
( 736) PHONE            -0632
( 737) SUBSCRIBER            ,MARICELA
( 739) POLICY #
( 740) INS GRP #
( 742) RELATNSHP
( 744) LSTPAY AMT
( 746) CLI CRGSEQ    20150624
( 747) LST CRGSEQ    20150624
( 938) T/U    07-19-16;
( 940) EXPERIAN 07-19-16;93
(1062) SENT2SVC   05-19-16
(1063) RECV INFO  05-19-16
(1064) TRACE SVC  SUNG
(1065) S RATING
(1066) S SCORE
(1067) COLLRATING
(1068) COLL SCORE
(1069) SPEC SCORE
(1070) LIQURATING
(1071) LIQU SCORE
(1072) BALANCE
(1124) LST LETTER   TNCR3
(1125) LSTLTRDT    06-28-16
(1161) GC CALL DT  06-06-16
(1169) GC RCODE    Y01
(1176) DIAG CODE   719.47 719.47
(1251) TLIGHT      RedLt
(1256) SUBSCOUNTY  - unknown
(1285) CNSMR-PMT   2

--- NOTES --- FOR ACCOUNT 4989151
* (001) 10:00 05-18-16 USE XM FOR CLIENT PROVIDED INFO
* (002) 10:01 05-18-16 REQ SERIES THAR-MED (TNARMED-CBA)
* (003) 10:01 05-18-16 INTEREST CHARGE
* (004) 10:42 05-18-16 SENT TO DIALER |GC1
  (005) 13:25 05-18-16 ACCR SEARCH NO INFO|BKP |SYS
* (006) 20:15 05-18-16 ADDED TO PKT# 775967
* (007) 20:19 05-18-16 ORIG PRIMARY:4696235
* (008) 08:07 05-19-16 SENT TO DIALER |GC1
* (009) 06:20 05-20-16 SENT TO DIALER |GC1
```

Confidential subject to protective order - CSB00032

```
--- NOTES --- FOR ACCOUNT 4989151 (CONTINUED)

  (010) 09:22 05-21-16 ACCR SEARCH NO INFO|BKP |SYS
* (011) 06:14 05-24-16 SNT NTC THED1
* (012) 07:05 05-27-16 SENT TO DIALER |GC1
* (013) 12:39 06-02-16 SENT TO DIALER |GC1
* (014) 15:12 06-02-16 SENT TO DIALER |GC1
* (015) 06:35 06-03-16 SENT TO DIALER |GC1
* (016) 06:49 06-06-16 ODSK:CH1 |BA
* (017) 06:53 06-06-16 SENT TO DIALER |GC1
* (018) 08:09 06-06-16 TKL:LAD=05-21-16;CA=972;NS=SEND TO |DHD
  (019)                (CONT) SKIP
  (020) 08:09 06-06-16 TEL RES/DISC|OSTS:ACT |DHD
* (021) 08:09 06-06-16 TKL:LAD=05-21-16;CA=972;NS=SEND TO |DHD
  (022)                (CONT) SKIP
* (023) 08:09 06-06-16 OPH/        4188 |DHD
* (024) 13:18 06-07-16 06-06-16 08:52am GC1 - BAD PHONE - |GC1
  (025)                (CONT) CHECK FOR CORRECT
  (026)                (CONT) INFORMATION
* (027) 13:18 06-07-16 OSTS:TEL |GC1
* (028) 12:14 06-08-16 EX2-EOS BYP-Account still in delay
  (029)                (CONT) period
* (030) 12:23 06-08-16 TU2-EOS BYP-Account still in delay
  (031)                (CONT) period
* (032) 11:26 06-28-16 SNT NTC THCR3
* (033) 16:15 07-19-16 EX2-EOS CREDIT STS:  BAL
* (034) 16:24 07-19-16 TU2-EOS CREDIT STS:  BAL
* (035) 09:42 08-03-16 ODSK:C10 |BA
* (036) 09:42 08-03-16 OSTS:XHD |BA
```

Confidential subject to protective order - CSB00033

