*West, et al. v. California Service Bureau, Inc.*

*Case No. 4:16-cv-03124-YGR*

# EXHIBIT "5"

{EXHIBIT TAB PAGES;1}

Printed on 10/23/2017 11:02 AM                                                                                                                                 Page 1 of 1

HENSLEE,RYAN     Scan on 6/9/2014 by Stephanie Morgan of CCP

# JOHN MUIR HEALTH

## Confidential Communication Preference

Date: 6/9/2014

Patient Name: ~~[redacted]~~    Date of Birth: ~~[redacted]~~ 1984

Parent/Legal Guardian Name for Minor Patients: _____

Our current Notice of Privacy Practices allows us to call you with a courtesy reminder regarding upcoming appointments. In some cases it may become necessary to contact you by telephone to discuss other medical information. In the event that you are unavailable, we would like to be able to leave you a detailed message (e.g., lab results, x-rays, and other test results).

Please read the following choices and tell us whether or not we can leave a detailed message (e.g., lab results, x-rays, and other test results) on an answering machine and/or with any specific individuals you designate below.

**Choose one of the following:**

☑ I consent and authorize to John Muir Physician Network and their staff to leave a telephone detailed message regarding my medical care or my minor child at the following numbers (Initial each phone number provided).

☐ Home answering machine: _____    Initials: _____

☑ Cell Phone: ~~[redacted]~~0420    Initials: RH

☐ Work/Other Phone: _____    Initials: _____

☑ I consent and authorize John Muir Physician Network to disclose verbally any results or instructions to the following specified person(s) who are at least 18 years or older and may answer the above phone number(s) in my absence:

Designated Person Name: ~~[redacted]~~    Relationship: FATHER

Designated Person Name: _____    Relationship: _____

☐ I do not consent or authorize detailed messages regarding my medical care to be left on my answering machine or with a designated person. I wish to be contacted personally. I understand that there may be delays in receiving my results.

*This communication preference will remain in effect until you rescind or provide a change.*

Signature ~~[redacted]~~    Date 6/9/2014

Internal Use Only:

31970208   Rev. 02 27.13

000001

Printed on 10/23/2017 11:02 AM

Page 1 of 1

Scan on 4/1/2014 by Rebecca Beach



```
CLNT: JMHEPBD      (EOS_CCA) JOHN MUIR HEALTH-WALNUT CREEK
NAME: H       ,R                           PH#            0420    PPL#
ASGN: 05-13-17   LST CHG: 04-01-14   LST PY: 10-07-17            PKT#
ADDR: .       .           JORDAN UT 84084
EMPL:
(1) LAST ACTION DT (/n)   10-06-17   90               --OWING--   -RECEIVED-
(2) COLLECTOR ACTION (?)  972               AGN/AMT     65.75       65.75
(3) TIME TO WORK                            INT         11.92       11.92
(4) DATE WORK AGAIN       10-07-17          CANCELLED    0.00
(5) PROMISED PMT AMT      77.67             ATTORNEY     0.00        0.00
(6) NEXT STEP             PIF               COURT        0.00        0.00
(7) FOLLOWUP PRIO (1-10)                    MISC         0.00        0.00
(8) PROMISED PMT DATE     10-06-17          TOTAL*****  77.67       77.67
(9) IMP NOTE LINES                          STATUS PIF  NET W/JMT**  0.00
-- COLLECTOR S21 --
DNUM: 5430262-C12      129 100917 11 AUTO INTEREST WRITEOFF -0.01
DRL:                   130 100917 11 TC=1 65.75 AP-A CC DB 10-07-17    |MSM
SSN:                   131 100917 11 (CONT) COM=8.55 COM%=13           |MSM
DOB:                   132 100917 11 TC=9 11.92 IT-A CC DB 10-07-17    |MSM
CDN:                   133 101117 12 CREDIT STS:62 BAL: 0.00 EX
                       134 101117 12 CREDIT STS:62 BAL: 0.00 TU
CMD (/,?): _           135 102317 11 ADD TO TICKLER                    |BA

                       MESSAGES (12:06pm) 23 OCT|11:06am|ET=00:39
```

000003

Patient Name _____ A. Date of Birth _____ /3 9
             (Last, First, Middle)

## NOTICE OF PRIVACY PRACTICES (NOPP)

The undersigned acknowledges he/she has received a copy of the Notice of Privacy Practices. Our Notice of Privacy Practices provides information about how we may use and disclose your protected health information (PHI). You may also obtain a copy on our web-site at www.johnmuirhealth.com or contacting our customer service department at (925) 952-2887.

