*West, et al. v. California Service Bureau, Inc.*

*Case No. 4:16-cv-03124-YGR*

# EXHIBIT "6"

{EXHIBIT TAB PAGES;1}

155257954

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PATIENT INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*First Name M████  M.I. ██ *Last Name: L████

*SSN: ██████████  *DOB: ██████  *Sex: ██████

*Mailing Address: ██████████  *Apt_____

*City: ██████  *State: ████  *Zip: ██████

*Phone Number: ██████████

*Who is your Primary Care Doctor? Last Name_____ First Name_____

*Preferred Pharmacy Name: _____ Cross Streets _____

*Language Preference: ████████  *Marital Status: ████████

*Religion Preference: ████  *What state were you born in: ████

*Race: ☑White or Caucasian ☐American Indian and Alaska Native ☐Asian ☐ Black or African American ☐Eastern Indian ☐ Native Hawaiian and other Pacific Islander ☐Other ☐ Refuse to Answer

*Ethnicity: ☑Hispanic ☐Non-Hispanic ☐Refuse to Answer

*Employers Name: ██████████  *Employment Status: FT__ PT ✓

*Employers Address: ██████████

*City: ████  *State: ██  *Zip Code: ██████

*Phone Number: ████████  *Occupation: ████████

**\*\*\*\*\*\*\*\*\*\*\*\*PARENT/GUARDIAN INFORMATION\*\*\*\*\*\*\*\*\*\*\*\***

*First Name: _____  *M.I. ____ *Last Name: _____

*SSN: _____  *DOB _____

*Mailing Address: _____

*City: _____  *State: _____  *Zip code: _____

*Phone#: _____

*Employers Name: _____  *Status: FT___ PT___

*Employers Address: _____  *City _____ *State: ___

*Zip code: _____  *Phone# _____  *Occupation: _____

**\*\*TURN PAGE OVER TO COMPLETE EMERGENCY CONTACTS\*\***

```
CLNT: FCMC02        (EOS_CCA) FRESNO COMMUNITY MEDICAL CENTERS  PATIENT FINANCIAL
NAME: L      ,M.                              PH#         -9611   PPL#
ASGN: 08-18-16   LST CHG: 05-04-16   LST PY: 03-21-17              PKT#
ADDR:                    CA 93710
EMPL: OTHER (IN-N-OUT )
(1) LAST ACTION DT (/n)   04-12-17   97              --OWING--    -RECEIVED-
(2) COLLECTOR ACTION (?)  972              AGN/AMT     318.57       200.00
(3) TIME TO WORK                           INT          17.23         0.00
(4) DATE WORK AGAIN       08-04-17         CANCELLED     0.00
(5) PROMISED PMT AMT      0.00             ATTORNEY      0.00         0.00
(6) NEXT STEP                              COURT         0.00         0.00
(7) FOLLOWUP PRIO (1-10)                   MISC          0.00         0.00
(8) PROMISED PMT DATE                      TOTAL*****  335.80       200.00
(9) IMP NOTE LINES                         STATUS ATS  NET W/JMT**  135.80
— COLLECTOR S21 —
DNUM: 5070385-N01         280 091917 8a CREDIT STS:93 BAL: 135.01 TU
DRL:                      281 091917 12 SENT TO DIALER                    |GC1
SSN:                      282 092017 7a 09-19-17 12:43pm GC1 - MACHINE    |GC1
DOB:                      283 092017 7a  (CONT) MESSAGE DELIVERED         |GC1
CDN:                      284 092617 10 SENT TO DIALER                    |GC1
                          285 101117 12 CREDIT STS:93 BAL: 135.51 EX
CMD (/,?):                286 101117 12 CREDIT STS:93 BAL: 135.51 TU

                                    MESSAGES 24 OCT|09:55am|ET=00:07
```

155549468

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PATIENT INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*First Name M██████   M.I. ██  \*Last Name: ██████

\*SSN: ██████   \*DOB: ██████   \*Sex: ██

\*Mailing Address: ██████   \*Apt _____

\*City: ██████   \*State: ████   \*Zip ██████

\*Phone Number ██████ 7aLG   \*Email Address: ██████

\*Who Is your Primary Care Doctor?  Last Name: _____   First Name _____

\*Preferred Pharmacy Name: ██████   Cross Streets ██████

\*Language Preference: ██████   \*Marital Status: ██████

\*Religion Preference: _____   \*What state were you born in: ████

\*Race: ☒White or Caucasian  ☐American Indian and Alaska Native  ☐Asian  ☐ Black or African American  ☐Eastern Indian  ☐ Native Hawaiian and other Pacific Islander  ☐Other  ☐ Refuse to Answer

