```
 1  Charles R. Messer (SBN 101094)
    messerc@cmtlaw.com
 2  David J. Kaminski (SBN 128509)
    kaminskid@cmtlaw.com
 3  Stephen A. Watkins (SBN 205175)
    watkinss@cmtlaw.com
 4  CARLSON & MESSER LLP
    5901 W. Century Blvd., Suite 1200
 5  Los Angeles, California 90045
    (310) 242-2200 Telephone
 6  (310) 242-2222 Facsimile

 7  Attorneys for Defendant
    CALIFORNIA SERVICE BUREAU, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST and HECTOR MEMBRENO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA SERVICE BUREAU, INC.,<br><br>Defendant. | Case no. 4:16-cv-03124-YGR<br><br>**DECLARATION OF STEPHEN A. WATKINS IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 5, 2017<br>Time: 2:00 p.m.<br>Courtroom: 1<br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Stephen A. Watkins, declare as follows:

1. I am an attorney at law, and an associate of the law firm of Carlson & Messer LLP, attorneys of record for CALIFORNIA SERVICE BUREAU, INC., ("Defendant" or "CSB").

2. I make this declaration in support of Defendant's Opposition to Motion for Class Certification. The facts set forth herein are true to my own personal knowledge, and if called upon, and sworn as a witness, I could and would competently testify thereto.

3. A true and correct copy of selections from the August 31, 2017 deposition of Plaintiff Sandra West are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed this 27th day of October 2017, at Los Angeles, California.

                                                /s/ Stephen A. Watkins
                                         Stephen A. Watkins