# *West, et al. v. California Service Bureau, Inc.*
# *Case No. 4:16-cv-03124-YGR*

# EXHIBIT "1"

## In the Matter Of:

## West, et al. vs. California Service Bureau Inc.

### SANDRA JEAN WEST

*August 31, 2017*

*Job Number: 414807*

Litigation Services  |  800-330-1112
www.litigationservices.com

```
 1
 2
 3                  UNITED STATES DISTRICT COURT
 4                 NORTHERN DISTRICT OF CALIFORNIA
 5
 6   SANDRA WEST AND HECTOR             )
     MEMBRENO, INDIVIDUALLY AND ON      )
 7   BEHALF OF ALL OTHERS SIMILARLY     )
     SITUATED,                          )
 8                                      )
                                        )
 9             Plaintiffs,              )
                                        )
10        vs.                           ) No. 4:16-CV-013124-YGR
                                        )
11   CALIFORNIA SERVICE BUREAU, INC.,   )
                                        )
12             Defendants.              )
                                        )
13
14
15       DEPOSITION OF SANDRA JEAN WEST, a plaintiff herein,
16   noticed by CARLSON & MESSER LLP, at 9841 Airport
17   Boulevard, Suite 1200, Los Angeles, California, at
18   10:03 a.m., on Thursday, August 31, 2017, before Alicia
19   Renee Desmond, CSR 13037.
20
21       Job Number 414807
22
23
24
25
```

SANDRA JEAN WEST - 08/31/2017

Page 2

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For Plaintiffs:

 4   MARTIN & BONTRAGER APC

 5   BY G. THOMAS MARTIN, III, AND NICHOLAS J. BONTRAGER

 6   6464 West Sunset Boulevard, Suite 960

 7   Los Angeles, California 90028

 8   (323)940-1700

 9   Tom@mblawapc.com

10

11   For Defendants:

12   CARLSON & MESSER LLP

13   BY CHARLES R. MESSER

14   9841 Airport Boulevard, Suite 1200

15   Los Angeles, California 90045

16   (310)242-2200

17   MesserR@cmtlaw.com

18

19   ALSO PRESENT:  MATTHEW CLARK (APPEARING TELEPHONICALLY)

20

21                      I N D E X

22   WITNESS:  SANDRA JEAN WEST

23   EXAMINATION BY:                    PAGE

24   MR. MESSER                          4

25   MR. MARTIN                         29
```

SANDRA JEAN  WEST - 08/31/2017

Page 7

```
 1        A.  From April -- no.  June 2012 up until six
 2   months ago would be -- it was in early 2017, like,
 3   January, yes, because I moved into another house, and
 4   the renter moved, so I moved out.
 5        Q.  Okay.  And during the time you lived in your
 6   apartment on Houston Avenue, did anyone live with you?
 7        A.  My fiance.
 8        Q.  Who is that?
 9        A.  His name is Terrence Palmer.
10        Q.  Okay.  Did anyone else live with you at any
11   time between June of 2012 and early 2017 at that address
12   on Houston Avenue?
13        A.  No, sir.
14        Q.  Do you know Eddie ▓▓▓ Ha▓▓▓▓▓▓.
15        A.  Yes.
16        Q.  Who is Eddie ▓▓▓ Ha▓▓▓▓▓▓?
17        A.  My son.
18        Q.  Did your son ever -- did your son, Eddie ▓▓
19   ever live with you in your apartment at 550 Houston
20   Avenue in Jackson, Mississippi?
21        A.  No, sir.
22        Q.  Do you know his current address?
23        A.  No, sir.
24        Q.  When was the last time you spoke with him?
25        A.  About maybe a month ago.
```