UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST AND HECTOR MEMBRENO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CALIFORNIA SERVICE BUREAU, INC.<br>　　　　　Defendants. | Case No.  4:16-cv-03124-YGR<br><br>**[PROPOSED] ORDER DENYING MOTION FOR CLASS CERTIFICATION** |

　　　　The Court has considered the motion of Plaintiffs Sandra West and Hector Membreno for class certification in the above-entitled action pursuant to Federal Rule of Civil Procedure 23. The Court has reviewed all materials submitted in support of and in opposition to the motion. After careful consideration, the Court concludes that class certification is inappropriate as Plaintiffs have failed to meet their burden to satisfy the requirements of Rule 23. Plaintiffs Motion is denied.

{proposed order re mediation;1}

**IT IS SO ORDERED.**

Dated:_____

By:_____
Yvonne Gonzalez Rogers
United States District Judge

{proposed order re mediation;1}

2
**{PROPOSED} ORDER DENYING MOTION FOR CLASS CERTIFICATION**
Case No. 4:16-cv-03124-YGR