Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CALIFORNIA SERVICE BUREAU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST and HECTOR MEMBRENO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA SERVICE BUREAU, INC.,<br><br>Defendant. | Case no. 4:16-cv-03124-YGR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 5, 2017<br>Time: 2:00 p.m.<br>Courtroom: 1<br>Judge: Hon. Yvonne Gonzalez Rogers |

TO THE HONORABLE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant CALIFORNIA SERVICE BUREAU, INC. hereby requests that the Court take judicial notice of the following documents pursuant to F.R.E. 201.

1. Order re: Class Notice, *Ades v. Omni Hotels Mgmt. Corp.*, No. 2:13–CV–2468 (C.D. Cal. May 18, 2015).

2. Order denying class certification, *Shields v. Sonora Quest Laboratories, LLC*, Case No. 2:15-cv-00723-SPL (D. Ariz. Mar. 29, 2017).

Dated: October 27, 2017

**CARLSON & MESSER LLP**

s/Charles R. Messer
Charles R. Messer
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
CALIFORNIA SERVICE BUREAU, INC.