Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CALIFORNIA SERVICE BUREAU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST and HECTOR MEMBRENO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA SERVICE BUREAU, INC.,<br><br>Defendant. | Case no. 4:16-cv-03124-YGR<br><br>**DECLARATION OF BRANDON AMYOT IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:      December 5, 2017<br>Time:      2:00 p.m.<br>Courtroom: 1 |

I, Brandon Amyot, declare as follows:

    1.    I am over the age of eighteen years and am competent to make this declaration.

    2.    I have personal knowledge of the matters set forth in this declaration, except as to those matters stated upon information and belief, and I believe those matters to be true.

    3.    Defendant California Service Bureau, Inc. ("CSB") is a collection agency which was acquired by EOS CCA in 2010. CSB is still today a California corporation in good standing.

4. For the past nine years, I have been employed by the defendant as Executive Director of Patient Services..

5. As of 2015, I was national director of third-party health care collections and early-out outsource for EOS CCA and CSB. As of 2016, I was national director of health care collections.

6. I am familiar with CSB's books and records as they relate to the issues and documents in this declaration. I am also personally familiar with the methods, processes, and functions of CSB's collection efforts. CSB's business records are maintained in the ordinary course of business and are updated at or near the time of the acts, conditions, or events to which said records relate. These records are recorded by persons whose job it is to make such records.

7. Based on the foregoing, if called upon as a witness, I could and would competently testify as to all of the matters stated herein.

8. CSB primarily collects upon debts owed to medical providers (approximately 94 percent).

9. CSB does not call skip-traced numbers on Global Connect.

10. CSB obtains all primary telephone numbers it calls directly from its clients.

11. CSB skip traces less than 10% of its accounts and any skip traced account does not get loaded to Global Connect.

**Calls to Plaintiffs**

12. Both Plaintiff Sandra West's 6314 number and Plaintiff Membreno's 6213 number are associated with medical debts placed with CSB.

13. A true and correct copy of the Admit Face Sheet from Mississippi Physicians for debtor E.H., including the 6314 number is attached hereto as Exhibit 1. CSB relies on documents provided by its creditor clients in the regular course of its business and incorporates these documents into its business records. This record demonstrates that E.H. supplied -6314 as his home telephone number to Mississippi Physicians.

14. A true and correct copy of a page from the Conditions of Admission/Registration from John Muir Health for debtor M.R. is attached hereto as Exhibit 2. This record demonstrates that M.R. supplied the -6213 telephone number as her contact number to John Muir Health.

15. The intake form for M.R. states that "The Undersigned acknowledges that he/she has received a copy of the Joint Notice of Privacy Practices." This document is signed by M.R.

16. Typically, a Joint Notice of Privacy Practices provides for the disclosure of protected health information ("PHI"), including telephone numbers, to third parties for billing and collection.

17. The 6314 and 6213 number were received electronically by CSB from Mississippi Physicians and John Muir Health respectively, along with other demographic information for debtors E.H. and M.R.

18. CSB did not skip trace the accounts of E.H. and M.R.

19. CSB uses Global Connect as a dialing solution. It also makes calls manually. CSB called the 6314 number via Global Connect in an attempt to reach debtor E.H.

20. CSB called the 6213 number via Global Connect in an attempt to reach debtor M.R.

21. CSB uses CUBS as its collection system. A true and correct copy of the account notes from the CUBS system for debtor E.H. and M.R. are attached hereto as Exhibits 3 and 4 respectively. Those notes reflect entries that are either automatically entered by CSB's system, or entered by CSB employees near or about the time of the occurrence.

22. Neither the account notes for E.H. or M.R. reflect an entry whereby Plaintiff West or Plaintiff Membreno requested that CSB stop calling.

**Evidence of consent**

23. Attached hereto as Exhibit 5 are forms from CSB client John Muir Health relating to five patients, and screenshots of those patients' information in CSB's collection database. These documents have been redacted to avoid disclosure of Protected Health Information ("PHI").

24. The phone number in each form reflects the cell phone number that was provided to CSB upon assignment of the account:

    Debtor R.H. -0420 number

    Debtor S.A.J. – 0402 number

    Debtor M.R. – 7592 number

    Debtor P.S.W. – 2133 number

    Debtor S.F. –9998 number

25. Collection on these accounts resulted in contact with these debtors.

26. Attached hereto as Exhibit 6 are forms from CSB client Fresno Community Medical Center relating to five patients, and screenshots of those patients' information in CSB's collection database. These documents have been redacted to avoid disclosure of Protected Health Information ("PHI").

