**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Yitzchak Kopel (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
　　　　ykopel@bursor.com

*Attorneys for Plaintiff Hector Membreno*

**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Boulevard, Suite 960
Los Angeles, California 90028
Telephone: (323) 940-1700
Facsimile: (323) 238-8095
E-Mail: tom@mblawapc.com
　　　　nick@mblawapc.com

*Attorneys for Plaintiff Sandra West*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST and HECTOR MEMBRENO, individually and on behalf of all other similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CALIFORNIA SERVICE BUREAU, INC.<br><br>　　　　　　　Defendant. | Case No.  3:16-cv-03124-YGR<br><br>**DECLARATION OF YITZCHAK KOPEL RE IDENTIFICATION OF CLASS MEMBERS AND DISSEMINATION OF CLASS NOTICE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

DECLARATION OF YITZCHAK KOPEL
CASE NO. 3:16-CV-03124-YGR

I, Yitzchak Kopel, declare as follows:

1. I am an attorney at law licensed to practice in the States of New York and New Jersey. I have been admitted *pro hac vice* in this matter and I am an attorney with Bursor & Fisher, P.A., counsel of record for Plaintiff Hector Membreno. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. At the Court's December 5, 2017 hearing, I was directed to submit a "declaration under penalty of perjury that identifies everything … that needs to be done" in order to identify class members and "the number of hours it will take to get it done." 12/5/17 Hrg. Tr. at 22:17-20. I was also directed to include "what your notice plan would look like, how it's disseminated, et cetera." *Id.* at 22:12-22. I therefore submit this declaration pursuant to the Court's order to advise on the above matters.

**Identification of Class Members By Anya Verkhovskaya**

**Number Of Hours Required:  102 hours**

**Work To Be Completed By:  December 23, 2017**

3. As noted in the Declaration of Anya Verkhovskaya (ECF No. 55-3) ¶ 8, Ms. Verkhovskaya has already identified 635,096 unique telephone numbers which have received at least two phone calls from Defendant using its Global Connect dialer.

4. Using the process set forth in Ms. Verkhovskaya's Declaration, in order to identify class members, Ms. Verkhovskaya will load the list of phone numbers and the dates of Defendant's calls to the numbers into the LexisNexis reverse lookup portal. LexisNexis will identify (1) which of these numbers belonged to cell phones at the times of the calls; (2) the customary users of the phone numbers at the times of the calls; and (3) the customary users' postal addresses at the time of the calls.

5. To the extent that there are any numbers for which LexisNexis does not have customary users listed for the times of the calls, Ms. Verkhovskaya will run the same search type on the TransUnion database for those numbers. Like LexisNexis, TransUnion will identify for

each of these numbers (1) the customary users of the phone numbers at the times of the calls; and (2) the customary users' postal addresses at the times of the calls.

6. Ms. Verkhovskaya will then compare the names of the customary users of the phone numbers at the times of the calls with the intended recipients for the calls (listed in Defendant's call logs), in accordance with the procedures she used in Paragraph 11 of her Declaration. She will then note all phone numbers which received at least two calls during time periods in which the intended recipients listed in Defendant's records did not match the customary users listed by LexisNexis. These phone numbers will be identified as belonging to class members. Ms. Verkhovskaya will also report the total number of calls received by these numbers.

7. Ms. Verkhovskaya will then search each of the names and numbers identified as belonging to class members on the TransUnion database to determine email addresses associated with those numbers at the times of the calls.

8. Following completion of the searches, Ms. Verkhovskaya will deliver a list of names, phone numbers, email addresses, and postal addresses belonging to class members.

**Dissemination Of Notice By Kurtzman Carson Consultants ("KCC"):**

**Number Of Hours Required:  100 hours**

**To Be Completed By:  20 days following receipt of data and issuance of Court order directing the dissemination of notice**

9. The results of Ms. Verkhovskaya's analysis will be promptly delivered to KCC for dissemination of class notice.

10. KCC will process the data for use in delivering notice to class members.

11. For all class members for whom email addresses are identified, KCC shall send a copy of the class notice via email.

12. For all class members for whom email addresses are not identified or whose emails came back undeliverable, but postal addresses are identified, KCC shall update the addresses using the National Change of Address database. KCC shall then send a copy of the class notice via regular mail.

13.   Finally, KCC shall cause a copy of the class notice to be posted on a dedicated website together with links to important case documents, such as the Court's Order re: Plaintiffs' Motion for Class Certification, Plaintiffs' First Amended Consolidated Complaint, and Defendant's Answer to Plaintiffs' First Amended Consolidated Complaint.

14.   The notice documents (to be submitted following issuance of an order certifying the class) will include a procedure for class members to exclude themselves from the class.  The proposed opt-out period will be 60 days following dissemination of notice in accordance with the Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.

15.   I declare under penalty of perjury under the laws of the United States and the States of California and Florida that the foregoing is true and correct.  Executed on December 8, 2017 in Miami, FL.

                                         */s/ Yitzchak Kopel*
                                         Yitzchak Kopel