# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA WEST,** <br> Plaintiff, <br> vs. <br> **CALIFORNIA SERVICE BUREAU, INC.,** <br> Defendant. | CASE NO. 16-cv-03124-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** <br> Re: Dkt. No. 66 |

The Court has reviewed plaintiffs' declaration regarding identification of class members and dissemination of class notice. (Dkt. No. 66.) Accordingly, the Court sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| Identification of Class Members | Friday, December 22, 2017 |
| Dissemination of Notice | January 19, 2018 |
| Compliance Hearing | Friday, March 9, 2018 at 9:01 a.m. |
| Joint Pretrial Conference Statement | March 16, 2018 |
| Pretrial Conference | Wednesday, April 4, 2018 2:00 p.m. |
| Trial Date and Length | Monday, April 16, 2018 at 8:30 a.m. for 5 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, March 9, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the

1 parties shall file a one-page JOINT STATEMENT confirming they have complied with this
2 requirement or explaining their failure to comply. If compliance is complete, the parties need not
3 appear and the compliance hearing will be taken off calendar. Telephonic appearances will be
4 allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may
5 result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 15, 2017

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**