**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Yitzchak Kopel (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail:  scott@bursor.com
          ykopel@bursor.com

**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Boulevard, Suite 960
Los Angeles, California 90028
Telephone:  (323) 940-1700
Facsimile: (323) 238-8095
E-Mail:  tom@mblawapc.com
          nick@mblawapc.com

*Class Counsel*

*[additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WEST and HECTOR MEMBRENO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA SERVICE BUREAU, INC.<br><br>Defendant. | Case No. 3:16-cv-03124-YGR<br><br>**PLAINTIFFS' ~~PROPOSED~~ NOTICE OF PENDENCY OF CLASS ACTION**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

PLAINTIFFS' ~~PROPOSED~~ NOTICE OF PENDENCY OF CLASS ACTION
CASE NO. 3:16-cv-03124-YGR

Plaintiffs Sandra West and Hector Membreno (hereafter, the "Class Representatives") respectfully submit this proposed notice plan.

## I.   PLAINTIFFS' PROPOSED SCHEDULE FOR THE DISSEMINATION OF NOTICE TO THE CLASS

The Court has granted plaintiffs' motion to certify the Class under Fed. R. Civ. P. 23(b)(3). "For any class certified under Rule 23(b)(3), the court must direct the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort."  Fed. R. Civ. P. 23(c)(2)(B).  The following proposed notice program incorporates the process set forth in the Declaration of Yitzchak Kopel Re Identification of Class Members and Dissemination of Class Notice ("Kopel Decl.") (ECF No. 66).

The Court has ordered the Class Representatives to proceed with the class member identification process set forth in the Kopel Decl. ¶¶ 3-8.  Following completion of this process, Plaintiffs will deliver to Kutzman Carson Consultants ("KCC"), the class notice administrator, a list of names, phone numbers, email addresses, and postal addresses belonging to class members. The Class Representatives thus propose that the Court enter an order requiring notice to be provided in the following manner:

1.     On January 19, 2018, the Class Representatives, through their counsel, shall cause a copy of the Long Form notice to be sent by email to all Class Members for whom email addresses are identified.  A copy of the proposed Long Form notice is attached hereto as Exhibit A.

2.     On January 19, 2018, the Class Representatives, through their counsel, shall cause a copy of the Post-Card notice to be sent by regular mail to all class members for whom email addresses are not identified or whose emails came back undeliverable, but postal addresses are identified.  KCC shall update the addresses using the National Change of Address database before dissemination.  A copy of the proposed Post Card notice is attached hereto as Exhibit B.

3.     KCC shall cause a copy of the class notice to be posted on a dedicated website together with links to important case documents, such as the Court's Order re: Plaintiffs' Motion for Class Certification, Plaintiffs' First Amended Consolidated Complaint, and Defendant's

Answer to Plaintiffs' First Amended Consolidated Complaint.  The address for the dedicated website will be www.CSBLawsuit.com.

## II.     THE CONTENT OF THE CLASS NOTICE

The requirements for the content of class notices for (b)(3) classes are specified in Fed. R. Civ. P. 23(c)(2)(B)(i)-(vii).  The Long Form and Post-Card Form notices meet all of these requirements, as detailed in the following table:

| Requirement | Long Form | Post-Card |
|---|---|---|
| "The nature of the action."  Fed. R. Civ. P. 23(c)(2)(B)(i). | First introductory bullet; Q&A nos. 2 and 6. | ¶¶ 1, 3. |
| "The definition of the class certified."  Fed. R. Civ. P. 23(c)(2)(B)(ii). | Second introductory bullet; Q&A no. 4. | ¶ 2. |
| "The class claims, issues, or defenses."  Fed. R. Civ. P. 23(c)(2)(B)(iii). | First introductory bullet; Q&A nos. 2, 6 and 7. | ¶¶ 1, 3. |
| "That a class member may enter an appearance through an attorney if the member so desires."  Fed. R. Civ. P. 23(c)(2)(B)(iv). | Q&A no. 14. | ¶ 4. |
| "That the court will exclude from the class any member who requests exclusion."  Fed. R. Civ. P. 23(c)(2)(B)(v). | Table of "Your Legal Rights and Options;" Q&A nos. 11 & 12. | ¶ 4. |
| "The time and manner for requesting exclusion."  Fed. R. Civ. P. 23(c)(2)(B)(vi). | Fourth introductory bullet; Q&A no. 12. | ¶ 4. |
| "The binding effect of a class judgment on members under Rule 23(c)(3)."  Fed. R. Civ. P. 23(c)(2)(B)(vii). | Table of "Your Legal Rights and Options"; Fourth introductory bullet; Q&A nos. 10 and 11. | ¶ 4. |

