# EXHIBIT 2

{EXHIBIT TAB PAGES;1}

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF INDIANA
 2                       INDIANAPOLIS DIVISION
     - - - - - - - - - - - - - - - - - - - - - - - - -
 3   RANDY JOHNSON, on behalf of
     himself and others similarly
 4   situated,
 5                        Plaintiff,     Case No.
                                         1:15-cv-0716-LJM-MJD
 6         vs.
 7   NAVIENT SOLUTIONS, INC., f/k/a
     SALLIE MAE, INC,
 8
                          Defendant.
 9
     - - - - - - - - - - - - - - - - - - - - - - - - -
10
                DEPOSITION OF:  MS. ANYA VERKHOVSKAYA
11                 TAKEN AT:  VERITEXT LEGAL SOLUTIONS
12         LOCATED AT:  316 North Milwaukee Street, Suite 575
13                      Milwaukee, Wisconsin
14                         May 25, 2016
15                   10:00 a.m. to 3:23 p.m.
16            REPORTED BY:  VICKY L. ST. GEORGE, RMR.
17   - - - - - - - - - - - - - - - - - - - - - - - - -
18
19
20
21
22
23
24
25   JOB NO. CA 2312815
```

Page 1

```
 1                 A P P E A R A N C E S
 2      GREENWALD DAVIDSON RADBIL, PLLC, by
        MR. AARON D. RADBIL
 3      106 East Sixth Street, Suite 913
        Austin, Texas 78701
 4      512-322-3012
        aradbil@gdrlawfirm.com
 5      Appeared on behalf of the Plaintiff.
 6      VEDDER PRICE, by
        MS. LISA M. SIMONETTI
 7      1925 Century Park East, Suite 1900
        Los Angeles, California 90067
 8      424-204-7738
        lsimonetti@vedderprice.com
 9      Appeared on behalf of the Defendant.
10      ALSO PRESENT:  Ms. Margaret A. Daley; Mr. Drew Barrios,
        Esq., Vedder Price Chicago; Christina Peters-Stasiewicz,
11      AB Data.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                       Page 2
```

```
 1            National Change of Address records go?
 2    A.      There are several National Change of Address
 3            databases.  They go as far back as 96 months.  But
 4            they're not maintained by United States Postal
 5            Service.  They're maintained by other vendors.
 6    Q.      So do you use more than one vendor?
 7    A.      AB Data has a licensee of National Change of Address
 8            databases, therefore, we use our internal systems to
 9            do that look-up.  If we need to go back more than 24
10            or 48 months, then we use additional vendors for that
11            process.
12    Q.      And what's the furthest back you can go in time?  Is
13            it 96 months?
14    A.      Yes.
15    Q.      If a list of phone numbers in this case was drawn
16            entirely from business-owned cell phones, would that
17            affect your opinion as to accuracy of the work?
18    A.      No.
19    Q.      What about if the list was drawn entirely from users
20            of family plans that are not the paid subscribers?
21    A.      No.
22    Q.      How about prepaid phones?
23    A.      Yes.
24    Q.      How would that impact your opinion?
25    A.      If the list was entire -- compiled entirely of
```

Page 55

|    |     |                                                                          |
|----|-----|--------------------------------------------------------------------------|
| 1  |     | prepaid phones, prepaid phones rarely register name                      |
| 2  |     | and addresses associated with those phones.                              |
| 3  | Q.  | If you run your query against a business-owned phone,                    |
| 4  |     | what result do you get?                                                  |
| 5  | A.  | It depends how the phone and the business registered                     |
| 6  |     | the number.                                                              |
| 7  | Q.  | What are the possibilities?                                              |
| 8  | A.  | The business name or the person's name.                                  |
| 9  | Q.  | How about for a family plan when you run the query,                      |
| 10 |     | what does the result look like?                                          |
| 11 | A.  | It depends on how the phone number is registered. It                     |
| 12 |     | could be either subscriber or a user.                                    |
| 13 | Q.  | So if a number comes back registered in the name of a                    |
| 14 |     | business, what would you then do?                                        |
| 15 | A.  | Our methodology would not change.                                        |
| 16 | Q.  | Who would you include on the class list?                                 |
| 17 | A.  | The phone number, the business name and the business                     |
| 18 |     | address would still reach the person who used the                        |
| 19 |     | phone number.                                                            |
| 20 | Q.  | How would you reach the person who used the phone                        |
| 21 |     | number?                                                                  |
| 22 | A.  | By sending mail, first class mail, to the user of                        |
| 23 |     | that number at the business name and the business                        |
| 24 |     | address.                                                                 |
| 25 | Q.  | And you would have to ask the business to identify a                     |

Page 56