# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA WEST,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**CALIFORNIA SERVICE BUREAU, INC.,**<br>　　　　Defendant**.** | CASE NO.  16-cv-03124-YGR<br><br>**ORDER RE: STIPULATION TO RE-SCHEDULE MOTION AND PRETRIAL CONFERENCE**<br><br>Re: Dkt. No. 82 |

The Court is in receipt of the parties' stipulation to re-schedule motion and pretrial conference.  (Dkt. No. 82).  The Court has reviewed the stipulation which explains "conflicts" either due to the defense's own late filing of a motion to decertify or personal commitments of which counsel has long-been aware; neither of which compels much sympathy from the Court. Moreover, given the Court's own calendar, the suggested date changes are not acceptable.

Notwithstanding the forgoing, the Court is concerned that briefing is required regarding the impact of the D.C. Circuit's ruling in *ACA International v. Federal Communications Commission*, 2018 WL 1352922 (D.C. Cir. 2018), and warrants a brief continuance of the trial date. Accordingly, the parties shall submit five page briefs on the impact of *ACA International* on the above-captioned matter by **March 26, 2018**. The motion to decertify and the pretrial conference shall be continued to **Monday, April 16, 2018 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: March 20, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**