# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 4/16/2018 | **Time:** 9:30am-10:17am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 16-cv-03124-YGR | **Case Name:** Sandra West v. California Service Bureau, Inc. | |

**Attorney for Plaintiff:** Scott Bursor, Yeremy Krivoshey and Yitzchak Kopel
**Attorney for Defendant:** Charles P. Messer and David Kaminski

**Deputy Clerk:** Frances Stone                **Court Reporter:** Raynee Mercado

## PROCEEDINGS

PRETRIAL CONFERENCE-HELD

Defendant's Motion to De-Certify Class [Dkt. no. 79[- HELD and SUBMITTED

Motion in Limine as to Good Faith Defense re Exhibits 105. 106, 112, 113-114- HELD and Submitted.

Notes:  This case will be a two day trial.