# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA WEST,**<br>Plaintiff**,**<br>vs.<br>**CALIFORNIA SERVICE BUREAU, INC.,**<br>Defendant**.** | CASE NO. 16-cv-03124-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING**<br>Re: Dkt. No. 114 |

The parties previously notified the Court that the above-captioned case had settled. (Dkt. No. 111.) To provide a method of tracking the case through its final disposition, on May 17, 2018 the Court set a compliance hearing for July 27, 2018. (Dkt. No. 112.) The Court's Order required the parties to file "either (a) a motion for preliminary approval of class settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply" at least five business days before the date of the compliance hearing. (*Id.* (emphasis in original).) On July 20, 2018, the parties filed a joint statement setting forth an explanation regarding their failure to comply. (Dkt. No. 114.)

The Court **CONTINUES** the compliance hearing to its 9:01 a.m. Calendar on **Friday, August 10, 2018** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. By **Friday, August 3, 2018**, the parties shall file either (a) a motion for preliminary approval of class settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: July 23, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**