UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SANDRA WEST and HECTOR MEMBRENO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA SERVICE BUREAU, INC.<br><br>Defendant. | Case No.   4:16-cv-03124-YGR<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>*AS MODIFIED BY THE COURT*<br><br>Date: September 11, 2018<br>Time: 2:00 p.m.<br>Courtroom 1<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1      The Court has considered the motion of Plaintiffs Sandra West and Hector Membreno for
2 preliminary approval of class action settlement in the above-entitled action pursuant to Federal Rule
3 of Civil Procedure 23(e).  The Court has reviewed all materials submitted in support of and in
4 opposition to the motion.  After careful consideration, the Court rules as follows:

5      1.     Terms and phrases in this order shall have the same meaning as ascribed to them in
6 the Agreement.

7      2.     The Parties have moved the Court for an order approving the settlement of the
8 Litigation in accordance with the Agreement, which, together with the documents incorporated
9 therein, sets forth the terms and conditions for a proposed settlement and dismissal of the Litigation
10 with prejudice against Plaintiffs, and the Court having read and considered the Agreement and
11 having heard the Parties and being fully advised in the premises, hereby preliminarily approves the
12 Agreement in its entirety subject to the Final Approval Hearing referred to in Paragraph 18 of this
13 Order.

14     3.     This Court finds that it has jurisdiction over the subject matter of this Litigation and
15 over all Parties to the Litigation, including the Settlement Class.

16     4.     The Court takes note of its prior certification order of December 11, 2017, in which
17 this Court certified a class of:

> All persons within the United States who, within the four years prior to the filing of the complaint in this action, through the date of class notice (the "Class period"), Defendant or its agent/s or employee/s caused to be made at least 2 telephone calls using its Global Connect dialer to said person's cellular telephone through the use of any automatic telephone dialing system or an artificial or prerecorded voice, where such person was not listed in Defendant's records as the intended recipient of the calls.

In doing so, this Court considered the allegations, information, arguments, and authorities provided by the Parties, found that the requirements of numerosity, commonality, typicality, and adequacy had been established for the class, that the class was ascertainable, and that questions of law and fact common to all Class Members predominated over questions affecting only individual members.

     5.     The Court hereby grants Plaintiffs' request to amend the class definition as follows:

> All persons within the United States who, within the four years prior to the filing of the complaint in this action, through the date of class

[PROPOSED] ORDER
CASE NO. 4:16-CV-03124-YGR                        - 1 -

>notice (the "Class period"), Defendant or its agent/s or employee/s caused to be made at least 2 telephone calls using its Global Connect dialer to said person's cellular telephone, where such person was not listed in Defendant's records as the intended recipient of the calls.

(the "Settlement Class").

6. The Court finds that, subject to the Final Approval Hearing, the Agreement is fair, reasonable, adequate, and in the best interests of the Settlement Class as to their claims against Defendant. The Court further finds that the Agreement substantially fulfills the purposes and objectives of the class action, and provides beneficial relief to the Settlement Class. The Court also finds that the Agreement (i) is the result of arms' length negotiations involving experienced counsel with the assistance of Jill Sperber, Esq. of Judicate West.; (ii) is sufficient to warrant notice of the settlement and the Final Approval Hearing to the Settlement Class; (iii) meets all other applicable requirements of law, including the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715; and (iv) is not a finding or admission of liability by Defendant.

7. Kurtzman Carson Consultants, LLC. is hereby appointed as Settlement Administrator and shall be required to perform all the duties of the Settlement Administrator as set forth in the Agreement and this order.

8. The Court approves, as to form, method, and content, the Notice, Postcard Notice, and Claims Form to be provided to the Settlement Class as set forth in the Agreement and Exhibits A, B and C thereto. The Court finds that such notice complies with the requirements of Fed. R. Civ. P. 23 and due process and constitutes the best notice practicable under the circumstances. The Court further finds that the notice is reasonably calculated to, under all circumstances, apprise Settlement Class Members of the terms of the Agreement, and the right of members to object to the Settlement or to exclude themselves from the Settlement Class. The Parties, by agreement, may revise the Notices and Claim Form in ways that are not material, or in ways that are appropriate to update those documents for purposes of accuracy or formatting.

9. Pursuant to Paragraph 7.3.1 of the Agreement, the notice shall be provided as follows: The Settlement Administrator shall within thirty (30) days following the entry of this order activate the Class Settlement Website, which will provide information about the Settlement, and

1  post the settlement documents and case-related documents such as this order and the Settlement
2  Agreement, Notice, Postcard Notice, and Claim Form.