```
         EOS CCA                    09:46:20 03 AUG 2016
                                                                                    ASSIGNED AMOUNTS
   CLIENT#    JMHEPBD JOHN MUIR HEALTH-WALNU            —OWING—    -RECEIVED-       —OWING—    -RECEIVED-
   ACCOUNT#                                AGN/AMT                                PRINCIPAL              10.84
   NAME       R█████A, M█████A             INT                        0.00       ASGN INT     0.00       0.00
   NAME2                                   CANCELLED                              COMM FEES   0.00       0.00
   ADDRESS                                 ATTORNEY       0.00        0.00        ASN CK FEE  0.00       0.00
   ADDRESS2                                COURT          0.00        0.00        AMISC2      0.00       0.00
   CITY                                    MISC           0.00        0.00        AMISC3      0.00       0.00
   ST/ZIP     CA  945091649                TOTAL***                               AMISC4      0.00       0.00
   PHONE                                                                          AMISC5      0.00       0.00
   NOTE LNS   276                          NET U/JMT**                 0.00       AMISC6      0.00       0.00
   DESK       BA1                          STATUS: CON  COMM: ACL                 AMISC7      0.00       0.00
   DOB                                     — DATE —                               AMISC8      0.00       0.00
   SSN                                     ASSIGNED   04-20-15                    AMISC9      0.00       0.00
   DRL                                     LAST CHG   11-01-14
   CLIENT REF# 000050890616                LAST PAY   10-23-15                       MISCELLANEOUS AMOUNTS
   FWD-CLIENT                              LAST ACT   08-03-16                       —OWING—    -RECEIVED-
   INT RATE(D)  .07                        CL LC/LP   11-01-14        NSF FEE        0.00        0.00
   PACKET#    775967                       INTR EFF   10-23-15        OVERPMT        0.00        0.00
   — SPECIAL FIELDS —                                                 TREBLE DMG     0.00        0.00
   PATIENT    R█████A, M█             SPC FLD4                        LEVY           0.00        0.00
   SPC FLD2                           SPC FLD5                        SERVICE        0.00        0.00
   SPC FLD3   JMH BRENTWOOD           CREDIT RPT                      CK SVC FEE     0.00        0.00
                                                                      MISC5          0.00        0.00
                                                                      MISC6          0.00        0.00
                                                                      MISC7          0.00        0.00

   — FINANCIAL INFORMATION — FOR ACCOUNT 4696235

   (  21) AVG BAL
   ( 114) FIN CLASS    PPO
   ( 237) SCRUB DT     04-21-15
   ( 238) BKO SENT     04-21-15
   ( 239) RESULT
   ( 641) ENTRY DATE   04-20-15
   ( 642) BATCH        JMHEFILE-15042080
   ( 643) RAO          10503
   ( 698) CATG SVC     N
   ( 699) LOCSVC       JMH BRENTWOOD
   ( 701) PT AKA       R█████A, M█
   ( 702) ADMIT DATE   11-01-14
   ( 703) DISC DATE    11-01-14
   ( 704) PT ADDRESS
   ( 705) CSZ
   ( 706) PT PHONE         -6213
   ( 707) PT SSN
   ( 708) PT DOB
   ( 709) PT SEX       F
   ( 710) PT MARITAL   D
   ( 711) MED REC #
   ( 715) FIN CLASS
   ( 716) PT TYPE
   ( 719) GRNTR NUM
   ( 721) PHYSICIAN
   ( 722) TTL CHGS
   ( 724) TTL ADJSTM
   ( 725) INS PMTS     0.00
```

Confidential subject to protective order - CSB00034

```
--- FINANCIAL INFORMATION --- FOR ACCOUNT 4696235 (CONTINUED)

( 726) CALC BAL    ▓▓▓
( 731) INS CODE    ▓
( 732) CO NAME     ▓▓▓▓
( 733) ADDRESS 1   ▓▓▓▓▓▓▓
( 735) CSZ         ▓▓▓▓▓
( 736) PHONE       ▓▓▓▓0632
( 737) SUBSCRIBER  R▓▓▓BA, ▓▓▓▓RA
( 739) POLICY #    ▓▓▓▓▓▓▓
( 740) INS GRP #   ▓▓▓▓▓
( 742) RELATNSHP   SELF
( 744) LSTPAY AMT  0.00
( 746) CLI CRGSEQ  20141101
( 747) LST CRGSEQ  20141101
( 785) COMPU DT    05-07-15
( 788) CLI ADJSEQ  20141119
( 789) LST ADJSEQ  20141119
( 938) T/U         06-08-16;DA;0.00
( 939) EQUIFAX     11-07-15;93,▓▓▓
( 940) EXPERIAN    06-08-16;DA;0.00
(1062) SENT2SVC    04-21-15
(1063) RECV INFO   04-21-15
(1064) TRACE SVC   SUNG
(1065) S RATING    ▓
(1066) S SCORE     ▓
(1067) COLLRATING  ▓
(1068) COLL SCORE  ▓
(1069) SPEC SCORE  ▓
(1070) LIQURATING  ▓
(1071) LIQU SCORE  ▓
(1072) BALANCE     ▓
(1124) LST LETTER  TNCR3
(1125) LSTLTRDT    06-01-15
(1161) GC CALL DT  03-21-16
(1169) GC RCODE    Y01
(1176) DIAG CODE   724.5 724.5
(1285) CNSMR-PMT   2