_____    7/28/11
Patient/Legal Representative Signature      Date

**Financial Waiver/Policy**         **ASSIGNMENTS OF BENEFITS**

I hereby assign medical and/or surgical payments to include major medical benefits to which I am entitled, private insurance and any other health plan to John Muir Physician Network for services provided by John Muir Medical Group. By signing this document, I understand if claims are denied due to eligibility status, invalid medical group or invalid Primary Care Physician (PCP), I will assume full responsibility for all charges incurred by me and all dependents. Additionally, I will be held financially responsible for any non-covered benefits, deductibles or any co-payments for services, which have been provided to me.
This assignment will remain in effect until revoked by me in writing. A photocopy of this assignment is to be considered as valid as an original.

### OTHER FINANCIAL POLICIES

**Late / Cancellations / Appointment No Shows:**
If you cancel your appointment with less than 8 business hours (8 business hours – 1 business day), or miss your appointment, you will be charged a fee. It is within the physician's discretion to dismiss you from the practice if you've had repeated cancellations or no-show appointments.

**Charges for Completion of Forms and Photo Copying Medical Records:**
There is a charge for completion of forms and photo copying of medical records.

**Payment Method:**
For your convenience, we accept VISA, MasterCard as well as cash and personal checks. Please make your payment to John Muir Physician Network. A $25.00 charge will be applied on all returned checks.

_____    7/28/11
Patient/Legal Representative Signature      Date

000004

RH - DECLINE

## Adult Patient Registration Form

| Patient's Last Name | First (legal name) | First (Preferred Name) | Full Middle Name |
|---|---|---|---|
| ▓▓▓ | ▓▓▓ | | |

| Date of Birth | Gender | Last 4 digits Social Security Number (optional) |
|---|---|---|
| ▓▓▓ 39 | Female __ Male X | |

**Marital Status** (circle one): Single / **Married** / Divorced / Widow / Partner

What is your preferred language: 

**Race** (circle one): African American-Black / Asian / Bi-Multi-racial / Pacific Islander-Hawaiian / Caucasian-**White** / Native American Eskimo Aleut / Decline to state / Other

**Ethnicity** (circle one): Hispanic-Latino / Non-Hispanic-Latino / Other

| Are you new to our practice | Who referred you to our practice | Who is your Primary Care Physician |
|---|---|---|
| Yes __ No X | | ▓▓▓ |

| Address (Number, Street, Apt #) | City | State | Zip Code |
|---|---|---|---|
| ▓▓▓ | Martinez | Calif | 94553 |

*Mail will be sent to the address listed above, unless patient indicates a different address (leave blank if same as above).*

| Send mail to Address (Number, Street, Apt #) #1 | City | State | Zip Code |
|---|---|---|---|
| ▓▓▓ | Martinez | Calif | 94553 |

| Phone Options | Phone Number | Okay to leave detailed message | Call this number (circle one) |
|---|---|---|---|
| Home | (▓▓▓) ▓▓▓-0402 | Yes ✓ No __ | **1st** 2nd 3rd choice |
| Cell | ( ) - | Yes __ No __ | 1st 2nd 3rd choice |
| Work or Cell (circle one) | ( ) - | Yes __ No __ | 1st 2nd 3rd choice |

### On-Line Patient Portal Communication via Email

| Would you like to communicate by Email | Yes __ No X | Email Address |
|---|---|---|

On-line communication is used for non-urgent messages/requests only. John Muir Health uses secure technology to protect the privacy and confidentiality of your personal information. Only you, your physician, and authorized staff can read your message.

| Do you prefer that we Email or call you first (at the numbers listed above) | Email __ or Call __ | (indicate 1st & 2nd choice) |
|---|---|---|

### Confidentiality Communication Preference

List any other person(s) (not listed above) you authorize to receive relevant information about your care/treatment

| Name | Relationship | Phone |
|---|---|---|
| ▓▓▓ | Husband | (▓▓▓) ▓▓▓-0402 |
| Name | Relationship | Phone |
| | | ( ) - |

### Emergency Contact

| Emergency Contact's Name | Relationship to patient | Phone |
|---|---|---|
| ▓▓▓ | Husband | (▓▓▓) ▓▓▓-1771 |
| | | (▓▓▓) ▓▓▓-0402 |

### Appointment Reminder

Would you like an automated appointment reminder call? Yes __ No __  *(calls are made to the home phone number listed above)*

### Patient Employer Information

| Employer Name & Address (Number, Street, Apt #, City, State, Zip Code) | Employer Phone Number |
|---|---|
| | ( ) - |