\*Ethnicity:  ☐Hispanic  ☒Non-Hispanic  ☐Refuse to Answer

\*Employers Name: _____   \*Employment Status: FT__ PT__

\*Employers Address: _____

\*City: _____   \*State: _____   \*Zip Code: _____

\*Phone Number: _____   \*Occupation: _____

\*\*\*\*\*\*\*\*\*\*\*\*PARENT/GUARDIAN INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*

\*First Name: _____   \*M.I. ____   \*Last Name: _____

\*SSN: _____   \*DOB _____

\*Mailing Address: _____

\*City: _____   \*State: _____   \*Zip code: _____

\*Phone#: _____

\*Employers Name: _____   \*Status: FT___ PT___

\*Employers Address: _____   \*City _____   \*State: ___

\*Zip code: _____   \*Phone# _____   \*Occupation: _____

\*\*TURN PAGE OVER TO COMPLETE EMERGENCY CONTACTS\*\*

```
CLNT: FCMC02      (EOS_CCA) FRESNO COMMUNITY MEDICAL CENTERS  PATIENT FINANCIAL
NAME: J.        ,M                          PH#          7966  PPL#
ASGN: 11-15-16   LST CHG: 09-03-16   LST PY:                   PKT#
ADOR:                    FRESNO CA 93705
EMPL:
(1) LAST ACTION DT (/n)   11-21-16                  --OWING--    -RECEIVED-
(2) COLLECTOR ACTION (?)  972         AGN/AMT        150.00         0.00
(3) TIME TO WORK                      INT              9.87         0.00
(4) DATE WORK AGAIN       05-16-17     CANCELLED       0.00
(5) PROMISED PMT AMT      0.00         ATTORNEY        0.00         0.00
(6) NEXT STEP             SEND TO SKIP COURT           0.00         0.00
(7) FOLLOWUP PRIO (1-10)               MISC            0.00         0.00
(8) PROMISED PMT DATE                  TOTAL*****    159.87         0.00
(9) IMP NOTE LINES                     STATUS ACT  NET W/JMT**    159.87
-- COLLECTOR S21 --
ONUM: 5148059-851         351 101017 12  (CONT) RESEND TO DIALER       |GC1
DRL:                      352 101117 12  CREDIT STS:93 BAL: 159.49 EX
SSN:                      353 101117 12  CREDIT STS:93 BAL: 159.49 TU
DOB:                      354 101617 9a  SENT TO DIALER                |GC1
CON:                      355 101617 12  SENT TO DIALER                |GC1
                          356 101617 12  SENT TO DIALER                |GC1
CMD (/,?): _              357 102017 9a  SENT TO DIALER                |GC1

                                       MESSAGES 24 OCT|09:59am|ET=00:10
```

000020

154717777

## **************PATIENT INFORMATION***************

*First Name [redacted] M.I. A *Last Name: [redacted]

*SSN: [redacted] *DOB: [redacted] *Sex: [redacted]

*Mailing Address: [redacted] *Apt____

*City: [redacted] *State: [redacted] *Zip [redacted]

*Phone Number: [redacted]-4821

*Who is your Primary Care Doctor? First Name:__________ Last Name:__________

*Preferred Pharmacy Name: [redacted] Cross Streets [redacted]

*Language Preference: [redacted] *Marital Status: M

*Religion Preference [redacted] *What state were you born in: [redacted]

*Race [redacted]

*Employers Name: [redacted] *Employment Status: FT ✓ PT__

*Employers Address: [redacted]

*City [redacted] *State: [redacted] *Zip Code: [redacted]

*Phone Number: [redacted] *Occupation: [redacted]