    Debtor M.L. -9611 number

    Debtor M.J. – 7966 number

    Debtor P.A.L. – 4821 number

    Debtor P.G. – 8227 number

    Debtor S.F. –0418 number

27. Collection on these accounts resulted in contact with these debtors.

28. The forms provided by John Muir Health and Fresno Community Medical Center are typical of how CSB's medical provider clients obtain patients' phone numbers.

29. The conditions of admission or face sheet that may contain a patient's phone number is typically not provided to CSB, unless requested.

30. Records from CSB's clients, and my personal experience at CSB, demonstrate that many patients tell medical providers their phone numbers, and providers enter those phone numbers into patients' records.

**Phone numbers associated with DNC codes currently in CUBS are phone numbers that were never called**

31. CSB uses the notation "CDR" (which means Cease and Desist) and "DNC" (do not call) to code phone numbers in its CUBS system.

32. I am informed that Plaintiff asserts there are 69,380 accounts with DNC notations in CSB's CUBS system. I believe this number of 69,380 is based on the files which CSB produced from its CUBS system, CSB002154 (XND accounts), CSB002155 (CDR accounts), and CSB002156 (DNC accounts).

33. That number is off by 2,379 accounts based on my review as follows. (There are 2,379 accounts missing from the data I reviewed – assuming 69,380 is accurate). Regardless, the any accounts with those notations were not called for the reasons below.

**Six types of DNC codes in CUBS that were not called.**

34. The 67,001 files are broken down into six different file types as follows:

(A) DNC_RCA (accounts with a do not call status code with RCA Logon (941 accounts) – contained in CSB002156;

(B) DNC_EARLYOUT (accounts with a do not call status code in Earlyout Logon)(1 account) - contained in CSB002156;

(C). CDR_RCA (accounts with a cease & desist code in RCA Logon) (211 accounts) contained in CSB002155;

(D). XND_RCA (accounts with an invalid phone # that could not be called in RCA Logon) (59,255 accounts) contained in CSB002154;

(E). !ACCOUNTS_RCA (also accounts with an invalid phone # that could not be called in RCA Logon)(2408 accounts) contained in CSB002154; and,

(F). !ACCOUNTS_EARLYOUT (also accounts with an invalid phone # that could not be called in RCA Logon) (4185 Accounts) contained in CSB002154

**Accounts with DNC Status (A & B above) were not called.**

35. A and B above (942 accounts) have a "DNC" status. These accounts are blocked from being loaded into the Global Connect system. When campaigns are built these status codes do not load into the campaigns. These accounts are not part of the files provided to Global Connect.

**Accounts with CDR status (C above):**

36. The 211 accounts designated CDR (C above) are also never called because of the Cease & Desist status code. When campaigns are built these status codes do not load into the campaigns. These accounts are not part of the files provided by Global Connect because calls were not made to them.

37. Accordingly, the phone numbers on accounts (A, B & C) (1,153 accounts) were not dialed because of their status. DNC and CDR designations are used to make sure the number was never called.

**Plaintiffs' alleged "Wrong Number" data is based on calls that were never made**

38. If a debtor informs a CSB collector ""stop calling me," or "wrong number," or some variation thereof, the phone number will be removed from the CUBS system with a CDR or DNC notation. This would result in no subsequent calls by Global Connect. An inbound call, an outbound call outside of Global Connect or a letter being received could also all result in a DNC or CDR status code being placed on an account. The number would also be removed as a result from those DNC and CDR notations. This would result in no subsequent calls by Global Connect.

39. Therefore, any CDR or DNC notations in the files provided from the CUBS system, CSB002155 (CDR accounts), and CSB002156 (DNC accounts) do not reflect a subsequent call by Global Connect after CDR/DNC notation. Nor do those notations not necessarily reflect an initial call via Global Connect to a wrong number prior to CDR/DNC notation.

40. As set forth above, the phone number will be removed, but that person's number is never added to the DNC list in Global Connect. This removal of the phone occurs before the phone number is loaded to Global Connect.