In addition to meeting the specific legal requirements of Fed. R. Civ. P. 23(c)(2)(B)(i)-(vii), the Long Form and Post-Card Form notices are based on the Federal Judicial Center's model forms for notice of pendency of a class action.  FJC prepared these models at the request of the Subcommittee on Class Actions of the U.S. judicial branch's Advisory Committee on the Federal Rules of Civil Procedure.  *See* www.fjc.gov.  The FJC models are designed to illustrate how

attorneys and judges might comply with Fed. R. Civ. P. 23(c)(2)(B)'s requirement that class action notices "must concisely and clearly state in plain, easily understood language" specific information about the nature and terms of a class action and how it might affect potential class members' rights. *See* www.fjc.gov.  FJC explained its methodology for preparing these models as follows:

> We began this project by studying empirical research and commentary on the plain language drafting of legal documents.  We then tested several notices from recently closed class actions by presenting them to nonlawyers, asking them to point out any unclear terms, and testing their comprehension of various subjects. Through this process, we identified areas where reader comprehension was low.  We found, for example, that nonlawyers were often confused at the outset by use of the terms "class" and "class action."  Combining information from the pilot test with principles gleaned from psycholinguistic research, we drafted preliminary illustrative class action notices and forms. We then asked a lawyer-linguist to evaluate them for readability and redrafted the notices in light of his suggestions.

*Id.*  FJC then tested the redrafted model notices "before focus groups composed of ordinary citizens from diverse backgrounds" and also through surveys "[u]sing objective comprehension measures." *Id.*

Based on FJC's testing, the Class Representatives believe that the Long Form and Post-Card notice, which are very closely based on FJC models, with the format and content adopted almost verbatim in most instances, are accurate, balanced, and comprehensible.

## III.    OTHER SCHEDULING AND ADMINISTRATIVE MATTERS

The Class Representatives propose that the deadline for Class Members to request exclusion from the Class shall be 60 days after the dissemination of notice.  This should also allow sufficient time for the opt-out deadline to pass well in advance of the trial.

## CONCLUSION

For the foregoing reasons, the Class Representatives respectfully request that the Court enter an order as soon as practicable directing notice to the Class in accordance with the notice plan described herein.

1

Dated:  December 21, 2017

2

Respectfully submitted,

3

**BURSOR & FISHER, P.A.**

4

By: ___*/s/ Yitzchak Kopel*___
        Yitzchak Kopel

5

6

Scott A. Bursor (State Bar No. 276006)
Yitzchak Kopel (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

7

8

9

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
          ykrivoshey@bursor.com

10

11

12

13

14

**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Boulevard, Suite 960
Los Angeles, California 90028
Telephone:  (323) 940-1700
Facsimile: (323) 238-8095
E-Mail:  tom@mblawapc.com
          nick@mblawapc.com

15

16

17

18

19

*Class Counsel*

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Having reviewed Plaintiffs' proposed notice plan, and having concluded that it is in compliance with the requirements of Rule 23, the Court hereby orders:

1.    On January 19, 2018, the Class Representatives, through their counsel, shall cause a copy of the Long Form notice to be sent by email to all Class Members for whom email addresses are identified.

2.    On January 19, 2018, the Class Representatives, through their counsel, shall cause a copy of the Post-Card notice to be sent by regular mail to all class members for whom email addresses are not identified or whose emails came back undeliverable, but postal addresses are identified.  KCC shall update the addresses using the National Change of Address database before dissemination.

3.    KCC shall cause a copy of the class notice to be posted on a dedicated website together with links to important case documents, such as the Court's Order re: Plaintiffs' Motion for Class Certification, Plaintiffs' First Amended Consolidated Complaint, and Defendant's Answer to Plaintiffs' First Amended Consolidated Complaint.  The address for the dedicated website will be www.CSBLawsuit.com.

4.    The Court approves the Long Form and Post Card notice, attached as Exhibits A & B to Plaintiffs' submission.

5.    The deadline for Class Members to request exclusion from the Class shall be March 20, 2018.

**IT IS SO ORDERED.**

DATED:   January 3, 2018

YVONNE GONZALEZ ROGERS
United States District Judge