3      10.    Within thirty (30) days following the entry of this order, the Settlement
4  Administrator shall provide direct notice to Settlement Class Members as set forth in the
5  Agreement.  The Settlement Administrator has also complied with the requirements of 28 U.S.C. §
6  1715 by serving notice of the proposed Settlement upon the appropriate government officials within
7  ten (10) days after the Settlement Agreement was filed with the Court.

8      11.    Settlement Class Members who wish to receive a payment under the Agreement
9  must complete and submit a valid Claim Form.  All Claim Forms must be postmarked or received
10 by the Settlement Administrator no later than the Claims Deadline which shall occur sixty (60) days
11 after the direct notice is disseminated to Settlement Class Members.

12     12.    Settlement Class Members who wish to exclude themselves from the Settlement
13 Class may submit a request for exclusion by sending a written request to the Settlement
14 Administrator postmarked on or before the Opt-Out Deadline, which will be the same date as the
15 Claims Deadline.  A request for exclusion must be signed by the Settlement Class Member, and
16 must include the Settlement Class Member's name, address, and the telephone number that
17 allegedly received a call from or on behalf of Defendant during the Class Period, and must clearly
18 state that the Person wishes to be excluded from the Litigation and Agreement.  A request for
19 exclusion that does not include all of this information, or that is sent to an address other than that
20 designated in the Notice, or that is not postmarked within the time specified, shall be invalid.

21     13.    Any Settlement Class Member who submits a valid and timely request for exclusion
22 (i) shall not be bound by the terms of the Agreement or by the Final Approval Order and Judgment;
23 (ii) shall be deemed to have waived any rights or benefits under the Agreement; and (iii) may not
24 file an objection to the Settlement.  However, any Settlement Class Member who fails to submit a
25 valid and timely request for exclusion shall be bound by all terms of the Agreement, the Court's
26 order granting class certification for settlement purposes, and the Final Approval Order and
27 Judgment, regardless of whether he or she has requested exclusion from the Settlement Class.
28

[PROPOSED] ORDER
CASE NO. 4:16-CV-03124-YGR    - 3 -

14. Any Class Member who has not timely filed a request for exclusion may object to the fairness, reasonableness, or adequacy of the Agreement, to the Final Approval Order and Judgment being entered as to Defendant in accordance with the terms of the Agreement, to the attorneys' fees and expense reimbursement sought by Class Counsel, or to the awards sought by the Class Representatives as set forth in the Notice and Agreement. At least ~~14~~ **21** days prior to the Opt-Out Deadline, papers supporting the Fee Award shall be filed with the Court and posted to the Settlement Website. Settlement Class Members may object on their own, or may do so through separate counsel at their own expense.

15. To object, a Settlement Class Member must sign and file or mail to Class Action Clerk, United States District Court, 1301 Clay St., Oakland, CA 94612, a written objection no later than the Opt-Out Deadline. By the same date (based on postmark), a Settlement Class Member must also serve a copy on Class Counsel, Counsel for Defendant, and the Settlement Administrator at the addresses set forth in the Notice. To be valid, the objection must include: (i) the objector's name, address, and telephone number; (ii) the name, address, and telephone number of any attorney for the objector with respect to the objection; (iii) the factual basis and legal grounds for the objection, including any documents sufficient to establish the basis for his or her standing as a Settlement Class Member, including the date(s) and phone number(s) at which he or she received calls covered by this Settlement; and (iv) identification of the case name, case number, and court for any prior class action lawsuit in which the objector and the objector's attorney (if applicable) has objected to a proposed class action settlement. If, in addition to submitting a written objection to the Settlement, the objector wishes to appear and be heard at the Final Approval Hearing, the objector must file and serve upon Class Counsel, Counsel for Defendant, and the Settlement Administrator by the Opt-Out Deadline a notice of intention to appear with the Court and list the name, address, and telephone number of the person and attorney, if any, who will appear.

16. All objections and any papers submitted in support of said objection, shall be considered by the Court at the Final Approval Hearing only if, on or before the Opt-Out Deadline, the Person making an objection submits copies of such papers to the Court by filing them in person at any location of the United States District Court for the Northern District of California, or mailing

1 the objection to the Class Action Clerk, United States District Court, 1301 Clay St., Oakland, CA 94612.  Settlement Class Members who fail to submit and serve timely written objections in the manner specified above shall be deemed to have waived any objections and shall be foreclosed from making any objection (whether by appeal or otherwise) to the Agreement at the Final Approval Hearing, or from seeking review of this Agreement by appeal or other means and shall be deemed to have waived his, her, or its objections and be forever barred from making any such objections in the Litigation or any other litigation or proceeding.  By filing an objection, objectors and their counsel submit to the jurisdiction of the Court for all purposes, including but not limited to subpoenas and discovery.