--- NOTES --- FOR ACCOUNT ▓▓▓▓
* (001) 11:08 04-20-15 USE XM FOR CLIENT PROVIDED INFO
* (002) 11:09 04-20-15 REQ SERIES TNAR-MED (TNARMED-CBR)
* (003) 11:09 04-20-15 INTEREST CHARGE ▓▓▓
  (004) 12:14 04-21-15 ACCR SEARCH NO INFO|BKP |SYS
* (005) 06:17 04-27-15 SNT NTC TNED1
* (006) 09:39 04-27-15 SENT TO DIALER |GC1
* (007) 08:23 05-02-15 SENT TO DIALER |GC1
* (008) 06:40 05-07-15 ADDR:419 WEST 10TH ST APT M |LB
* (009) 06:40 05-07-15 ZIP:94509 |LB
  (010) 06:40 05-07-15 COMPUMAIL:ADDR UPDATED |LB
* (011) 08:59 05-08-15 SENT TO DIALER |GC1
* (012) 15:52 05-09-15 EQUIFAX-TNAR BYP-Account still in delay
  (013)                (CONT) period
* (014) 16:58 05-09-15 EX2-TNAR BYP-Account still in delay
```

```
TES --- FOR ACCOUNT 4696235 (CONTINUED)

                   (CONT) period
) 17:54 05-09-15 TU2-THAR BYP-Account still in delay
                   (CONT) period
) 08:08 05-14-15 SENT TO DIALER |GC1
) 07:28 05-15-15 05-14-15 09:01am GC1 - MACHINE |GC1
                   (CONT) MESSAGE DELIVERED
21) 10:22 05-15-15 SENT TO DIALER |GC1
22) 09:35 05-18-15 SENT TO DIALER |GC1
23) 10:32 05-18-15 SENT TO DIALER |GC1
24) 09:29 05-21-15 SENT TO DIALER |GC1
25) 13:55 05-27-15 SENT TO DIALER |GC1
026) 07:25 06-01-15 SNT NTC TNCR3
027) 12:21 06-02-15 SENT TO DIALER |GC1
(028) 15:40 06-06-15 EQUIFAX-THAR BYP-Account still in delay
(029)              (CONT) period
(030) 16:03 06-06-15 EX2-THAR BYP-Account still in delay
(031)              (CONT) period
(032) 16:28 06-06-15 TU2-THAR BYP-Account still in delay
(033)              (CONT) period
* (034) 08:58 06-08-15 SENT TO DIALER |GC1
* (035) 16:14 06-12-15 SENT TO DIALER |GC1
* (036) 06:37 06-15-15 SENT TO DIALER |GC1
* (037) 08:42 06-16-15 06-15-15 02:21pm GC1 - MACHINE |GC1
  (038)              (CONT) MESSAGE DELIVERED
* (039) 10:44 06-16-15 SENT TO DIALER |GC1
* (040) 21:30 06-16-15 06-16-15 12:03pm GC1-DIALER |GC1
  (041)              (CONT) SCRUBBED CALL
* (042) 04:58 06-17-15 SENT TO DIALER |GC1
* (043) 20:35 06-17-15 06-17-15 06:42am GC1-DIALER |GC1
  (044)              (CONT) SCRUBBED CALL
* (045) 05:40 06-18-15 SENT TO DIALER |GC1
* (046) 20:36 06-18-15 06-18-15 06:52am GC1-DIALER |GC1
  (047)              (CONT) SCRUBBED CALL
* (048) 11:35 06-19-15 SENT TO DIALER |GC1
* (049) 21:43 06-19-15 SENT TO DIALER |GC1
* (050) 03:46 06-20-15 SENT TO DIALER |GC1
* (051) 06:20 06-23-15 SENT TO DIALER |GC1
* (052) 05:55 06-24-15 SENT TO DIALER |GC1
* (053) 06:16 06-24-15 SENT TO DIALER |GC1
* (054) 10:07 06-24-15 06-23-15 01:29pm GC1 - NO ANSWER - |GC1
  (055)              (CONT) RESEND TO DIALER
* (056) 11:59 06-24-15 SENT TO DIALER |GC1
* (057) 08:15 06-25-15 06-24-15 01:49pm GC1 - NO ANSWER - |GC1
  (058)              (CONT) RESEND TO DIALER
* (059) 06:58 06-26-15 SENT TO DIALER |GC1
* (060) 07:58 06-26-15 SENT TO DIALER |GC1
* (061) 09:43 06-29-15 06-26-15 04:07pm GC1 - NO ANSWER - |GC1
  (062)              (CONT) RESEND TO DIALER
* (063) 09:08 07-07-15 SENT TO DIALER |GC1
* (064) 07:34 07-08-15 SENT TO DIALER |GC1
* (065) 05:27 07-10-15 SENT TO DIALER |GC1
* (066) 09:08 07-13-15 SENT TO DIALER |GC1
* (067) 07:50 07-14-15 SENT TO DIALER |GC1
* (068) 08:01 07-18-15 SENT TO DIALER |GC1
* (069) 09:49 07-20-15 SENT TO DIALER |GC1
* (070) 06:34 07-27-15 SENT TO DIALER |GC1
```

Confidential subject to protective order - CSB00036