### Insurance Information

| Subscriber (Insurance Holder) Name | Date of Birth | Relationship to Patient | Subscriber Phone Number |
|---|---|---|---|
| | / / | | ( ) - |

| Health Plan Information | Primary Health Plan | Secondary Health Plan |
|---|---|---|
| Health Plan Name | ▓▓▓ | |
| Health Plan Address | | |
| Phone Number | (▓▓▓) ▓▓▓ | ( ) - |
| Subscriber Number | ▓▓▓ | |

Signature ▓▓▓   Relationship to Patient  Self   Date 7/28/11

Form # 3197000B, 6/20/2011

```
CLNT: TJMLHLF       (EOS_CCA) SUMMARY OF PACKET
NAME: J       S       A.                              PH#           -0402  PPL#
ASGN: 02-03-12  LST CHG: 10-23-13   LST PY: 02-13-12        2 of 2 PKT# 697968*JMH
ADDR:                        MARTINEZ CA 94553
EMPL: UNKNOWN
(1) LAST ACTION DT (/n)    10-23-17   90              --OWING--     -RECEIVED-
(2) COLLECTOR ACTION (?)                AGN/AMT         143.36           51.57
(3) TIME TO WORK                        INT              29.20            2.20
(4) DATE WORK AGAIN                     CANCELLED         0.00
(5) PROMISED PMT AMT       0.00         ATTORNEY          0.00            0.00
(6) NEXT STEP                           COURT             0.00            0.00
(7) FOLLOWUP PRIO (1-10)                MISC              0.00            0.00
(8) PROMISED PMT DATE                   TOTAL*****      172.56           53.77
(9) IMP NOTE LINES                      STATUS PIF   NET W/JMT**        118.79
--- COLLECTOR S21 ---
DNUM: 3594215 863 4455220   40 021312 X1 REM BY STATUS
DRL:                        41 030912 X1 JML1 STOPPED BY ZERO BAL
SSN:                        42 062414 X0 ADDED TO PKT# 697968*JMH
DOB:                        43 062414 X1 CHANGED PRIMARY TO:4455220
CDN:                        44 081514 1p ACCURINT SKIP RESULT LOADED NO PHONE NBR
                            45 081514 1p (CONT) FOUND
CMD (/,?): _                46 102317 10 ADD TO TICKLER                      |BA

                                         MESSAGES 23 OCT|10:25am|ET=00:27
```

# MUIR PULMONARY CRITICAL CARE
## AND SLEEP MEDICINE

- Ramin Khashayar, M.D.
- Manjari Nathan, M.D.
- Vala Berjis, M.D.
- Ming-Tyh Maa, M.D.
- Elvio Ardilles, M.D.
- George Juan, M.D.

1399 Ygnacio Valley Road, Suite 14
Walnut Creek, CA 94598

Phone (925) 939-3050
Fax (925) 939-3057

**Primary Doctor:** ▓▓▓
**E-mail Address:** ▓▓▓
**Referring Doctor:** ▓▓▓
**Race/Ethnicity:** ▓▓▓
**Other Doctors:** ▓▓▓
**Preferred Language:** ENGLISH
**DME or CPAP Co.:** ▓▓▓
**Interpreter:** ▓▓▓

(Please write your name as it appears on your Primary Insurance Card)

**Last Name:** R▓▓▓
**First Name:** M▓▓▓L
**MI:** ▓
☐ Mr.  ☐ Miss  ☐ Mrs.  ☐ Ms.
**Marital Status (Check all that apply):** ☐ Sing.  ☒ Mar.  ☐ Div.  ☐ Sep.  ☐ Wid.

**Is this your legal name?** ☒ Y  ☐ N
**If not, what is your legal name?**
**Birth Date:** ▓▓▓
**Age:** ▓▓▓
**Sex:** ☒ M  ☐ F

**Street Address:** ▓▓▓
**City:** CONCORD
**State, ZIP Code:** ▓▓▓

**Home Phone #1:** ( )
**Cell #:** ▓▓▓-7592
**Social Security #:** ▓▓▓

**Current Occupation:** ARTIST
**Employer:** SELF
**Employer Phone #:** ( )

**Name of local friend or relative:** ▓▓▓
**Relationship to the patient:** ▓▓▓
**Home Phone #:** ▓▓▓
**Work or Cell #:** ▓▓▓

(Please give your insurance cards to the receptionist)

1. Primary Insurance ▓▓▓
2. Secondary Insurance

The above information is true to the best of my knowledge. I authorize my insurance benefits be paid directly to the physician. I understand that I am financially responsible for any balance. I also authorize Muir Pulmonary Critical Care or my insurance company to release any information required to process my claims.