## **********PARENT/GUARDIAN INFORMATION**********

* What is your relationship to the patient?__________

*First Name:__________ *M.I.____ *Last Name:__________

*SSN:__________ *DOB__________

*Mailing Address:__________

*City:__________ *State:__________ *Zip code:__________

*Phone#:__________

*Employers Name:__________ *Status: FT___ PT___

*Employers Address:__________ *City__________ *State:____

*Zip code:__________ *Phone#__________ *Occupation:__________

**TURN PAGE OVER TO COMPLETE *EMERGENCY CONTACTS***



```
CLNT: FCMC02      (EOS_CCA) FRESNO COMMUNITY MEDICAL CENTERS   PATIENT FINANCIAL
NAME: L.    P    A                          PH#        -4821   PPL#
ASGN: 04-20-17   LST CHG: 09-16-15   LST PY: 07-31-17          PKT#
ADDR: ---                   CA 93619-3905
EMPL: CITY OF FRESNO   EMP2: CITY OF FRESNO
(1) LAST ACTION DT (/n)                              --OWING--   -RECEIVED-
(2) COLLECTOR ACTION (?)              AGN/AMT          105.92       105.92
(3) TIME TO WORK                      INT               1.60         1.60
(4) DATE WORK AGAIN                   CANCELLED         0.00
(5) PROMISED PMT AMT      0.00        ATTORNEY          0.00         0.00
(6) NEXT STEP                         COURT             0.00         0.00
(7) FOLLOWUP PRIO (1-10)              MISC              0.00         0.00
(8) PROMISED PMT DATE                 TOTAL ******    107.52       107.52
(9) IMP NOTE LINES                    STATUS ACT  NET W/JMT **      0.00
--- COLLECTOR S21 ---
DNUM: 5414548-850    105 081917 2p EX CREDIT STS:62 BAL: 0.00
ORL:                 106 081917 2p TU CREDIT STS:62 BAL: 0.00
SSN:                 107 091917 9a CREDIT STS:62 BAL: 0.00 EX
DOB:                 108 091917 9a CREDIT STS:62 BAL: 0.00 TU
CON:                 109 101117 12 CREDIT STS:62 BAL: 0.00 EX
                     110 101117 12 CREDIT STS:62 BAL: 0.00 TU
                     111 101617 9a SENT TO DIALER                    |GC1

5414548 Not in This Collector's Tickler File. Add It? (Y,CR=N,C) _
```

155617698

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PATIENT INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

\*First Name ▓▓▓▓▓  M.I. S  \*Last Name: ▓▓▓▓

\*SSN: ▓▓▓▓▓▓▓  \*DOB: ▓▓▓▓▓▓  \*Sex: ▓▓

\*Mailing Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  \*Apt _____

\*City: ▓▓▓▓  \*State: ▓▓  \*Zip ▓▓▓▓

\*Phone Number: ▓▓▓▓-5227  Email Address: ▓▓▓▓▓▓▓▓▓▓▓▓

\*Who is your Primary Care Doctor? Last Name ▓▓▓▓  First Name ▓▓▓▓

\*Preferred Pharmacy Name: ▓▓▓▓  Cross Streets ▓▓▓▓

\*Language Preference: ▓▓▓▓  \*Marital Status: ▓▓

\*Religion Preference: ▓▓▓  \*What state were you born in: ▓▓

\*Race: ☐White or Caucasian  ☐American Indian and Alaska Native  ☐Asian  ☐Black or African American  ☑Eastern Indian  ☐Native Hawaiian and other Pacific Islander  ☐Other  ☐Refuse to Answer