41. Plaintiffs err when they rely on the CDR or DNC notations in CUBS to calculate the number of "wrong number" calls which were dialed. Contrary to the Plaintiffs' erroneous assumption, DNC and CDR notations in CUBS designate telephone numbers which were not

uploaded to Global Connect, and do not necessarily correspond to a prior contact with a person via Global Connect whereby the person stated "wrong number."

**(D) XND_RCA, !, (E), ACCOUNTS_RCA, and (F) !ACCOUNTS_EARLYOUT were not called.**

42. Accounts within the list at (D), (E) and (F) are similar kinds of accounts (i.e. invalid phone numbers). All three represent that there was a phone number on the account that could not be dialed because it was invalid. The call could not have possibly been dialed because it would not go through based on the number provided.

43. The total of those three (D), (E) and (F) above) equal 65,848 accounts that simply were not dialed and never could be dialed because the phone number(s) are bad resulting in a fast busy signal, disconnect or dead air.

44. In his declaration, Mr. Kopel erroneously identifies these 65,848 accounts as do not call accounts. They are not. These are accounts that could not be called due to technical reasons. Stated simply--these consumers were never dialed because the Global Connect system reported that their phone numbers did not work. When there is a problem dialing the phone # on the Global Connect platform the global results file tells CUBS to change the status code to XND.

45. The actual number of calls to telephone numbers in the category CSB002154 (XND accounts) is zero.

**DNC classification in Global Connect does not represent phone calls**

46. The DNC classification is used by Global Connect and by CUBS, in two different manners. In CUBS, DNC is a status code. In Global Connect, DNC is a temporary call disposition used for suppressing a call.

47. An account may have a DNC disposition after being uploaded into Global Connect, or it may have a DNC status in CUBS which prevents it from being loaded into Global Connect. Either way, phone numbers with a DNC notation are never dialed.

48. Global Connect data may have examples of phone numbers having a DNC disposition on them on certain dates or times, and then days or weeks a call made to that same number. This is because the "DNC" can be a temporary disposition used by Global Connect to

suppress a call when a call was already scheduled or outside of the window to be called. These are examples of numbers which did not have a "DNC" status code in CUBS, and where other dialing restrictions (time, for example) placed a temporary DNC designation on a number when it was "uploaded" into Global Connect's records.

49. With respect to accounts uploaded into Global Connect that resulted in a DNC disposition, there are four reasons why this could happen.

(a). The phone number was loaded into more than a single campaign in the same day (after the initial phone number is loaded, any subsequent appearance of that number the same day is automatically designated DNC to prevent duplicate calls on the same day);

(b). The campaign being built had a filter applied to it when the accounts were loaded into Global Connect not to allow a call to an account that already had a call within a specific time span;

(c) The phone number in the campaign is in a time zone where it is either too early or too late to call (the systems automatically prevent calls before 8:00 a.m. or after 9:00 p.m. in the time zone being called). The global connect system will append "DNC" to the phone number to prevent such calls; and,

(d) The phone number exists on the list of "Do Not Call" phone numbers which is loaded on the Global Connect site.

50. DNC dispositions in Global Connect's system do not relate to any person who claimed that CSB called a wrong number.

**Wrong Number Call List of 800-900 numbers**

51. CSB kept a small "wrong-number" database stored in Global Connect, with approximately 800-900 accounts identified as wrong numbers.

52. Unlike the 69,380 CDR, DNC and XND notations referred to by Plaintiffs, these 800-900 accounts reflect circumstances whereby CSB was told "wrong number" on a live call.

53. These numbers are currently being blocked.

54. However, there is no confirmation that these persons truly are not associated with the account or otherwise did not consent to calls.

55. It is common in the debt collection industry, and in CSB's experience, for a collector to reach a debtor who claims that her or she is not the debtor, or disguise his or her voice, or otherwise claim that CSB has reached the wrong person.

**Disposition of Plaintiffs West and Membreno's accounts**

56. The comment by Mr. Kopel that Plaintiff West and Plaintiff Membreno's information is not on any of these lists is correct. Once notification of a lawsuit is received on an account the status of the account is updated. Therefore the accounts would no longer be in a "DNC" or "CDR" status.

57. The 6314 and 6213 numbers are blocked from being called with a code in CSB's collection system.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 26th day of October 2017, at Sacramento, California.

_____
Brandon Amyot