18. The Final Approval Hearing shall be held before this Court on **Tuesday, January 22, 2019 at 2:00 p.m.** Oakland Courthouse, Courtroom 1, 4th floor, 1301 Clay Street, Oakland, CA 94612 to consider:  (i) whether the proposed settlement of the Litigation on the terms and conditions provided for in the Agreement is fair, reasonable and adequate and should be given final approval by the Court; (ii) whether the Final Approval Order and Judgment should be entered; (iii) whether to award payment of attorneys' fees and expenses to Class Counsel; and (iv) whether to award payment of the requested incentive awards.

19. The deadline for the Plaintiffs to file and serve papers in support of their application for final approval of the Stipulation of Settlement, as well as Class Counsel's motion for fees, costs, and incentive awards, shall be at least ~~14~~ **21** days before the Objection Deadline.  The deadline for the parties to file and serve any response to any timely objections shall be 14 days after the Objection deadline.

20. In order to protect its jurisdiction to consider the fairness of this Agreement and to enter a Final Approval Order and Judgment having binding effect on all Settlement Class Members, the Court hereby enjoins all Settlement Class Members, and anyone who acts or purports to act on their behalf, from pursuing all other proceedings in any state or federal court or any forum that seeks to address any Released Party's or Settlement Class Member's rights or claims relating to, or arising out of, any of the Released Claims.

21. Settlement Class Members shall be bound by all determinations and judgments in the Litigation concerning the Litigation and/or Agreement, whether favorable or unfavorable.

22. In the event that the Agreement is terminated pursuant to the provisions of the Agreement, then (i) the Agreement shall be null and void, and shall have no further force and effect with respect to any Party in this Litigation, and shall not be used in this Litigation or in any other proceeding for any purpose; (ii) all negotiations, proceedings, and statements made in connection therewith shall be without prejudice to any person or Party hereto, shall not be deemed or construed to be an admission by any Party of any act, matter, or proposition, and shall not be used in any manner or for any purpose in any subsequent proceeding in this Litigation or in any other litigation in any court or other proceeding; and (iii) other than as expressly preserved by the Agreement in the event of its termination, the Agreement shall have no further force and effect with respect to any Party and shall not be used in the Litigation or any other proceeding for any purpose.

23. The Court reserves the right to adjourn the date of the Final Approval Hearing without further notice to the members of the Settlement Class, and retains jurisdiction to consider all further applications arising out of or connected with the proposed Settlement.  The Court may approve the Settlement, with such modifications as may be agreed to by the Parties, if appropriate, without further notice to the Settlement Class.  The Parties may, without further approval from the Court, agree to and adopt such amendments, modifications, and expansions of the Agreement and its implementing documents (including all Exhibits to the Agreement) so long as they are consistent in all material respects with this order and do not affect the rights of the Settlement Class.

24. The dates for each of the deadlines issued in this order are summarized below:

| Event | Triggering Event | Date |
|---|---|---|
| Website Posted | Thirty (30) days after entry of an order granting preliminary approval | **October 12, 2018** |
| Dissemination of Notice | Thirty (30) days after entry of an order granting preliminary approval | **October 12, 2018** |
| Deadline for Class | ~~Fourteen (14)~~ **Twenty-one (21)** | **November 20, 2018** |

| | | |
|---|---|---|
| Representatives to file motion in support of final settlement approval | days before claim, objection and opt-out deadline | |
| Deadline for Class Representatives to file fee and expense application(s) | ~~Fourteen (14)~~ **Twenty-one (21)** days before claim, objection and opt-out deadline | **November 20, 2018** |
| Deadline for class members to file a claim | Sixty (60) days after the dissemination of Notice | **December 11, 2018** |
| Deadline for class members to request exclusion from class | Sixty (60) days after the dissemination of Notice | **December 11, 2018** |
| Deadline for class members to submit an objection | Sixty (60) days after the dissemination of Notice | **December 11, 2018** |
| Deadline for Class Representatives to respond to objections | ~~Fourteen (14)~~ **Twenty-eight (28)** days after claim, objection and opt-out deadline | **January 8, 2019** |
| Final settlement approval hearing | At least fourteen (14) days after the submission of Class Representatives response to objections; approximately 120 days after the entry of an order granting preliminary approval | **January 22, 2019** |
| Website taken down | Thirty (30) days after final resolution of appeals and distribution of Settlement Fund | **TBD** |

IT IS SO ORDERED.

DATED:  September 12 , 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

~~[PROPOSED]~~ ORDER
CASE NO. 4:16-CV-03124-YGR

- 7 -