```
--- NOTES --- FOR ACCOUNT 4696235 (CONTINUED)

* (071) 12:17 07-29-15 SENT TO DIALER |GC1
* (072) 06:00 07-30-15 SENT TO DIALER |GC1
* (073) 10:02 07-31-15 SENT TO DIALER |GC1
* (074) 12:37 08-05-15 SENT TO DIALER |GC1
* (075) 07:41 08-06-15 SENT TO DIALER |GC1
* (076) 09:15 08-10-15 SENT TO DIALER |GC1
* (077) 19:19 08-13-15 TU2-EOS CREDIT STS:93 BAL:▓▓▓▓
* (078) 13:51 08-17-15 SENT TO DIALER |GC1
* (079) 20:49 08-17-15 08-17-15 06:42am GC1-DIALER |GC1
  (080)                (CONT) SCRUBBED CALL
* (081) 11:10 08-18-15 SENT TO DIALER |GC1
* (082) 07:17 08-19-15 SENT TO DIALER |GC1
* (083) 17:06 08-20-15 E02-EOS CREDIT STS:93 BAL:▓▓▓▓
* (084) 05:44 08-21-15 SENT TO DIALER |GC1
* (085) 12:11 08-21-15 EX2-EOS CREDIT STS:93 BAL:▓▓▓▓
* (086) 07:08 08-24-15 SENT TO DIALER |GC1
* (087) 06:30 08-25-15 SENT TO DIALER |GC1
* (088) 07:22 08-25-15 08-24-15 10:20am GC1 - MACHINE |GC1
  (089)                (CONT) MESSAGE DELIVERED
* (090) 07:57 08-25-15 SENT TO DIALER |GC1
* (091) 09:01 08-26-15 SENT TO DIALER |GC1
* (092) 19:57 08-26-15 08-26-15 10:11am GC1 - ANSWERED |GC1
  (093)                (CONT) LIVE MESSAGE
* (094) 05:39 08-27-15 SENT TO DIALER |GC1
* (095) 06:05 08-27-15 SENT TO DIALER |GC1
* (096) 15:45 08-27-15 08-27-15 06:22am GC1-DIALER |GC1
  (097)                (CONT) SCRUBBED CALL
* (098) 16:48 08-27-15 08-27-15 06:28am GC1-DIALER |GC1
  (099)                (CONT) SCRUBBED CALL
* (100) 08:13 09-15-15 SENT TO DIALER |GC1
* (101) 06:30 09-16-15 SENT TO DIALER |GC1
* (102) 20:27 09-16-15 09-16-15 01:30pm GC1 - MACHINE |GC1
  (103)                (CONT) MESSAGE DELIVERED
* (104) 05:14 09-17-15 SENT TO DIALER |GC1
* (105) 16:46 09-17-15 09-17-15 06:19am GC1-DIALER |GC1
  (106)                (CONT) SCRUBBED CALL
* (107) 08:04 09-21-15 SENT TO DIALER |GC1
* (108) 09:25 09-21-15 SENT TO DIALER |GC1
* (109) 09:58 09-25-15 SENT TO DIALER |GC1
* (110) 05:22 09-30-15 SENT TO DIALER |GC1
* (111) 09:24 10-01-15 09-30-15 02:36pm GC1 - ANSWERED |GC1
  (112)                (CONT) LIVE MESSAGE
* (113) 11:07 10-02-15 SENT TO DIALER |GC1
* (114) 08:50 10-05-15 SENT TO DIALER |GC1
* (115) 09:03 10-05-15 SENT TO DIALER |GC1
* (116) 07:18 10-06-15 10-05-15 11:00am GC1 - ANSWERED |GC1
  (117)                (CONT) LIVE MESSAGE
* (118) 14:06 10-07-15 10-06-15 08:13am GC1-DIALER |GC1
  (119)                (CONT) SCRUBBED CALL
* (120) 15:29 10-07-15 SENT TO DIALER |GC1
* (121) 08:30 10-08-15 SENT TO DIALER |GC1
* (122) 06:01 10-12-15 SENT TO DIALER |GC1
* (123) 05:31 10-13-15 SENT TO DIALER |GC1
* (124) 11:19 10-13-15 SENT TO DIALER |GC1
* (125) 05:50 10-15-15 SENT TO DIALER |GC1
* (126) 06:50 10-16-15 SENT TO DIALER |GC1
```