**Patient/Guardian Signature:** [signature]
**Date:** OCT 20, 17

Printed on 10/23/2017 10:47 AM                                                                                    Page 1 of 1

RIOS, MICHAEL VENTURA        Scan on 1/21/2015 by Paulette Pardi



```
CLNT: JMHEPBD     (EOS_CCA) SUMMARY OF PACKET
NAME: R    ,M   V                            PH#        .7592  PPL#
ASGN: 12-26-15  LST CHG: 01-29-15  LST PY: 05-05-15    4 of 4 PKT# 758540
ADDR:                    _ CONCORD CA 94521
EMPL: OTHER (SELF EMPLOYED)
(1) LAST ACTION DT (/n)                              --OWING--    -RECEIVED-
(2) COLLECTOR ACTION (?)           AGN/AMT          1,551.86          0.00
(3) TIME TO WORK                   INT                 88.21          0.00
(4) DATE WORK AGAIN                CANCELLED       1,414.24          59.54*
(5) PROMISED PMT AMT      0.00     ATTORNEY             0.00          0.00
(6) NEXT STEP                      COURT                0.00          0.00
(7) FOLLOWUP PRIO (1-10)           MISC                 0.00          0.00
(8) PROMISED PMT DATE              TOTAL*****         166.29          0.00
(9) IMP NOTE LINES                 STATUS CAN  NET W/JNT**          166.29
─ COLLECTOR S21 ─────────────────────────────────────────────────────────
DNUM: 4895128 B51 5531209 171 040917 8p EX CREDIT STS:DA BAL: 0.00
DRL:                      172 040917 8p TU CREDIT STS:DA BAL: 0.00
SSN:                      173 051917 5p EX CREDIT STS:OA BAL: 0.00
DOB:                      174 051917 5p TU CREDIT STS:DA BAL: 0.00
CDN:                      175 060717 8a EX CREDIT STS:OA BAL: 0.00
                          176 060717 8a TU CREDIT STS:DA BAL: 0.00
                          177 101517 8p CHANGED PRIMARY TO:5531209

4895128 Not in This Collector's Tickler File. Add It? (Y,CR=N,C) _
```

000009

# WALNUT CREEK SURGICAL ASSOCIATES, INC.
## CONFIDENTIAL COMMUNICATION PREFERENCE

**PATIENT NAME:** ~~[redacted]~~ W~~[redacted]~~    **DATE OF BIRTH** ~~[redacted]~~

You may request to receive confidential communications of Protected Health Information in the method you prefer or at an alternative address. For example, you may not want your billing statements to be mailed to your home where it might be seen by others.

**1. PLEASE CIRCLE OR FILL IN THE ANSWER THAT APPLIES FOR EACH QUESTION**
1. CONTACT is only the physician name, person calling and our phone number. - WE MUST HAVE AT LEAST ONE NUMBER
2. LEAVE MESSAGE is Laboratory, X-ray, test results, and/or any correspondence pertaining to Protected Health Information (PHI)

I authorize Walnut Creek Surgical Associates and/or their staff members to contact me and/or leave messages, as described above, at the following numbers:

|  | Contact Y | Contact N | Leave Message Y | Leave Message N |
|---|---|---|---|---|
| Home Phone ( ) | ☐ | ☐ | ☐ | ☐ |
| Work Phone ( ) | ☐ | ☐ | ☐ | ☐ |
| Cell Phone [redacted]-2133 | ☒ | ☐ | ☒ | ☐ |
| Other Phone ( ) | ☐ | ☐ | ☐ | ☐ |

We currently call to remind you of your appointment the day before. Disclosure of doctor and date / time of your scheduled appointment are provided. You have the right to request not to be contacted or change your request at any time to terminate this service.

☒ **YES**    I wish to be reminded of my upcoming appointments at the following number: [redacted]-2133

☐ **NO**    I do not wish to be reminded of my upcoming appointments

Do you wish to be the ONLY person to receive your Protected Health Information?  (YES)   NO
IF no please list below any other person(s) you would like to authorize to be able to receive your Protected Health Information (PHI) (DO NOT USE PHYSICIANS): Anyone not listed will be referred back to you for authorization.

| Name | Phone Number | Relationship to Patient |
|---|---|---|
|  |  |  |
|  |  |  |

**2. Billing Statements and Correspondence:**
Any billing statements and correspondence related to your Protected Health Information will be automatically mailed to your home address, as indicated in our files. Do you agree to this?  ☒ YES  ☐ NO  If no, please provide alternate address:

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
|  |  |  |  |

**4. LIST ALL DOCTORS THAT YOU SEE? AND THE REASON?** Please designate the doctors you would like copies of your records sent to regarding your current condition. These records will be sent to these doctors until you have been released from our care for this problem or generally at 6 months from today's date. If at any time you do not wish your PHI to be sent to these doctors you must send a letter requesting this.

| NAME OF DOCTOR | REASON | SEND RECORDS? | NAME OF DOCTOR | REASON | SEND RECORDS? |
|---|---|---|---|---|---|
| 1. Siblan | Primary Doctor | Y  N | | | Y  N |
| 2. | Referring Doctor | Y  N | | | Y  N |
| | | Y  N | | | Y  N |
| | | Y  N | | | Y  N |

**5. Copies of your PHI to the referring physician.**
We currently send a copy of your PHI Initial consultation to the referring doctor so that they may know what treatment was advised or performed by our doctors. Please let us know if you agree to this disclosure. This will be the only copy sent unless stated else where by you.

Do you agree to this? (YES)   NO

Thank you for assisting us to serve you more effectively by providing the above direction regarding your privacy wishes. Please sign below stating that you have read and provided us the correct information at this time.

~~[signature redacted]~~    _____    11/28/16
PATIENT SIGNATURE (or legal representative)    RELATIONSHIP IF LEGAL REPRESENTATIVE    DATE

# PATIENT REGISTRATION FORM

PLEASE PRINT AND FILL OUT AS COMPLETELY AS POSSIBLE WITH BLUE OR BLACK INK ONLY:

NAME: ███████ S███ W███  TODAYS DATE: ███████

HOW WOULD YOU LIKE US TO ADDRESS YOU (FIRST NAME, MR/MRS, NICKNAME): P███

ADDRESS: ███████████  Antioch  CA
         STREET                                  CITY         STATE    ZIP

HOME PHONE NUMBER: ███████  WORK PHONE NUMBER: (    )         EXT

CELL PHONE NUMBER: ████2133  SOCIAL SECURITY NUMBER ███████  DRIVERS LICENSE: ███████

BIRTHDATE: ███  AGE ██  SEX: ( ) MALE  (X) FEMALE  EMAIL ADDRESS: ███████

EMPLOYMENT STATUS: (X) EMPLOYED ( ) UNEMPLOYED ( ) STUDENT ( ) RETIRED  PRIMARY LANGUAGE USED: English

MARITAL STATUS: (X) SINGLE ( ) MARRIED ( ) DIVORCED ( ) WIDOWED   ETHNICITY: (X) NOT HISPANIC OR LATINO ( ) HISPANIC OR LATINO

EMPLOYER/SCHOOL NAME & LOCATION: ███████   OCCUPATION: Associate

FOR MEDICARE MEANINGFUL USE: THIS IS OPTIONAL WHAT DO YOU CONSIDER YOUR RACE TO BE PLEASE CIRCLE ONE:

AFRICAN-AMERICAN   AMERICAN INDIAN OR ALASKA NATIVE   ASIAN   BLACK   BLACK OR AFRICAN AMERICAN
HISPANIC   NATIVE HAWAIIAN OR OTHER PACIFIC ISLANDER   (WHITE)   OTHER _____   MORE THAN ONE RACE