\*Ethnicity: ☐Hispanic  ☐Non-Hispanic  ☐Refuse to Answer

\*Employers Name: ▓▓▓▓  \*Employment Status: FT__ PT__

\*Employers Address: ▓▓▓▓

\*City: ▓▓▓  \*State: ▓▓  Zip Code: ▓▓▓

\*Phone Number: ▓▓▓▓  \*Occupation: ▓▓▓▓

**\*\*\*\*\*\*\*\*\*\*\*\*PARENT/GUARDIAN INFORMATION\*\*\*\*\*\*\*\*\*\*\*\***

\* Relationship to Patient _____

\*First Name: _____  \*M.I. ____  \*Last Name: _____

\*SSN: _____  \*DOB _____

\*Mailing Address: _____

\*City: _____  \*State: _____  \*Zip code: _____

\*Phone#: _____

\*Employers Name: _____  \*Status: FT___ PT___

\*Employers Address: _____  \*City _____  \*State: ___

\*Zip code: _____  \*Phone# _____  \*Occupation: _____

\*\*TURN PAGE OVER TO COMPLETE EMERGENCY CONTACTS\*\*

000023

```
CLNT: FCMC01      (EOS_CCA) FRESNO COMMUNITY MEDICAL CENTERS  PATIENT FINANCIAL
NAME: G    ,P.                           PH#         -8227   PPL#
ASGN: 03-02-17   LST CHG: 10-02-16  LST PY:                  PKT#
ADDR:                FRESNO CA 93722
EMPL:
(1) LAST ACTION DT (/n)                              --OWING--    -RECEIVED-
(2) COLLECTOR ACTION (?)            AGN/AMT          9,501.53        0.00
(3) TIME TO WORK                    INT                  0.00        0.00
(4) DATE WORK AGAIN                 CANCELLED        9,501.53
(5) PROMISED PMT AMT    0.00        ATTORNEY             0.00        0.00
(6) NEXT STEP                       COURT                0.00        0.00
(7) FOLLOWUP PRIO (1-10)            MISC                 0.00        0.00
(8) PROMISED PMT DATE               TOTAL*****           0.00        0.00
(9) IMP NOTE LINES                  STATUS CAN  NET W/JMT**         0.00
 — COLLECTOR S21 ——————————————————————————————————————————————
DNUM: 5384472-CH9        64 070717 11 TU CREDIT STS:DA BAL: 0.00
DRL:                     65 071017 8a EX CREDIT STS:DA BAL: 0.00
SSN:                     66 071017 8a TU CREDIT STS:DA BAL: 0.00
DOB:                     67 081917 2p EX CREDIT STS:DA BAL: 0.00
CDN:                     68 081917 2p TU CREDIT STS:DA BAL: 0.00
                         69 091917 9a CREDIT STS:DA BAL: 0.00 EX
                         70 091917 9a CREDIT STS:DA BAL: 0.00 TU
CMD (/,?):
CANNOT UPDATE TICKLER
                                         MESSAGES 24 OCT|10:05am|ET=00:02
```

156050204

```
****************PATIENT INFORMATION*****************
*First Name: ▓▓▓▓▓       M.I. ▓  *Last Name: G▓▓▓▓
*SSN: _____     *DOB: ▓▓▓▓    *Sex: ▓▓▓
*Mailing Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓        *Apt ___
*City: ▓▓▓▓▓▓▓          *State: ▓▓  *Zip ▓▓▓▓▓
*Phone Number: ▓▓▓▓-0418   Email Address: ▓▓▓▓▓▓▓▓
```

*Who is your Primary Care Doctor? Last Name ▓▓▓▓ First Name _____

*Preferred Pharmacy Name: ▓▓▓▓▓▓▓▓ Cross Streets ▓▓▓▓

*Language Preference: ▓▓▓▓   *Marital Status: ▓▓▓

*Religion Preference: CHRISTIAN   *What state were you born in: ▓▓▓

*Race: ☑White or Caucasian ☐American Indian and Alaska Native ☐Asian ☐ Black or African American ☐Eastern Indian ☐ Native Hawaiian and other Pacific Islander ☐Other ☐ Refuse to Answer

*Ethnicity: ☑Hispanic ☐Non-Hispanic ☐Refuse to Answer

*Employers Name: ▓▓▓▓▓   *Employment Status: FT__ PT ✓

*Employers Address: ▓▓▓▓▓▓▓▓▓

*City: ▓▓▓▓  *State: ▓▓  *Zip Code: ▓▓▓▓▓

*Phone Number: _____ *Occupation: ▓▓▓▓▓

```
************PARENT/GUARDIAN INFORMATION************
* Relationship to Patient _____
*First Name: _____ *M.I.____ *Last Name: _____
*SSN: _____   *DOB _____
*Mailing Address: _____
*City: _____  *State: _____  *Zip code: _____
*Phone#: _____
*Employers Name: _____ *Status: FT___ PT___
*Employers Address: _____ *City _____ *State:___
*Zip code: _____ *Phone# _____ *Occupation: _____
       **TURN PAGE OVER TO COMPLETE EMERGENCY CONTACTS**
```

```
CLNT: FCMC02        (EOS_CCA) FRESNO COMMUNITY MEDICAL CENTERS  PATIENT FINANCIAL
NAME: G          ,J                           PH#         -0418  PPL#
ASGN: 10-19-17   LST CHG: 04-02-17   LST PY:                     PKT#
ADDR: 1                     CITY CA 95993
EMPL:
(1) LAST ACTION OT (/N)   10-19-17   85              --OWING--   -RECEIVED-
(2) COLLECTOR ACTION (?)  972           AGN/AMT        648.77       0.00
(3) TIME TO WORK                        INT              0.62       0.00
(4) DATE WORK AGAIN                     CANCELLED        0.00
(5) PROMISED PMT AMT      0.00          ATTORNEY         0.00       0.00
(6) NEXT STEP             SEND TO SKIP  COURT            0.00       0.00
(7) FOLLOWUP PRIO (1-10)                MISC             0.00       0.00
(8) PROMISED PMT DATE                   TOTAL*****     649.39       0.00
(9) IMP NOTE LINES                      STATUS ACT  NET W/JMT**   649.39
--- COLLECTOR S21 ---
ONUM: 5531958-CH4    1 101917 12 INTEREST START DT 10-19-17
DRL:                 2 101917 60 ACCR SEARCH NO INFO-BKP            |SYS
SSN:                 3 102317 7a SNT NTC 4101
DOB:                       *** END OF NOTES ***
CDN:

CMD (/,?):

                                        MESSAGES 24 OCT|11:11am|ET=00:08
```

000026