```
--- NOTES --- FOR ACCOUNT 4696235 (CONTINUED)

* (127) 09:32 10-16-15 10-15-15 02:27pm GC1 - ANSWERED |GC1
  (128)                   (CONT) LIVE MESSAGE
* (129) 22:58 10-16-15 ODSK:B50 (04-20-15)
* (130) 06:35 10-21-15 SENT TO DIALER |GC1
* (131) 07:55 10-22-15 SENT TO DIALER |GC1
* (132) 06:56 10-23-15 10-22-15 11:31am GC1 - ANSWERED |GC1
  (133)                   (CONT) LIVE MESSAGE
* (134) 07:07 10-23-15 SENT TO DIALER |GC1
* (135) 08:59 10-26-15 INTEREST CHARGE
* (136) 08:59 10-26-15 TC=2 10.84 AP-C PT PMT 4/28/15 |RLC
  (137)                   (CONT) 10-23-15 COM=1.41 COMX=13
* (138) 12:57 11-03-15 SENT TO DIALER |GC1
* (139) 10:01 11-04-15 SENT TO DIALER |GC1
* (140) 06:56 11-06-15 SENT TO DIALER |GC1
* (141) 17:32 11-07-15 EO2-EOS CREDIT STS:   BAL:
* (142) 17:50 11-07-15 EX2-EOS CREDIT STS:   BAL:
* (143) 17:56 11-07-15 TU2-EOS CREDIT STS:   BAL:
* (144) 09:49 11-11-15 SENT TO DIALER |GC1
* (145) 07:41 11-12-15 11-11-15 01:25pm GC1 - ANSWERED |GC1
  (146)                   (CONT) LIVE MESSAGE
* (147) 09:06 11-16-15 SENT TO DIALER |GC1
* (148) 11:25 11-18-15 SENT TO DIALER |GC1
* (149) 05:16 11-22-15 SENT TO DIALER |GC1
* (150) 08:00 11-24-15 SENT TO DIALER |GC1
* (151) 08:49 11-25-15 SENT TO DIALER |GC1
* (152) 09:23 11-25-15 SENT TO DIALER |GC1
* (153) 14:23 11-25-15 SENT TO DIALER |GC1
* (154) 07:09 11-29-15 SENT TO DIALER |GC1
* (155) 08:35 11-30-15 SENT TO DIALER |GC1
* (156) 09:35 12-04-15 SENT TO DIALER |GC1
* (157) 09:59 12-04-15 SENT TO DIALER |GC1
* (158) 12:21 12-07-15 SENT TO DIALER |GC1
* (159) 07:34 12-08-15 SENT TO DIALER |GC1
* (160) 06:12 12-09-15 12-08-15 08:46am GC1-DIALER |GC1
  (161)                   (CONT) SCRUBBED CALL
* (162) 06:59 12-11-15 SENT TO DIALER |GC1
* (163) 08:55 12-11-15 SENT TO DIALER |GC1
* (164) 09:38 12-11-15 SENT TO DIALER |GC1
* (165) 09:47 12-14-15 SENT TO DIALER |GC1
* (166) 10:00 12-14-15 SENT TO DIALER |GC1
* (167) 06:08 12-15-15 12-14-15 11:29am GC1-DIALER |GC1
  (168)                   (CONT) SCRUBBED CALL
* (169) 07:16 12-15-15 SENT TO DIALER |GC1
* (170) 05:58 12-16-15 SENT TO DIALER |GC1
* (171) 06:20 12-17-15 12-16-15 06:26am GC1-DIALER |GC1
  (172)                   (CONT) SCRUBBED CALL
* (173) 06:24 12-17-15 12-16-15 11:14am GC1 - ANSWERED |GC1
  (174)                   (CONT) LIVE MESSAGE
* (175) 07:18 12-18-15 SENT TO DIALER |GC1
* (176) 11:15 12-19-15 SENT TO DIALER |GC1
* (177) 08:01 12-20-15 SENT TO DIALER |GC1
* (178) 13:08 12-20-15 SENT TO DIALER |GC1
* (179) 08:12 12-21-15 12-20-15 04:16pm GC1 - ANSWERED |GC1
  (180)                   (CONT) LIVE MESSAGE
* (181) 12:10 12-21-15 SENT TO DIALER |GC1
* (182) 17:13 12-21-15 SENT TO DIALER |GC1
```

Confidential subject to protective order - CSB00038