## SPOUSE/PARENT INFORMATION:

SPOUSE/PARENT NAME _____ CELL#(___)_____ WORK PHONE NUMBER (___)_____ EXT____

BIRTHDATE: ___/___/___   SOCIAL SECURITY NUMBER: _____   DRIVERS LICENSE #: _____

EMPLOYER/SCHOOL NAME: _____   OCCUPATION: _____

**EMERGENCY CONTACT:** MUST BE SOMEONE OTHER THAN A SPOUSE WHO DOES NOT LIVE WITH YOU.

PERSON TO CONTACT IN AN EMERGENCY ███████   RELATIONSHIP Partner

HOME PHONE NUMBER ███████   WORK OR CELL PHONE NUMBER: ███████ 1000  EXT ███

WHO SHOULD WE THANK FOR REFERRING YOU TO US: _____

**INSURANCE INFORMATION:** IS YOUR INSURANCE AN: ( ) HMO (X) PPO ( ) EPO  DO YOU HAVE A COPAYMENT? HOW MUCH? ?

PLEASE NOTE: DUE TO THE CONSTANTLY CHANGING INSURANCE INDUSTRY WE ARE NOT ALWAYS ABLE TO CONFIRM OUR PARTICIPATION WITH YOUR SPECIFIC INSURANCE PRIOR TO YOUR VISIT. ULTIMATELY THE PATIENT IS RESPONSIBLE TO VERIFY PARTICIPATING STATUS OF THE DOCTOR AND TO MAKE SURE ANY NECESSARY AUTHORIZATIONS OR REFERRALS ARE OBTAINED. WE DO OUR BEST TO FACILITATE THIS FOR EACH PATIENT BUT UNFORTUNATELY WE ARE NOT ALWAYS SUCCESSFUL DUE TO THE DIFFICULTIES OF OBTAINING CORRECT INFORMATION FROM THE VARIOUS INSURANCE COMPANIES.

INITIAL ___

DOES YOUR INSURANCE REQUIRE AN AUTHORIZATION/REFERRAL IN ORDER TO SEE A SPECIALIST? ( ) YES (X) NO

PRIMARY INSURANCE NAME: _____   POLICY HOLDERS ID: _____

SECONDARY INSURANCE NAME: _____   POLICY HOLDERS ID: _____

## ASSIGNMENT OF BENEFITS--FINANCIAL AGREEMENT

I UNDERSTAND THAT IF MY INSURANCE CARRIER OR ADMINISTRATOR REQUIRES AUTHORIZATION OR A REFERRAL IT IS MY RESPONSIBILITY TO ACQUIRE THE AUTHORIZATION OR A REFERRAL PRIOR TO EACH VISIT. I AGREE TO PAY FOR ANY VISITS FOR WHICH I DO NOT PRESENT PRIOR AUTHORIZATION OR REFERRAL IF REQUIRED BY MY INSURANCE CARRIER OR ADMINISTRATOR.
I HEREBY GIVE LIFETIME AUTHORIZATION FOR PAYMENT OR INSURANCE BENEFITS TO BE MADE DIRECTLY TO WALNUT CREEK SURGICAL ASSOCIATES, INC. FOR ANY SERVICES RENDERED. I UNDERSTAND THAT I AM FINANCIALLY RESPONSIBLE FOR ANY CHARGES WHETHER OR NOT THEY ARE COVERED BY INSURANCE. IN THE EVENT OF DEFAULT, I AGREE TO PAY ALL COLLECTION, AND REASONABLE ATTORNEY'S FEES. I HEREBY AUTHORIZE THIS HEALTHCARE PROVIDER TO RELEASE ALL INFORMATION NECESSARY TO SECURE THE PAYMENT OF BENEFITS. I FURTHER AGREE THAT A PHOTOCOPY OF THIS AGREEMENT SHALL BE AS VALID AS THE ORIGINAL.
AFTER HOURS PHONE CALLS: I UNDERSTAND THAT I WILL BE BILLED FOR AFTER HOURS PHONE CALLS MADE BY MY SELF, FRIENDS, OR FAMILY (CALLS AFTER 5PM M-F; OR WEEKENDS OR HOLIDAYS). I ALSO UNDERSTAND THAT MY INSURANCE COMPANY MAY NOT PAY FOR THESE AND I WILL BE FINANCIALLY RESPONSIBLE. THIS DOES NOT INCLUDE MEDICALLY NECESSARY EMERGENCY CALLS, INVOLVING COMPLICATIONS THAT OCCURRED IN THIS OFF HOURS.

PATIENT/PARENT SIGNATURE: ███████   DATE: 11/28/16

08:45:43am 27 Sep 2017 DAILY TRANSACTIONS BY DESK ----- EOS CCA PAGE 7

| DATE | CLINIC | ACCOUNT-NAME.... | 100% TC RATE% | AGN/AMT | INTEREST | OTHER | AGENCY | COMMISSION | DSK | FWD-FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-25 | TCH | [redacted] | | 50.45* | | | 37.84 | 12.61 | L71 | |
| TOTAL FOR DESK L71 [redacted] | | | | 50.45 | 0.00 | 0.00 | 37.84 | 12.61 | | 0.00 A |
| TOTAL FOR CLIENT | | | C | 50.45]C | 0.00]C | 0.00]C | 37.84]C | 12.61] | C | 0.00]A |
| TOTAL FOR SHARED | | | | 50.45* | 0.00* | 0.00* | | | | |

| | CASH | NON-CASH |
|---|---|---|
| PRIN pmt-pd agency 1 | 50.45 | |
| BANK DEPOSIT: | 50.45 | |