```
--- NOTES --- FOR ACCOUNT 4696235 (CONTINUED)

* (183) 05:41 12-22-15 12-21-15 05:21pm GC1-DIALER |GC1
  (184)                (CONT) SCRUBBED CALL
* (185) 06:55 12-22-15 SENT TO DIALER |GC1
* (186) 05:45 12-23-15 12-22-15 07:02am GC1-DIALER |GC1
  (187)                (CONT) SCRUBBED CALL
* (188) 05:44 12-24-15 SENT TO DIALER |GC1
* (189) 09:01 12-28-15 SENT TO DIALER |GC1
* (190) 09:10 12-28-15 SENT TO DIALER |GC1
* (191) 09:19 12-28-15 SENT TO DIALER |GC1
* (192) 08:00 12-29-15 12-28-15 10:17am GC1 - ANSWERED |GC1
  (193)                (CONT) LIVE MESSAGE
* (194) 08:21 12-29-15 SENT TO DIALER |GC1
* (195) 08:22 12-30-15 12-29-15 08:35am GC1-DIALER |GC1
  (196)                (CONT) SCRUBBED CALL
* (197) 08:28 12-30-15 SENT TO DIALER |GC1
* (198) 09:02 12-31-15 12-30-15 08:45am GC1-DIALER |GC1
  (199)                (CONT) SCRUBBED CALL
* (200) 09:20 12-31-15 SENT TO DIALER |GC1
* (201) 09:34 12-31-15 SENT TO DIALER |GC1
* (202) 07:44 01-03-16 SENT TO DIALER |GC1
* (203) 06:16 01-17-16 SENT TO DIALER |GC1
* (204) 07:39 01-18-16 SENT TO DIALER |GC1
* (205) 06:38 01-19-16 01-18-16 07:09pm GC1 - ANSWERED |GC1
  (206)                (CONT) LIVE MESSAGE
* (207) 11:29 01-26-16 SENT TO DIALER |GC1
* (208) 11:39 01-26-16 SENT TO DIALER |GC1
* (209) 13:21 01-26-16 SENT TO DIALER |GC1
* (210) 05:57 01-27-16 SENT TO DIALER |GC1
* (211) 07:52 01-28-16 01-27-16 06:24am GC1-DIALER |GC1
  (212)                (CONT) SCRUBBED CALL
* (213) 08:26 01-28-16 SENT TO DIALER |GC1
* (214) 08:51 01-29-16 01-28-16 08:53am GC1 - ANSWERED |GC1
  (215)                (CONT) LIVE MESSAGE
* (216) 12:25 02-03-16 SENT TO DIALER |GC1
* (217) 13:02 02-04-16 SENT TO DIALER |GC1
* (218) 10:11 02-05-16 SENT TO DIALER |GC1
* (219) 08:15 02-16-16 SENT TO DIALER |GC1
* (220) 07:52 02-17-16 SENT TO DIALER |GC1
* (221) 07:58 02-17-16 02-16-16 08:51am GC1 - ANSWERED |GC1
  (222)                (CONT) LIVE MESSAGE
* (223) 06:14 02-18-16 02-17-16 08:03am GC1-DIALER |GC1
  (224)                (CONT) SCRUBBED CALL
* (225) 08:40 02-18-16 SENT TO DIALER |GC1
* (226) 10:29 02-18-16 SENT TO DIALER |GC1
* (227) 06:06 02-19-16 02-18-16 04:43pm GC1 - ANSWERED |GC1
  (228)                (CONT) LIVE MESSAGE
* (229) 06:07 02-19-16 02-18-16 10:34am GC1-DIALER |GC1
  (230)                (CONT) SCRUBBED CALL
* (231) 06:42 02-19-16 SENT TO DIALER |GC1
* (232) 06:32 02-20-16 02-19-16 07:44am GC1-DIALER |GC1
  (233)                (CONT) SCRUBBED CALL
* (234) 06:45 02-20-16 SENT TO DIALER |GC1
* (235) 07:17 02-21-16 02-20-16 09:28am GC1 - ANSWERED |GC1
  (236)                (CONT) LIVE MESSAGE
* (237) 09:07 02-22-16 SENT TO DIALER |GC1
* (238) 09:08 02-22-16 SENT TO DIALER |GC1
```