# John Muir Health - Walnut Creek, Ca.

Arrival date:
Arrival Time:
INP Admit Date/time: N/A / N/A
Obs date: N/A
Diagnosis: Ventral hernia without obstruction or gangrene
Admission Type: Elective [3]

MRN: 21693147
Hospital Account: 11008811
Discharge Date:
Discharge Time:

## ENCOUNTER

Patient Class: OUT
Unit: [redacted]
Admitting Provider: [redacted]
Bed: [redacted]
Attending Provider: [redacted]
Referring Physician:
Service: CC/WC Surgery

## PATIENT

Name: [redacted]
DOB: 11/29/1960 (56 yrs)
Address: [redacted]
Sex: Female
City: [redacted]
Email: [redacted]
Primary Care Provider: [redacted]
Primary Phone: [redacted]2133

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone | Cell Phone: |
|---|---|---|---|---|---|
| 1. [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| 2. [redacted] | | [redacted] | | | |

## GUARANTOR

Guarantor: [redacted]
DOB: [redacted]
Address: [redacted]
Sex: Female
Relation to Patient: Self
Home Phone:
Guarantor ID: [redacted]
Work Phone:

GUARANTOR EMPLOYER
Employer: [redacted]
Status: FULL TIME

## COVERAGE

PRIMARY INSURANCE
Payor: [redacted]
Plan: [redacted]
Group Number: [redacted]
Insurance Type: [redacted]
Subscriber Name: [redacted] S*
Subscriber DOB: [redacted]
Subscriber ID: [redacted]
Claim Address [redacted]
Pat. Rel. to Subscriber: Self

SECONDARY INSURANCE
Payor:
Plan:
Group Number:
Insurance Type:
Subscriber Name:
Subscriber DOB:
Subscriber ID:
Claim Address [redacted]
Pat. Rel. to Subscriber:

Contact Serial # (2040728323)
December 9, 2016
JOHN MUIR HEALTH
Chart ID (No chart ID available)
No chart ID available

Pamela W[signature]


```
CLNT: JMHEPBD      (EOS_CCA) SUMMARY OF PACKET
NAME: W         ,P    S              PH#      -2133 PPL#
ASGN: 10-06-16   LST CHG: 11-15-16   LST PY: 03-25-15    1 of 10 PKT# 712131
ADDR.              ANTIOCH CA 94509
EMPL: OTHER (HOBBY LOBBY)
(1) LAST ACTION DT (/N)   10-06-16                --OWING--    -RECEIVED-
(2) COLLECTOR ACTION (?)  972         AGN/AMT     1,132.73         60.79
(3) TIME TO WORK                      INT            76.59          1.83
(4) DATE WORK AGAIN       04-05-17    CANCELLED     734.41         38.64*
(5) PROMISED PMT AMT      0.00        ATTORNEY        0.00          0.00
(6) NEXT STEP             SEND TO SKIP COURT          0.00          0.00
(7) FOLLOWUP PRIO (1-10)              MISC            0.00          0.00
(8) PROMISED PMT DATE                 TOTAL*****    436.27         62.62
(9) IMP NOTE LINES                    STATUS ACT  NET W/JMT**    373.65
-- COLLECTOR S21 --
DNUM: 5110448 [85]       284 101917 10 SENT TO DIALER                  |GC1
ORL:                     285 102017 7a 10-19-17 04:06pm GC1- DIALER CALL|GC1
SSN:                     286 102017 7a (CONT) SCHEDULED/ NOT CALLED    |GC1
DOB:                     287 102017 9a SENT TO DIALER                  |GC1
CON:                     288 102117 8a 10-20-17 01:42pm GC1 -- MACHINE |GC1
                         289 102117 8a (CONT) MESSAGE DELIVERED        |GC1
CMD (/,?): _             290 102317 8a SENT TO DIALER                  |GC1

                              MESSAGES 23 OCT|10:06am|ET=00:01
```

000013

Printed on 10/23/2017 09:30 AM                                                                 Page 1 of 1

SALIMI, FATIMA        Scan on 7/17/2015 by Angela Pearsall, MA



## Confidential Communication Preference

Date: 7/17/2015

Patient Name: _____    Date of Birth: _____

Parent/Legal Guardian Name for Minor Patients: _____

Our current Notice of Privacy Practices allows us to call you with a courtesy reminder regarding upcoming appointments. In some cases it may become necessary to contact you by telephone to discuss other medical information. In the event that you are unavailable, we would like to be able to leave you a detailed message (e.g., lab results, x-rays, and other test results).

Please read the following choices and tell us whether or not we can leave a detailed message (e.g., lab results, x-rays, and other test results) on an answering machine and/or with any specific individuals you designate below.