```
— NOTES — FOR ACCOUNT 4696235 (CONTINUED)

* (239) 11:29 02-22-16 02-22-16 09:16am GC1-DIALER |GC1
  (240)                  (CONT) SCRUBBED CALL
* (241) 12:36 02-22-16 SENT TO DIALER |GC1
* (242) 08:51 02-23-16 SENT TO DIALER |GC1
* (243) 11:04 02-23-16 SENT TO DIALER |GC1
* (244) 09:38 02-24-16 SENT TO DIALER |GC1
* (245) 07:22 02-25-16 02-24-16 09:46am GC1-DIALER |GC1
  (246)                  (CONT) SCRUBBED CALL
* (247) 09:53 02-25-16 SENT TO DIALER |GC1
* (248) 07:19 02-26-16 SENT TO DIALER |GC1
* (249) 08:56 02-27-16 SENT TO DIALER |GC1
* (250) 09:34 03-10-16 SENT TO DIALER |GC1
* (251) 06:43 03-11-16 03-10-16 01:26pm GC1 - ANSWERED |GC1
  (252)                  (CONT) LIVE MESSAGE
* (253) 08:16 03-11-16 SENT TO DIALER |GC1
* (254) 09:53 03-14-16 SENT TO DIALER |GC1
* (255) 09:56 03-14-16 SENT TO DIALER |GC1
* (256) 08:51 03-15-16 03-14-16 10:44am GC1 - ANSWERED |GC1
  (257)                  (CONT) LIVE MESSAGE
* (258) 12:31 03-17-16 SENT TO DIALER |GC1
* (259) 09:38 03-18-16 SENT TO DIALER |GC1
* (260) 08:34 03-21-16 SENT TO DIALER |GC1
* (261) 06:28 03-22-16 03-21-16 10:43am GC1 - BAD PHONE - |GC1
  (262)                  (CONT) CHECK FOR CORRECT
  (263)                  (CONT) INFORMATION
* (264) 06:28 03-22-16 OSTS:ACT |GC1
* (265) 12:49 03-23-16 SENT TO DIALER |GC1
* (266) 06:52 05-10-16 SENT TO DIALER |GC1
* (267) 21:21 05-11-16 OSTS:XND |RLO
* (268) 21:21 05-11-16 CANCELLED-CON- CONVERT 2NDARY AGENCY/BA
  (269)                  (CONT)
* (270) 20:15 05-18-16 ADDED TO PKT# 775967
* (271) 20:19 05-18-16 CHANGED PRIMARY TO:4989151
  (272) 08:09 06-06-16 TEL RES/DISC (4989151) OSTS:ACT |DHD
* (273) 08:09 06-06-16 OPH          -6213 |DHD
* (274) 12:14 06-08-16 EX2-EOS CREDIT STS:    BAL:
* (275) 12:22 06-08-16 TU2-EOS CREDIT STS:    BAL:
* (276) 09:42 08-03-16 ODSK:B51 |BA
```

Confidential subject to protective order - CSB00040