**Choose one of the following:**

☒ I consent and authorize to John Muir Physician Network and their staff to leave a telephone detailed message regarding my medical care or my minor child at the following numbers (initial each phone number provided).

☐ Home answering machine: _____                    Initials: _____

☒ Cell Phone: _____-4998                                    Initials: F.S.

☐ Work/Other Phone: _____                           Initials: _____

☐ I consent and authorize John Muir Physician Network to disclose verbally any results or instructions to the following specified person(s) who are at least 18 years or older and may answer the above phone number(s) in my absence:

Designated Person Name: _____    Relationship: _____

Designated Person Name: _____    Relationship: _____

☐ I do not consent or authorize detailed messages regarding my medical care to be left on my answering machine or with a designated person. I wish to be contacted personally. I understand that there may be delays in receiving my results.

*This communication preference will remain in effect until you rescind or provide a change.*

Signature _____                                    Date _____

Internal Use Only:

JMPN Communication Preference Form | Rev 02 27 13

000014

# John Muir Medical Center
### Walnut Creek, California

Encounter Date: ▮
Hospital Account: ▮
MRN: ▮▮▮7
Guarantor: S▮, F▮
Contact Serial #: ▮

## ENCOUNTER

Patient Class: ▮
Adm Diagnosis: ▮
Admitting Provider: ▮
Attending Provider: ▮

Unit: ▮
Bed: ▮
Referring Physician: ▮
Service: ▮

## PATIENT

Name: S▮, F▮
Address: ▮
City: ▮
Primary Care Provider: ▮

DOB: ▮
Sex: ▮
Primary Phone: ▮9998

### EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone |
|---|---|---|---|---|
| ▮ | | ▮ | ▮ | ▮ |
| 2. ▮ | | | | |

## GUARANTOR

Guarantor: S▮, F▮
Address: ▮
CONCORD, CA ▮
Relation to Patient: ▮
Guarantor ID: ▮

DOB: ▮
Sex: ▮
Home Phone: ▮9998
Work Phone: ▮

### GUARANTOR EMPLOYER

Employer: ▮
Status: NOT EMPLO*

## COVERAGE

### PRIMARY INSURANCE

Payor: ▮
Group Number: ▮
Subscriber Name: S▮, F▮
Subscriber ID: ▮
Pat. Rel. to Subscriber: Self

Plan: ▮
Insurance Type: ▮
Subscriber DOB: ▮

### SECONDARY INSURANCE

Payor: ▮
Group Number: ▮
Subscriber Name: S▮, F▮
Subscriber ID: ▮
Pat. Rel. to Subscriber: ▮

Plan: ▮
Insurance Type: ▮
Subscriber DOB: ▮

Contact Serial # (2025106738)

May 30, 2014

F·S

Chart ID (No chart ID available)
No chart ID available

JOHN MUIR HEALTH

000015


```
CLNT: TJMLHLF      (EOS_CCA) SUMMARY OF PACKET
NAME: S.      F.                         PH#         .9998  PPL#
ASGN: 07-02-13   LST CHG: 06-18-13   LST PY:         1 of 4 PKT# 598867*JMH
ADDR:            CA 94521
EMPL:
(1) LAST ACTION DT (/n)                              --OWING--    -RECEIVED-
(2) COLLECTOR ACTION (?)            AGN/AMT          459.11         0.00
(3) TIME TO WORK                    INT               59.02         0.00
(4) DATE WORK AGAIN                 CANCELLED        459.11        59.02*
(5) PROMISED PMT AMT    0.00        ATTORNEY           0.00         0.00
(6) NEXT STEP                       COURT              0.00         0.00
(7) FOLLOWUP PRIO (1-10)            MISC               0.00         0.00
(8) PROMISED PMT DATE               TOTAL *****        0.00         0.00
(9) IMP NOTE LINES                  STATUS STA  NET W/JMT**         0.00
—  COLLECTOR S21
DNUM: 4027808  [ ]    284 062617 8a SENT TO DIALER                   |GC1
DRL:                  285 073117 10 SENT TO DIALER                   |GC1
SSN:                  286 080317 8a OSTS:ATC                         |BA
DOB:                  287 080317 8a CANCELLED-STA- STATUTE OF LIMITATIONS
CDN:                  288 080317 8a  (CONT) HAS EXPIRED 159.72
                      289 091617 3p EX BYP-Balance less than minimum
                      290 091617 3p TU BYP-Balance less than minimum

4027808 Not in This Collector's Tickler File. Add It? (Y,CR=N,C)
```

000016